UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF NEW YORK

CROSSCOUNTRY MORTGAGE, LLC,

PLAINTIFF,

-vs-

HENRY CHUANG; 64 GARDEN LLC; NEW YORK CITY PARKING VIOLATIONS BUREAU; NEW YORK CITY ENVIRONMENTAL CONTROL BOARD; JOHN DOE (SAID NAME BEING FICTITIOUS TO REPRESENT UNKNOWN TENANTS/OCCUPANTS OF THE SUBJECT PROPERTY AND ANY OTHER PARTY OR ENTITY OF ANY KIND, IF ANY, HAVING OR CLAIMING AN INTEREST OR LIEN UPON THE MORTGAGED PROPERTY),

DEFENDANTS.

**COMPLAINT**

Docket No. 1:26-CV-3237

MORTGAGED PREMISES:
64 Garden Street
Brooklyn, NY 11206
Block: 3137; Lot: 92

SERVICER NAME INFORMATION:
Select Portfolio Servicing, Inc.
PHONE NUMBER: (800) 773-1595

Plaintiff, CrossCountry Mortgage, LLC (hereafter, "Plaintiff"), by and through its attorneys, Stern & Eisenberg, PC, for its complaint against the Defendants alleges as follows:

## INTRODUCTION

1. This action is brought pursuant to New York Real Property Actions and Proceeding Law (hereafter, "RPAPL") Article 13, to foreclose a Mortgage encumbering 64 Garden St, Brooklyn, NY 11206 (hereafter, the "Property"), together with the land, buildings, and other improvements located on the Property.  The legal description of the Property is attached as Exhibit A.

## PARTIES

2. CrossCountry Mortgage, LLC is an Ohio limited liability company with its corporate home office located 2160 Superior Avenue, Cleveland, Ohio 44114.  See 12 U.S.C. §1464(X); 12 U.S.C. §1462(2).

3. Plaintiff is the owner and holder of the subject note and mortgage involving the Property or has been delegated authority to institute this foreclosure action by the owner and holder of the relevant note and mortgage

4. Defendant Henry Chuang (hereafter, "Chuang") is a citizen of New York and is domiciled in the State of New York with their last known address at 64 Granden St, Brooklyn, NY 11206,

5. Defendant 64 GARDEN LLC (hereafter, "64 Garden") is a New York domestic limited liability company with a principal place of business located at 64 Garden St, Brooklyn, NY 11206.  64 GARDEN LLC is also the current owner of the Property by Deed recorded in the Office of the City Register for the City of New York on May 1, 2015, in CRFN: 2015000146286. A copy of the recorded Deed is attached as Exhibit G.

6. Defendant NEW YORK CITY PARKING VIOLATIONS BUREAU (hereafter, "NYC Parking" ) is, upon information and belief, a New York City governmental agency with its principal place of business located at 66 John Street, New York, NY 10038.

7. Defendant NEW YORK CITY ENVIRONMENTAL CONTROL BOARD (hereafter, " ECB") is, upon information and belief, a New York City governmental agency with its principal place of business located at 66 John Street, New York, NY 10038.

8. Defendants John Doe are unknown occupants of the Property being foreclosed, or any persons or entities of any kind otherwise claiming a lien or other interest in or against the Property who are currently unknown to Plaintiff and whose interest and/or lien is subordinate to the lien held by Plaintiff.

## STATEMENT OF JURISDICTION

9. Federal subject matter jurisdiction exists pursuant to 28 USC §1332 because complete diversity exists among the Plaintiff and the Defendant(s) and the amount in controversy, without interest and costs, exceeds the $75,000.00.

## VENUE

10. Venue is proper pursuant to 28 USC §1391 because the Property is located in this District and a substantial part of the events and omissions giving rise to this action occurred in this District.

## FACTUAL BACKGROUND

11. On or about September 16, 2024, Defendant Henry Chuang executed and delivered a Note made payable to Plaintiff in the amount of $1,260,000.00 (hereafter, "Note"), whereby Defendant Henry Chuang agreed to repay the advances together with accrued interest and such other amounts until paid).  A true and exact copy of the original Note is attached hereto as Exhibit "B" and is incorporated herein by reference as though set forth at length herein.

12. As security for the repayment of the Note, Defendant Henry Chuang duly executed and delivered a Mortgage to MERS, solely as nominee for Cross County Mortgage, LLC in the amount of $1,260,000.00 against the Property (hereafter, "Mortgage"), to secure the payment of the Note (including all principal, interest and other amounts that also may arise) together with all amounts that arise under the terms of the Mortgage, including but not limited to taxes, insurance and any other amounts which was recorded as follows:

> Recording Date: October 1, 2024
> CRFN: 2024000255386
> Office of the City Register of the City of New York

A true and exact copy of the recorded Mortgage is attached as Exhibit "C" and is incorporated herein by reference as though set forth at length herein.

13. Prior to the commencement of this action, the Mortgage was assigned to Plaintiff by Assignment of Mortgage executed December 2, 2025, and recorded in the Office of the City Register of the City of New York on December 11, 2025 in CRFN 2025000336812.  A true and exact copy of the recorded Assignment of Mortgage is attached hereto as Exhibit D.

**AS AND FOR A FIRST CAUSE OF ACTION: REFORMATION**

14. At the time of origination of the subject Note and Mortgage, title to the Property sought to be foreclosed was held by the Borrowers entity Defendant 64 Garden, LLC, with  Defendant Henry Chuang as being the sole member, however, the Mortgage was drafted not to include Defendant 64 Garden, LLC but was drafted to include on Defendant Henry Chuang as the borrower. Defendant Henry Chuang was authorized to convey the mortgage interest on behalf of Defendant 64 Garden, LLC.

15. Plaintiff alleges that it was the intent of the parties that Defendant 64 Garden, LLC, as the record owner of the Property, be obligated under the subject Note and Mortgage, and that Defendant Henry Chuang, as the sole member of 64 Garden, LLC, received the proceeds of the Note and Mortgage secured by the subject Property owned by 64 Garden, LLC.

16. Plaintiff therefore seeks relief under Article 15 of the Real Property Actions and Proceedings Law (RPAPL) to reform the Note and Mortgage, *nunc pro tunc*, to include Defendant 64 Garden, LLC as a borrower and mortgagor, based on mutual mistake or fraud of Defendant Henry Chuang, and to reflect the true intent of the parties.

**AS AND FOR A SECOND CAUSE OF ACTION: FORECLOSURE**

17. Defendant Henry Chuang and Defendant 64 Garden, LLC defaulted under their Note and Mortgage on November 1, 2024 to Plaintiff by failing to make the required payments when due. By virtue thereof, Plaintiff herein elects to accelerate the entire principal balance to be immediately and payable under the mortgage herein foreclosed, plus interest, any advances made or to be made to protect Plaintiff's interests under the Mortgage, all to be computed by the United States Marshal or other qualified official to be appointed by the Court for that purpose, together with a reasonable sum representing legal fees if same is authorized by the Note and the Mortgage to be awarded by the Court.

18. In order to protect the value of the Property and its rights in the Property, the Plaintiff may have

to pay taxes, assessments, water charges, insurance premiums, and other charges. Plaintiff requests that any amount it pays, together with interest, be included in the total amount due.

19. There is now due and owing on the Note and Mortgage the following amounts:

> Unpaid Principal Balance: $1,260,000.00
> Interest Rate: 7.375%
> Date Interest Accrues from: October 1, 2024

together with late charges, monies advanced for taxes, assessments, insurance, maintenance, and preservation of the Property, and the costs, allowances, expenses of sale, and reasonable attorney's fees for the foreclosure.

20. At the time this proceeding was commenced, Plaintiff was the owner and holder of the Mortgage and Note, or has been delegated the authority to institute a foreclosure action by the owner and holder of the Note. True and exact copies of the original Mortgage and Note are in Plaintiff's possession and control or that of their custodian.

21. Each and all of the Defendant(s) herein have or claim to have some interest in, or lien upon the said mortgaged premises or some part thereof, which interest or lien, if any, has accrued subsequently to the lien if the said mortgage, and is subject and subordinate thereto.

22. The Plaintiff has complied with all provisions of RPAPL § 1304. See Exhibit E.

23. Plaintiff has complied with RPAPL § 1306 by electronically filing the required information with New York State Department of Financial Services. See Exhibit E.

24. More than thirty (30) days have elapsed since said sum or sums became due and payable, and by reason thereof, Plaintiff, has previously elected and hereby elects to call due the entire amount presently secured by the Mortgage immediately due. See Exhibit E.

25. No action was brought to recover any part of the Mortgage debt or if any such action is pending, final judgment for Plaintiff was not rendered and it is the intent of the Plaintiff to discontinue it.

26. If applicable, the Mortgage was originated in compliance with Banking Law Sections 595-a, 6-l

and/or 6-m and the Plaintiff has complied with all appropriate provisions of Section 595-a of the Banking law and any rules and regulations promulgated thereunder, including Section 6-l and 6-m, and section 1304 of the Real Property Actions and Proceedings Law.

27. The defendants identified more fully on Exhibit "F", attached hereto and incorporated herein, are alleged to have or otherwise claim to have some interest in or lien upon said mortgaged Property, which interest and/or lien has accrued subsequent to (or otherwise equitably or duly subordinated to) the lien of Plaintiff's Mortgage.

## <u>REQUEST FOR RELIEF</u>

**WHEREFORE**, Plaintiff demands the following:

a. Reformation of the subject Note and Mortgage, *nunc pro tunc*, to add Defendant 64 Garden, LLC to the subject Note and Mortgage as a borrower and mortgagor;

b. Judgment accelerating the maturity of the debt and determining the amount due Plaintiff for principal, interest, late charges, taxes, assessments, insurance, maintenance and preservation of the Property and any similar charges, together with costs, allowances, expenses of sale, reasonable attorney's fees, all with interest;

c. That a United States Marshal or other qualified official to be appointed to sell the Property at auction to the highest bidder, in accordance with RPAPL Article 13;

d. That the interest of the Defendant(s) and all persons claiming by or through them be foreclosed and their title, right, claim, lien, interest or equity of redemption to the Property be forever extinguished;

e. That the Plaintiff be paid out of the sale proceeds the amounts due for principal, interest, late charges, taxes, assessment, insurance, maintenance and preservation of the Property, and other similar charges, together with costs, allowances, expenses of sale, reasonable attorney's fees, all with interest, and that the sales proceeds be distributed in accordance with RPAPL Article 13;

f. The property be sold in as is condition, subject to the facts an inspection or accurate survey of the Property would disclose, covenants, restrictions, easement and public utility agreements of record, building and zoning ordinances and violations, and the equity of redemption of the United States of America;

g. Plaintiff may purchase the property at the sale;

h. A receiver may be appointed for the Property, if requested by Plaintiff;

i.   A deficiency judgment against Defendant Henry Chuang and Defendant 64 Garden, LLC, to the extent allowable by the law, for the amount that remains due after distribution of the sale proceeds, unless the debt was discharged in a bankruptcy or is otherwise uncollectable, be granted if requested by Plaintiff;

j.   If Plaintiff possess other liens against the Property, they not merge with the Mortgage being foreclosed and that Plaintiff, as a subordinate lien holder, be allowed to share in any surplus proceeds resulting from the sale; and

k.   For such other relief as the Court deems just and fair, including but not limited to, declaratory and injunctive relief.

Dated: May 28, 2026

Richard D. Femano, Esq.
Stern & Eisenberg, PC
Attorneys for Plaintiff
20 Commerce Drive, Suite 230
Cranford, NJ 07016
and
1131 Route 55, Suite 1
Lagrangeville, NY 12540
Tel: (732) 582-6344
Facsimile: (732) 726-8719

NOTICE PURSUANT TO
FAIR DEBT COLLECTION PRACTICES ACT

A portion of our practice involves the collection of debts. Pursuant to the Fair Debt Collection Practices Act, you are advised this office may be attempting to collect a debt against you and any information obtained will be used for that purpose. If you have received a discharge in bankruptcy, and this debt was not reaffirmed, this correspondence is not and should not be construed to be an attempt to collect a debt, but solely as part of the enforcement of the mortgage/lien against real property.

# HELP FOR HOMEOWNERS IN FORECLOSURE

New York State Law requires that we send you this notice about the foreclosure process. Please read it carefully.

## SUMMONS AND COMPLAINT

You are in danger of losing your home. If you fail to respond to the summons and complaint in this foreclosure action, you may lose your home. Please read the summons and complaint carefully. You should immediately contact an attorney or your local legal aid office to obtain advice on how to protect yourself.

## SOURCES OF INFORMATION AND ASSISTANCE

The State encourages you to become informed about your options in foreclosure. In addition to seeking assistance from an attorney or legal aid office, there are government agencies and non-profit organizations that you may contact for information about possible options, including trying to work with your lender during this process.

To locate an entity near you, you may call the toll-free helpline maintained by the New York State Department of Financial Services at 1-800-342-3736 or visit the Department's website at http://www.dfs.ny.gov.

## RIGHTS AND OBLIGATIONS

YOU ARE NOT REQUIRED TO LEAVE YOUR HOME AT THIS TIME. You have the right to stay in your home during the foreclosure process. You are not required to leave your home unless and until your property is sold at auction pursuant to a judgment of foreclosure and sale. Regardless of whether you choose to remain in your home, YOU ARE REQUIRED TO TAKE CARE OF YOUR PROPERTY and pay property taxes in accordance with state and local law.

## FORECLOSURE RESCUE SCAMS

Be careful of people who approach you with offers to "save" your home. There are individuals who watch for notices of foreclosure actions in order to unfairly profit from a homeowner's distress. You should be extremely careful about any such promises and any suggestions that you pay them a fee or sign over your deed. State law requires anyone offering such services for profit to enter into a contract which fully describes the services they will perform and fees they will charge, and which prohibits them from taking any money from you until they have completed all such promised services.

INSERT RPAPL §1303 COLORED NOTICE - TO BE SERVED TO TENANTS WITHIN 10 DAYS AFTER SERVICE OF COMPLAINT
(1-5 tenant properties – certified mail and first class mail)
(more than 5 tenants – posting at all entrances/exits)

# NOTICE TO TENANTS OF BUILDINGS IN FORECLOSURE

**New York State Law requires that we send you this notice about the foreclosure process.  Please read it carefully.**

**We, CrossCountry Mortgage, LLC(plaintiff), are the foreclosing party and are located at c/o 3217 S. Decker Lake Dr., Salt Lake City, UT 84119 (plaintiff address). We can be reached at 800-773-1595 (loan workout number).**

**The dwelling where your apartment is located is the subject of a foreclosure proceeding.  If you have a lease, are not the owner of the residence, and the lease requires payment of rent that at the time it was entered into was not substantially less than the fair market rent for the property, you may be entitled to remain in your home until 90 days after any person or entity who acquires title to the property provides you with a notice as required by section 1305 of the Real Property Actions and Proceedings Law.  The notice shall provide information regarding the name and address of the new owner and your rights to remain in your home.  These rights are in addition to any others you may have if you are a subsidized tenant under federal, state or local law or if you are a tenant subject to rent control, rent stabilization or a federal statutory scheme.**

**ALL RENT-STABILIZED TENANTS AND RENT-CONTROLLED TENANTS ARE PROTECTED UNDER THE RENT REGULATIONS WITH RESPECT TO EVICTION AND LEASE RENEWALS.  THESE RIGHTS ARE UNAFFECTED BY A BUILDING ENTERING FORECLOSURE STATUS.  THE TENANTS IN RENT-STABILIZED AND RENT-CONTROLLED BUILDINGS CONTINUE TO BE AFFORDED THE SAME LEVEL OF PROTECTION EVEN THOUGH THE BUILDING IS THE SUBJECT OF FORECLOSURE. EVICTIONS CAN ONLY OCCUR IN NEW YORK STATE PURSUANT TO A COURT ORDER AND AFTER A FULL HEARING IN COURT.**

**If you need further information, please call the DEPARTMENT OF FINANCIAL SERVICES AT (800) 342-3736 OR VISIT THE DEPARTMENT'S WEBSITE AT http://www.dfs.ny.gov.**

# EXHIBIT A

ALL that certain plot piece or parcel of land, situate, lying and being in the Borough of Brooklyn, County of Kings, City and State of New York, bounded and described as follows:

BEGINNING at a point on the southwesterly side of Garden Street, distant 39 feet 3 1/4 inches northwesterly from the corner formed by the intersection of the southwesterly side of Garden Street with the westerly side of Bushwick Avenue;

RUNNING THENCE southwesterly at right angles to Garden Street and part of the distance through a party wall, 100 feet;

THENCE northwesterly parallel with Garden Street, 20 feet 8 inches;

THENCE northeasterly along a line which forms a right angle with the southwesterly side of Garden Street and part of the distance through a party wall, 100 feet to the southwesterly side of Garden Street;

THENCE southeasterly along the southwesterly side of Garden Street, 20 feet 8 inches to the point or place of BEGINNING.

Premises:　　　　　　64 Garden Street, Brooklyn, NY 11206
Tax Parcel ID No.:　　Block: 3137 Lot: 92

# EXHIBIT B

# NOTE

| September 16, 2024 | Cleveland, | Ohio |
|---|---|---|
| [Note Date] | [City] | [State] |

**64 Garden St, Brooklyn, NY 11206**
**[Property Address]**

## 1. BORROWER'S PROMISE TO PAY

In return for a loan in the amount of U.S. **$1,260,000.00**     (the "Principal") that I have received from **CrossCountry Mortgage, LLC, a Limited Liability Company**

(the "Lender"), I promise to pay the Principal, plus interest, to the order of the Lender. I will make all payments under this Note in U.S. currency in the form of cash, check, money order, or other payment method accepted by Lender.

I understand that the Lender may transfer this Note. The Lender or anyone who takes this Note by transfer and who is entitled to receive payments under this Note is called the "Note Holder."

## 2. INTEREST

Interest will be charged on unpaid Principal until the full amount of the Principal has been paid. I will pay interest at a yearly rate of **7.375 %**.

The interest rate required by this Section 2 is the rate I will pay both before and after any default described in Section 6(B) of this Note.

## 3. PAYMENTS

### (A) Time and Place of Payments

I will pay principal and interest by making a payment every month. This amount is called my "Monthly Payment."

I will make my Monthly Payment on the **1st**   day of each month beginning on **November 1, 2024.**     I will make these payments every month until I have paid all of the Principal and interest and any other charges described below that I may owe under this Note. Each Monthly Payment will be applied as of its scheduled due date and will be applied to interest before the Principal. If, on **October 1, 2054,**     I still owe amounts under this Note, I will pay those amounts on that date, which is called the "Maturity Date."

I will make my Monthly Payments at **2160 Superior Avenue**
**Cleveland, OH 44114**

or at a different place if required by the Note Holder.

### (B) Amount of Monthly Payments

My Monthly Payment will be in the amount of U.S. **$8,702.51.**     This payment amount does not include any property taxes, insurance, or other charges that I may be required to pay each month.

## 4. BORROWER'S RIGHT TO PREPAY

I have the right to make payments of principal at any time before they are due. A payment of principal only is known as a "Prepayment." When I make a Prepayment, I will notify the Note Holder in writing that I am doing so. I may not designate a payment as a Prepayment if I have not made all the Monthly Payments then due under this Note.

I may make a full Prepayment or partial Prepayments without paying a Prepayment charge. The Note Holder will use my Prepayments to reduce the amount of Principal that I owe under this Note. However, the Note Holder may apply my Prepayment to the accrued and unpaid interest on the Prepayment amount, before applying my Prepayment to reduce the Principal amount of the Note. If I make a partial Prepayment, there will be no changes in the due date or in the amount of my Monthly Payment unless the Note Holder agrees in writing to those changes.

**LOAN #:** ██████████

## 5. LOAN CHARGES

If applicable law sets maximum loan charges, and that law is finally interpreted so that the interest or other loan charges collected or to be collected in connection with the loan exceed the permitted limits, then (a) any such loan charge will be reduced by the amount necessary to reduce the charge to the permitted limit, and (b) any sums already collected from me that exceeded permitted limits will be refunded to me. The Note Holder may choose to make this refund by reducing the Principal I owe under this Note or by making a direct payment to me. If a refund reduces Principal, the reduction will be treated as a partial Prepayment.

## 6. BORROWER'S FAILURE TO PAY AS REQUIRED

### (A) Late Charges for Overdue Payments

If the Note Holder has not received the full amount of any Monthly Payment by the end of **15 calendar days** after the date it is due, I will pay a late charge to the Note Holder. The amount of the charge will be **2.000 %** of my overdue Monthly Payment. I will pay this late charge promptly but only once on each late payment.

### (B) Default

If I do not pay the full amount of each Monthly Payment on the date it is due, I will be in default.

### (C) Notice of Default

If I am in default, the Note Holder may send me a written notice telling me that if I do not pay the overdue amount by a certain date, the Note Holder may require me to pay immediately the full amount of unpaid Principal, all the interest that I owe on that amount, and other charges due under this Note (the "Default Balance"). That date must be at least 30 days after the date on which the notice is mailed to me or delivered by other means.

### (D) No Waiver By Note Holder

If I am in default and the Note Holder does not require me to pay the Default Balance immediately as described above, the Note Holder will still have the right to do so if I continue to be in default or if I am in default at a later time.

### (E) Payment of Note Holder's Costs and Expenses

If the Note Holder has required me to pay the Default Balance immediately as described above, the Note Holder will have the right to be paid back by me for all of its costs and expenses in enforcing this Note to the extent not prohibited by applicable law. Those expenses include, for example, reasonable attorneys' fees and costs.

## 7. GIVING OF NOTICES

### (A) Notice to Borrower

Unless applicable law requires a different method, any notice that must be given to me under this Note will be given by delivering it, or by mailing it by first class mail, to me at the Property Address above or at a different address if I give the Note Holder a notice of my different address. I will promptly notify the Note Holder of any change to my physical address and of any change to my mailing address. Unless applicable law requires otherwise, notice may instead be sent by e-mail or other electronic communication if agreed to by me and the Note Holder in writing and if I have provided the Note Holder with my current e-mail address or other electronic address. If I have agreed with the Note Holder that notice may be given by e-mail or other electronic communication, I will promptly notify the Note Holder of any changes to my e-mail address or other electronic address.

### (B) Notice to Note Holder

Any notice that I must give to the Note Holder under this Note will be delivered by first class mail to the Note Holder at the address stated in Section 3(A) above or at a different address if I am given a notice of that different address.

## 8. OBLIGATIONS OF PERSONS UNDER THIS NOTE

If more than one person signs this Note, each person is fully and personally obligated to keep all of the promises made in this Note, including the promise to pay the full amount owed. Any person who is a guarantor, surety, or endorser of this Note is also obligated to do these things. Any person who takes over these obligations, including the obligations of a guarantor, surety, or endorser of this Note, is also obligated to keep all of the promises made in this Note. The Note Holder may enforce its rights under this Note against each person individually or against all of us together. This means that any one of us may be required to pay all of the amounts owed under this Note.

## 9. WAIVERS

I and any other person who has obligations under this Note waive the rights of Presentment and Notice of Dishonor. "Presentment" means the right to require the Note Holder to demand payment of amounts due. "Notice of Dishonor" means the right to require the Note Holder to give notice to other persons that amounts due have not been paid.

**LOAN #:** ████████

## 10. UNIFORM SECURED NOTE

This Note is a uniform instrument with limited variations in some jurisdictions. In addition to the protections given to the Note Holder under this Note, a Mortgage, Mortgage Deed, Deed of Trust, or Security Deed (the "Security Instrument"), dated the same date as this Note, protects the Note Holder from possible losses that might result if I do not keep the promises that I make in this Note. That Security Instrument also describes how and under what conditions I may be required to make immediate payment of all amounts I owe under this Note. Some of those conditions are described as follows:

Lender may require immediate payment in full of all Sums Secured if all or any part of the Property, or if any Interest in the Property, is sold or transferred (or if Borrower is not a natural Person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent. However, Lender will not exercise this option if such exercise is prohibited by Applicable Law.

If Lender requires immediate payment in full under this Section 19, Lender will give me a notice in accordance with Section 16. The notice will give me at least 30 days to make the required payment. The 30-day period will begin on the date the notice is mailed or delivered. If I do not make the required payment during that period, Lender may act to enforce its rights under this Security Instrument without giving me any further notice or demand for payment and will be entitled to collect all expenses incurred in pursuing such remedies, including, but not limited to: (a) reasonable attorneys' fees and costs; (b) property inspection and valuation fees; and (c) other fees incurred to protect Lender's Interest in the Property and/or rights under this Security Instrument.

WITNESS THE HAND(S) AND SEAL(S) OF THE UNDERSIGNED.

_____ (Seal)
**HENRY CHUANG**

*[Sign Original Only]*

**Lender:** CrossCountry Mortgage, LLC
**NMLS ID:** ████
**Loan Originator:** Damon Anthony Laylock
**NMLS ID:** ████

# EXHIBIT C

**NYC DEPARTMENT OF FINANCE OFFICE OF THE CITY REGISTER**

This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document.



2024093000409001001EE0EE

## RECORDING AND ENDORSEMENT COVER PAGE    PAGE 1 OF 17

| | | |
|---|---|---|
| **Document ID:** 2024093000409001 | Document Date: 09-16-2024 | Preparation Date: 09-30-2024 |

Document Type: MORTGAGE
Document Page Count: 15

| PRESENTER: | RETURN TO: |
|---|---|
| VISION ABSTRACT, INC.VIS-4263<br>2001 MARCUS AVENUE<br>N121<br>LAKE SUCCESS, NY 11042<br>516-882-7929<br>MICHAEL@VISIONABS.COM | VISION ABSTRACT, INC.VIS-4263<br>2001 MARCUS AVENUE<br>N121<br>LAKE SUCCESS, NY 11042<br>516-882-7929<br>MICHAEL@VISIONABS.COM |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 3137 | 92 | Entire Lot | 64 GARDEN STREET |

Property Type: DWELLING ONLY - 2 FAMILY

### CROSS REFERENCE DATA

CRFN_____ *or* DocumentID_____ *or* _____ Year_____ Reel____ Page_____ *or* File Number_____

### PARTIES

| MORTGAGOR/BORROWER: | MORTGAGEE/LENDER: |
|---|---|
| HENRY CHUANG<br>64 GARDEN ST<br>BROOKLYN, NY 11206 | CROSSCOUNTRY MORTGAGE LLC<br>2160 SUPERIOR AVE<br>CLEVELAND, OH 44144 |

☒ Additional Parties Listed on Continuation Page

### FEES AND TAXES

| Mortgage : | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 1,260,000.00 | $ | 0.00 |
| Taxable Mortgage Amount: | $ | 1,260,000.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 0.00 |
| TAXES: County (Basic): | $ | 6,300.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 14,175.00 | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 3,150.00 | | |
| MTA: | $ | 3,750.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 27,375.00 | | |
| Recording Fee: | $ | 112.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**

Recorded/Filed    10-01-2024 10:06
City Register File No.(CRFN):
**2024000255386**

*City Register Official Signature*



**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**

2024093000409001001CE26E

| **RECORDING AND ENDORSEMENT COVER PAGE　(CONTINUATION)** | | **PAGE 2 OF 17** |
|---|---|---|
| **Document  ID: 2024093000409001** | Document Date: 09-16-2024 | Preparation Date: 09-30-2024 |
| Document  Type: MORTGAGE | | |

**PARTIES**
**MORTGAGEE/LENDER:**
MERS
11819 MIAMI ST, STE 100
OHIO, NY 68164

When recorded, return to:
**First American Mortgage Solutions**
**Mail Stop: 142-C**
**C/O CrossCountry Mortgage, LLC**
**1795 International Way**
**Idaho Falls, ID 83402**

**LOAN #:** ███████████

———————————————————— [Space Above This Line For Recording Data] ————————————————————

# MORTGAGE

## WORDS USED OFTEN IN THIS DOCUMENT

Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 4, 10, 11, 12, 16, 19, 24, and 25, and in the Sections titled "Borrower's Transfer to Lender of Rights in the Property" and "Description of the Property." Certain rules regarding the usage of words used in this document are also provided in Section 17.

### Parties

**(A) "Borrower"** is **HENRY CHUANG, UNMARRIED MAN**

currently residing at **64 Garden Street, Brooklyn, NY 11206.**

Borrower is the mortgagor under this Security Instrument and is sometimes called "Borrower" and sometimes simply "I" or "me," using the singular even where there is more than one Borrower.
**(B) "Lender"** is **CrossCountry Mortgage, LLC.**

Lender is organized and existing under the laws of **Delaware.**
Lender's address is **2160 Superior Avenue, Cleveland, OH 44114.**

The term "Lender" includes any successors and assigns of Lender.
**(B-1) "MERS"** is Mortgage Electronic Registration Systems, Inc. MERS is a separate corporation that is acting solely as a nominee for Lender and Lender's successors and assigns. MERS is organized and existing under the laws of Delaware, and has a mailing address of P.O. Box 2026, Flint, MI 48501-2026, and a street address of 11819 Miami Street, Suite 100, Omaha, NE 68164. The MERS telephone number is (888) 679-MERS. **FOR PURPOSES OF RECORDING THIS MORTGAGE, MERS IS THE MORTGAGEE OF RECORD.**

### Documents

**(C) "Note"** means the promissory note dated **September 16, 2024,**      and signed by each Borrower who is legally obligated for the debt under that promissory note, that is in either (i) paper form, using Borrower's written pen and ink signature, or (ii) electronic form, using Borrower's adopted Electronic Signature in accordance with the UETA or E-SIGN,

**This Property is or will be principally improved by a one- or two-family house or dwelling only.**

**LOAN #** ████████

as applicable. The Note evidences the legal obligation of each Borrower who signed the Note to pay Lender **ONE MILLION TWO HUNDRED SIXTY THOUSAND AND NO/100** * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * Dollars (U.S. **$1,260,000.00** ) plus interest. Each Borrower who signed the Note has promised to pay this debt in regular monthly payments and to pay the debt in full by **October 1, 2054.**

**(D) "Riders"** means all Riders to this Security Instrument that are signed by Borrower. All such Riders are incorporated into and deemed to be a part of this Security Instrument. The following Riders are to be signed by Borrower [check box as applicable]:

☐ Adjustable Rate Rider ☐ Condominium Rider ☐ Second Home Rider
☒ 1-4 Family Rider ☐ Planned Unit Development Rider ☐ V.A. Rider
☐ Other(s) [specify]

**(E) "Security Instrument"** means this document, which is dated **September 16, 2024,** together with all Riders to this document.

**Additional Definitions**

**(F) "Applicable Law"** means all controlling applicable federal, state, and local statutes, regulations, ordinances, and administrative rules and orders (that have the effect of law) as well as all applicable final, non-appealable judicial opinions.

**(G) "Community Association Dues, Fees, and Assessments"** means all dues, fees, assessments, and other charges that are imposed on Borrower or the Property by a condominium association, homeowners association, or similar organization.

**(H) "Condemnation"** means a taking of property by any governmental authority by eminent domain.

**(I) "Default"** means: (i) the failure to pay any Periodic Payment or any other amount secured by this Security Instrument on the date it is due; (ii) a breach of any representation, warranty, covenant, obligation, or agreement in this Security Instrument; (iii) any materially false, misleading, or inaccurate information or statement to Lender provided by Borrower or any Persons acting at Borrower's direction or with Borrower's knowledge or consent, or failure to provide Lender with material information in connection with the Loan, as described in Section 8; or (iv) any action or proceeding described in Section 12(e).

**(J) "Electronic Fund Transfer"** means any transfer of funds, other than a transaction originated by check, draft, or similar paper instrument, which is initiated through an electronic terminal, telephonic instrument, computer, or magnetic tape so as to order, instruct, or authorize a financial institution to debit or credit an account. Such term includes, but is not limited to, point-of-sale transfers, automated teller machine transactions, transfers initiated by telephone or other electronic device capable of communicating with such financial institution, wire transfers, and automated clearinghouse transfers.

**(K) "Electronic Signature"** means an "Electronic Signature" as defined in the UETA or E-SIGN, as applicable.

**(L) "E-SIGN"** means the Electronic Signatures in Global and National Commerce Act (15 U.S.C. § 7001 *et seq.*), as it may be amended from time to time, or any applicable additional or successor legislation that governs the same subject matter.

**(M) "Escrow Items"** means: (i) taxes and assessments and other items that can attain priority over this Security Instrument as a lien or encumbrance on the Property; (ii) leasehold payments or ground rents on the Property, if any; (iii) premiums for any and all insurance required by Lender under Section 5; (iv) Mortgage Insurance premiums, if any, or any sums payable by Borrower to Lender instead of the payment of Mortgage Insurance premiums in accordance with the provisions of Section 11; and (v) Community Association Dues, Fees, and Assessments if Lender requires that they be escrowed beginning at Loan closing or at any time during the Loan term.

**(N) "Loan"** means the debt obligation evidenced by the Note, plus interest, any prepayment charges, costs, expenses, and late charges due under the Note, and all sums due under this Security Instrument, plus interest.

**(O) "Loan Servicer"** means the entity that has the contractual right to receive Borrower's Periodic Payments and any other payments made by Borrower, and administers the Loan on behalf of Lender. Loan Servicer does not include a sub-servicer, which is an entity that may service the Loan on behalf of the Loan Servicer.

**(P) "Miscellaneous Proceeds"** means any monies or other thing of value paid by any third party (other than insurance proceeds paid under the coverages described in Section 5) for: (i) damage to, or destruction of, the Property; (ii) Condemnation or other taking of all or any part of the Property; (iii) conveyance in lieu of Condemnation; or (iv) misrepresentations of, or omissions as to, the value and/or condition of the Property.

**(Q) "Mortgage Insurance"** means insurance protecting Lender against the nonpayment of, or Default on, the Loan.

**(R) "Partial Payment"** means any payment by Borrower, other than a voluntary prepayment permitted under the Note, which is less than a full outstanding Periodic Payment.

**(S) "Periodic Payment"** means the regularly scheduled amount due for (i) principal and interest under the Note, plus (ii) any amounts under Section 3.

**(T) "Person"** means any natural person, organization, governmental authority, or other party.

**(U) "Property"** means the property described below under the heading "DESCRIPTION OF THE PROPERTY."

**(V) "Rents"** means all amounts received by or due Borrower in connection with the lease, use, and/or occupancy of the Property by a party other than Borrower.

**(W) "RESPA"** means the Real Estate Settlement Procedures Act (12 U.S.C. § 2601 *et seq.*) and its implementing regulation, Regulation X (12 C.F.R. Part 1024), as they may be amended from time to time, or any additional or successor federal legislation or regulation that governs the same subject matter. When used in this Security Instrument, "RESPA" refers to all requirements and restrictions that would apply to a "federally related mortgage loan" even if the Loan does not qualify as a "federally related mortgage loan" under RESPA.

**(X) "Successor in Interest of Borrower"** means any party that has taken title to the Property, whether or not that party has assumed Borrower's obligations under the Note and/or this Security Instrument.



**LOAN #:** ▇▇▇▇▇▇▇

**(Y)** **"Sums Secured"** means the unpaid balance of amounts described below in the section titled "Borrower's Transfer to Lender of Rights in the Property."

**(Z)** **"UETA"** means the Uniform Electronic Transactions Act, as enacted by the jurisdiction in which the Property is located, as it may be amended from time to time, or any applicable additional or successor legislation that governs the same subject matter.

## BORROWER'S TRANSFER TO LENDER OF RIGHTS IN THE PROPERTY

I mortgage, grant, and convey the Property to MERS (solely as nominee for Lender and Lender's successors and assigns) and its successors and assigns subject to the terms of this Security Instrument. This means that, by signing this Security Instrument, I am giving Lender those rights that are stated in this Security Instrument and also those rights that Applicable Law gives to lenders who hold mortgages on real property. I am also giving Lender these rights to protect Lender from possible losses that might result if:

  (A) some or all of the debt evidenced by the Note, plus interest, any prepayment charges, and late charges are not paid when due under the Note;

  (B) I fail to pay sums due under this Security Instrument, plus interest, including any amounts that Lender spends under Section 9 to protect the value of the Property and Lender's rights in the Property; or

  (C) I fail to keep any of my other promises and agreements under this Security Instrument and the Note, and Lender incurs additional costs.

(A), (B) and (C) immediately above are the "Sums Secured."

I understand and agree that MERS holds only legal title to the rights granted by me in this Security Instrument, but, if necessary to comply with law or custom, MERS (as nominee for Lender and Lender's successors and assigns) has the right:

  (A) to exercise any or all of those rights, including, but not limited to, the right to foreclose and sell the Property; and

  (B) to take any action required of Lender including, but not limited to, releasing and canceling this Security Instrument.

## DESCRIPTION OF THE PROPERTY

I give MERS (solely as nominee for Lender and Lender's successors and assigns) rights in the Property described in (A) through (G) below:

  (A) The Property which is located at **64 Garden St, Brooklyn**  [Street] [City, Town, or Village]

  New York **11206**      ("Property Address").
       [Zip Code]

  This Property is in **Kings**              County. It has the following legal description:
  **SEE LEGAL DESCRIPTION ATTACHED HERETO AND MADE A PART HEREOF AS "EXHIBIT A".**

  (B) All buildings and other improvements that are located on the Property described in subsection (A) of this section;

  (C) All rights in other property that I have as owner of the Property described in subsection (A) of this section, including, but not limited to (i) all rights used with the land for its benefit, (ii) all royalties, mineral rights, oil or gas rights or profits, and water rights that are now or in the future become a part of the Property. These rights are known as "easements and appurtenances attached to the Property;"

  (D) All rights that I have in the land which lies in the streets or roads in front of, or next to, the Property described in subsection (A) of this section;

  (E) All fixtures that are now or in the future will be on the Property described in subsections (A) and (B) of this section;

  (F) All of the rights and property described in subsections (B) through (E) of this section that I acquire in the future; and

  (G) All replacements of or additions to the Property described in subsections (B) through (F) of this section.

## BORROWER'S RIGHT TO MORTGAGE THE PROPERTY AND BORROWER'S OBLIGATION TO DEFEND OWNERSHIP OF THE PROPERTY

I promise that: (A) I lawfully own the Property; (B) I have the right to mortgage, grant, and convey the Property or my leasehold interest in the Property to Lender; and (C) there are no outstanding liens, claims, or charges against the Property, except for those which are of public record.

LOAN #:

I give a general warranty of title to Lender. This means that I will be fully responsible for any losses which Lender suffers because someone other than myself has some of the rights in the Property which I promise that I have. I promise that I will defend my ownership of the Property against any claims of such rights.

**PLAIN LANGUAGE SECURITY INSTRUMENT**

This Security Instrument combines uniform covenants for national use with limited variations and non-uniform covenants that reflect specific New York state requirements to constitute a uniform security instrument covering real property. My promises and agreements are stated in "plain language."

**UNIFORM COVENANTS**

I promise and I agree with Lender as follows:

1. **Borrower's Promise to Pay.** I will pay each Periodic Payment to Lender when due. I will also pay any prepayment charges and late charges due under the Note, and any other amounts due under this Security Instrument.

I will make all payments due in U.S. currency. If any of my payments by check or other payment instrument is returned to Lender unpaid, Lender may require that any subsequent payment be made by: (a) cash; (b) money order; (c) certified check, bank check, treasurer's check, or cashier's check, drawn upon an institution whose deposits are insured by a U.S. federal agency, instrumentality, or entity; or (d) Electronic Fund Transfer.

Payments are deemed received by Lender when received at the location required in the Note, or at another location designated by Lender under Section 16. Lender may accept or return any Partial Payments in its sole discretion as described in Section 2. Any offset or claim which I might have now or in the future against Lender will not relieve me from making the full amount of all payments due under the Note and this Security Instrument or keeping all of my other promises and agreements secured by this Security Instrument.

2. **Acceptance and Application of Payments or Proceeds.**

(a) **Acceptance and Application of Partial Payments.** Lender may accept and either apply or hold in suspense Partial Payments in its sole discretion in accordance with this Section 2. Lender is not obligated to accept any Partial Payments or to apply any Partial Payments at the time such payments are accepted, and also is not obligated to pay interest on such unapplied funds. Lender may hold such unapplied funds until I make payment sufficient to cover a full Periodic Payment, at which time the amount of the full Periodic Payment will be applied to the Loan. If I do not make such a payment within a reasonable period of time, Lender will either apply such funds in accordance with this Section 2 or return them to me. If not applied earlier, Partial Payments will be credited against the total amount due under the Loan in calculating the amount due in connection with any foreclosure proceeding, payoff request, loan modification, or reinstatement. Lender may accept any payment insufficient to bring the Loan current without waiver of any rights under this Security Instrument or prejudice to its rights to refuse such payments in the future.

(b) **Order of Application of Partial Payments and Periodic Payments.** Except as otherwise described in this Section 2, if Lender applies a payment, such payment will be applied to each Periodic Payment in the order in which it became due, beginning with the oldest outstanding Periodic Payment, as follows: first to interest and then to principal due under the Note, and finally to Escrow Items. If all outstanding Periodic Payments then due are paid in full, any payment amounts remaining may be applied to late charges and to any amounts then due under this Security Instrument. If all sums then due under the Note and this Security Instrument are paid in full, any remaining payment amount may be applied, in Lender's sole discretion, to a future Periodic Payment or to reduce the principal balance of the Note.

If Lender receives a payment from Borrower in the amount of one or more Periodic Payments and the amount of any late charge due for a delinquent Periodic Payment, the payment may be applied to the delinquent payment and the late charge.

When applying payments, Lender will apply such payments in accordance with Applicable Law.

(c) **Voluntary Prepayments.** Voluntary prepayments will be applied as described in the Note.

(d) **No Change to Payment Schedule.** Any application of payments, insurance proceeds, or Miscellaneous Proceeds to principal due under the Note will not extend or postpone the due date, or change the amount, of the Periodic Payments.

3. **Funds for Escrow Items.**

(a) **Borrower's Obligations; Escrow Requirement.** I will pay to Lender on the day Periodic Payments are due under the Note, until the Note is paid in full, a sum of money to pay amounts due for all Escrow Items (the "Funds"). The term Escrow Items is defined above in the section entitled "Words Used Often In This Document." Each Periodic Payment will include an amount to be applied toward the payment of the Escrow Items.

The amount of the Funds required to be paid each month may change during the term of the Loan. The monthly payment that I will make for Escrow Items will be based on Lender's estimate of the annual amount required. I will promptly send Lender a copy of all notices of amounts to be paid under this Section 3.

(b) **Payment of Funds; Waiver.** I must pay Lender the Funds unless Lender tells me, in writing, that I do not have to do so, or unless Applicable Law requires otherwise.

I must include the Funds as part of my regular Periodic Payments to Lender unless Lender waives this requirement in writing. Lender may waive this payment obligation for any or all Escrow Items at any time. In the event of such waiver, I will pay all Escrow Items covered by the waiver directly, when and where payable. I will provide proof of my direct payments of Escrow Items upon request by Lender and within such time period as Lender may require. My obligation to make such payments and to provide proof of payment will be considered to be a promise and agreement of Borrower under this Security Instrument. If I am obligated to pay Escrow Items directly pursuant to a waiver, and I fail to pay timely the amount due for an Escrow Item, Lender may exercise its rights under Section 9 to pay that amount and I will then be obligated to repay to Lender any such amount in accordance with Section 9.

Lender may withdraw the waiver as to any or all Escrow Items at any time by giving me a notice in accordance with Section 16; upon such withdrawal, I will pay to Lender all Funds for such Escrow Items, and in such amounts, that are then required under this Section 3.

**(c) Amount of Funds.** Lender may, at any time, collect and hold Funds in an amount up to, but not in excess of, the maximum amount a lender can require under RESPA. Lender will estimate the amount of Funds due in accordance with Applicable Law.

**(d) Lender's Obligations; Application of Funds.** Lender will keep the Funds in a savings or banking institution which has its deposits insured by a U.S. federal agency, instrumentality, or entity, or in any Federal Home Loan Bank. Lender will apply the Funds to pay the Escrow Items no later than the time specified under RESPA or other Applicable Law. If Lender is such a savings or banking institution, Lender may hold the Funds. Lender will use the Funds to pay the Escrow Items. Lender will give to me, without charge, an annual accounting of the Funds that shows all additions to and deductions from the Funds and the reason for each deduction in the manner required by RESPA.

Lender may not charge me for: (i) holding or keeping the Funds, or using the Funds to pay Escrow Items; (ii) making a yearly analysis of my payment of Funds; or (iii) receiving, verifying and totaling assessments and bills. However, Lender may charge me for these services if Lender pays me interest on the Funds and if Applicable Law permits Lender to make such a charge. Lender will not be required to pay me any interest or earnings on the Funds unless either: (a) Lender and I agree in writing that Lender will pay interest on the Escrow Funds; or (b) Applicable Law requires Lender to pay interest on the Funds.

**(e) Adjustments to the Funds: Surplus, Shortage and Deficiency of Funds.** If there is a surplus of Funds held in escrow, Lender will refund such surplus to me to the extent required by RESPA. If my Periodic Payment is delinquent by more than 30 days, Lender may retain the surplus in the escrow account for the payment of the Escrow Items. If there is a shortage or deficiency of Funds held in escrow, Lender will notify me and I will pay to Lender the amount necessary to make up the shortage or deficiency in accordance with RESPA.

When I have paid all of the Sums Secured, Lender will promptly refund to me any Funds that are then being held by Lender.

**4. Borrower's Obligation to Pay Charges, Assessments and Claims; Liens.** I will pay all taxes, assessments, water charges, sewer rents and other similar charges, and any other charges and fines that may be imposed on the Property and that may be or become superior to this Security Instrument. If I am a tenant under a ground lease on the Property, I will also pay ground rents or payments due under my ground lease. I will also pay any Community Association Dues, Fees, and Assessments. I will do this either by making the payments to Lender that are described in Section 3 above or, if I am not required to make payments to Lender under Section 3, by making the payments on time to the Person owed them.

I will promptly pay or satisfy all liens against the Property that may be or become superior to this Security Instrument. However, this Security Instrument does not require me to satisfy a superior lien if: (a) I agree, in writing, to pay the obligation which gave rise to the superior lien and Lender approves the way in which I agree to pay that obligation, but only so long as I am performing such agreement; (b) I contest the lien in good faith by, or defend against enforcement of the lien in, legal proceedings which Lender determines, in its sole discretion, operate to prevent the enforcement of the lien while those proceedings are pending, but only until such proceedings are concluded; or (c) I secure from the holder of the lien an agreement satisfactory to Lender that subordinates the lien to this Security Instrument (collectively the "Required Actions"). If Lender determines that any part of the Property is subject to a lien that has priority or may attain priority over this Security Instrument and Borrower has not taken any of the Required Actions in regard to such lien, Lender may give me a notice identifying the lien. Within 10 days after the date on which that notice is given, I must satisfy the lien or take one or more of the Required Actions.

**5. Borrower's Obligation to Maintain Hazard Insurance or Property Insurance.**

**(a) Insurance Requirements; Coverages.** I will obtain hazard or property insurance to cover all buildings and other improvements that now are, or in the future will be, located on the Property. The insurance must cover loss or damage caused by: (i) fire; (ii) hazards normally covered by "extended coverage" hazard insurance policies; and (iii) any other hazards for which Lender requires coverage, including, but not limited to, earthquakes, winds, and floods. The insurance must be in the amounts (including deductibles) and for the periods of time required by Lender. Lender's requirements can change during the term of the Loan, and may exceed any minimum coverage required by Applicable Law. I may choose the insurance carrier providing the insurance, subject to Lender's right to disapprove my choice, which right will not be exercised unreasonably.

**(b) Failure to Maintain Insurance.** If Lender has a reasonable basis to believe that I have failed to maintain any of the required insurance coverages described above, Lender may obtain insurance coverage, at Lender's option and charge me in accordance with Section 9 below. Unless required by Applicable Law, Lender is under no obligation to advance premiums for, or to seek to reinstate, any prior lapsed coverage for insurance that I have obtained. Lender is under no obligation to purchase any particular type or amount of coverage and may select the provider of such insurance coverage in its sole discretion. Before purchasing such coverage, Lender will notify me if required to do so under Applicable Law. Any such coverage will protect Lender, but might not protect me, my equity in the Property, or the contents of the Property, against any risk, hazard, or liability and might provide greater or lesser coverage than was previously in effect, but not exceeding the coverage required under Section 5(a). I acknowledge that the cost of the insurance coverage so obtained may significantly exceed the cost of insurance that I could have obtained. Any amounts paid by Lender for costs associated with reinstating my insurance policy or with placing new insurance under this Section 5 will become my Sums Secured. These amounts will bear interest at the Note rate from the date of disbursement and will be payable, with such interest, upon notice from Lender to me requesting payment.

**(c) Insurance Policies.** All insurance policies required by Lender and renewals of such policies: (i) will be subject to Lender's right to disapprove such policies; (ii) must include what is known as a "standard mortgage clause" to protect Lender; and (iii) must name Lender as mortgagee and/or as an additional loss payee. Lender will have the right to hold the policies and renewal certificates. If Lender requires, I will promptly give to Lender proof of paid premiums and renewal notices.

If I obtain any form of insurance coverage, not otherwise required by Lender, for damage to, or destruction of, the Property, such policy must include a "standard mortgage clause" and must name Lender as mortgagee and/or as an additional loss payee.

**(d) Proof of Loss; Application of Proceeds.** In the event of loss, I must give prompt notice to the insurance carrier and Lender. Lender may make proof of loss if not made promptly by me. Any insurance proceeds, whether or not the

LOAN #: ███████

underlying insurance was required by Lender, will be applied to restoration or repair of the Property, if Lender deems the restoration or repair to be economically feasible and determines that Lender's security will not be lessened by such restoration or repair.

If the Property is to be repaired or restored, Lender will disburse from the insurance proceeds any initial amounts that are necessary to begin the repair or restoration, subject to any restrictions applicable to Lender.

During the subsequent repair and restoration period, Lender will have the right to hold such insurance proceeds until Lender has had an opportunity to inspect such Property to ensure the work has been completed to Lender's satisfaction (which may include satisfying Lender's minimum eligibility requirements for persons repairing the Property, including, but not limited to, licensing, bond, and insurance requirements) provided that such inspection must be undertaken promptly. Lender may disburse insurance proceeds for the repairs and restorations in a single payment or in a series of progress payments as the work is completed, depending on the size of the repair or restoration, the terms of the repair agreement, and whether I am in Default on the Loan. Lender may make such payments directly to me, to the Person repairing or restoring the Property, or payable jointly to both. Lender will not be required to pay me any interest or earnings on such insurance proceeds unless Lender and I agree in writing or Applicable Law requires otherwise. Fees for public adjusters, or other third parties I retain, will not be paid out of the insurance proceeds and will be my sole obligation.

If Lender deems the restoration or repair not to be economically feasible or Lender's security would be lessened by such restoration or repair, the insurance proceeds will be applied to the Sums Secured, whether or not then due, with the excess, if any, paid to me. Such insurance proceeds will be applied in the order that Partial Payments are applied in Section 2(b).

(e) **Insurance Settlements; Assignment of Proceeds.** If I abandon the Property, Lender may file, negotiate, and settle any available insurance claim and related matters. If I do not answer, within 30 days, a notice from Lender stating that the insurance company has offered to settle a claim, Lender may negotiate and settle any insurance claim. The 30-day period will begin when the notice is given. In either event, or if Lender acquires the Property under Section 26 or otherwise, I give Lender (i) my rights to any insurance proceeds in an amount not greater than the amounts unpaid under the Note and this Security Instrument, and (ii) any other of my rights (other than the right to any refund of unearned premiums that I paid) under all insurance policies covering the Property, if the rights are applicable to the coverage of the Property. If Lender files, negotiates, or settles a claim, I agree that any insurance proceeds may be made payable directly to Lender without the need to include me as an additional loss payee. Lender may use the insurance proceeds either to repair or restore the Property (as provided in Section 5(d)) or to pay amounts unpaid under the Note or this Security Instrument, whether or not then due.

6. **Occupancy.** I must occupy, establish, and use the Property as my principal residence within 60 days after I sign this Security Instrument. I will continue to occupy the Property and to use the Property as my principal residence for at least one year. The one-year period will begin when I first occupy the Property. However, I will not have to occupy the Property and use the Property as my principal residence within the time frames set forth above if Lender agrees in writing that I do not have to do so. Lender may not refuse to agree unless the refusal is reasonable. I also will not have to occupy the Property and use the Property as my principal residence within the time frames set forth above if extenuating circumstances exist that are beyond my control.

7. **Preservation, Maintenance, and Protection of the Property; Inspections.** I will not destroy, damage, or harm the Property, and I will not allow the Property to deteriorate or commit waste on the Property. Whether or not I am residing in the Property, I will keep the Property in good repair so that it will not deteriorate or decrease in value due to its condition. Unless Lender determines pursuant to Section 5 that repair or restoration is not economically feasible, I will promptly repair the Property if damaged to avoid further deterioration or damage.

If insurance or Condemnation proceeds are paid to Lender in connection with damage to, or Condemnation of, the Property, I will be responsible for repairing or restoring the Property only if Lender has released those insurance proceeds for such purposes. Lender may pay for the repairs and restoration out of insurance proceeds in a single payment or in a series of progress payments as the work is completed, depending on the size of the repair or restoration, the terms of the repair agreement, and whether I am in Default on the Loan. Lender may make such disbursements directly to me, to the Person repairing or restoring the Property, or payable jointly to both. If the insurance or Condemnation proceeds are not sufficient to repair or restore the Property, I promise to pay for the completion of such repair or restoration.

Lender may make reasonable entries upon and inspections of the Property. If Lender has reasonable cause, Lender may inspect the interior of the improvements on the Property. Lender will give me notice at the time of or prior to such an interior inspection specifying such reasonable cause.

8. **Borrower's Loan Application.** I will be in Default if, during the Loan application process, I, or any Persons acting at my direction or with my knowledge or consent, gave materially false, misleading, or inaccurate information or statements to Lender (or failed to provide Lender with material information) in connection with the Loan, including, but not limited to, overstating my income or assets, understating or failing to provide documentation of my debt obligations and liabilities, and misrepresenting my occupancy or intended occupancy of the Property as my principal residence.

9. **Protection of Lender's Interest in the Property and Rights Under this Security Instrument.**

(a) **Protection of Lender's Interest.** If: (i) I do not keep my promises and agreements made in this Security Instrument; (ii) there is a legal proceeding or government order that may significantly affect Lender's interest in the Property and/or rights under this Security Instrument (such as a legal proceeding in bankruptcy, in probate, for Condemnation or Forfeiture, for enforcement of a lien that has priority or may attain priority over this Security Instrument, or to enforce laws or regulations); or (iii) Lender reasonably believes that I abandoned the Property, then Lender may do and pay for whatever is reasonable or appropriate to protect Lender's interest in the Property and/or Lender's rights under this Security Instrument, including protecting and/or assessing the value of the Property, and securing and/or repairing the Property. Lender's actions may include, but are not limited to: (I) paying any Sums Secured by a lien that has priority or may attain priority over this Security Instrument; (II) appearing in court; and (III) paying: (A) reasonable attorneys' fees and costs; (B) property inspection and valuation fees; and (C) other fees incurred for the purpose of protecting Lender's interest in the Property and/or rights under this Security Instrument, including its secured position in a bankruptcy proceeding. Securing the Property includes, but is not limited to, exterior and interior inspections of the Property, entering the Property to make repairs, changing locks, replacing or boarding up doors and windows, draining water from pipes, eliminating building or other code violations or dangerous conditions, and having utilities turned on or off. Although

LOAN #: ▮▮▮▮▮▮▮▮

Lender may take action under this Section 9, Lender is not required to do so and is not under any duty or obligation to do so unless required by Applicable Law. I agree that Lender will not be liable for not taking any or all actions authorized under this Section 9.

**(b) Avoiding Foreclosure; Mitigating Losses.** If I am in Default, Lender may work with me to avoid foreclosure and/or mitigate Lender's potential losses, but is not obligated to do so unless required by Applicable Law. Lender may take reasonable actions to evaluate me for available alternatives to foreclosure, including, but not limited to, obtaining credit reports, title reports, title insurance, property valuations, subordination agreements, and third-party approvals. I authorize and consent to these actions. Any costs associated with such loss mitigation activities may be paid by Lender and recovered from me as described below in Section 9(c), unless prohibited by Applicable Law.

**(c) Additional Amounts Secured.** I will pay to Lender any amounts, with interest, which Lender spends under this Section 9. I will pay those amounts to Lender when Lender sends me a notice requesting that I do so. I will pay interest on those amounts at the interest rate set forth in the Note. Interest on each amount will begin on the date that the amount is spent by Lender. These amounts will become my additional debt that is secured by this Security Instrument.

**(d) Leasehold Terms.** If I do not own but am a tenant on the Property, I will fulfill all my obligations under my lease. I will not give up the rights that I have as a tenant on the Property. I will not cancel or terminate my lease and I will not change or amend that lease unless Lender agrees in writing to the change or amendment. I also agree that, if I subsequently purchase or otherwise become the owner of the Property, my interest as the tenant and my interest as the owner will remain separate unless Lender agrees to the merger in writing.

**10. Assignment of Rents.**

**(a) Assignment of Rents.** If the Property is leased to, used by, or occupied by a third party ("Tenant"), I unconditionally assign and transfer to Lender any Rents, regardless of to whom the Rents are payable. I authorize Lender to collect the Rents, and agree that each Tenant will pay the Rents to Lender. However, I will receive the Rents until (i) Lender has given me notice of Default pursuant to Section 26, and (ii) Lender has given notice to the Tenant that the Rents are to be paid to Lender. This Section 10 constitutes an absolute assignment and not an assignment for additional security only.

**(b) Notice of Default.** If Lender gives me notice of Default: (i) I will hold all Rents I receive as trustee for the benefit of Lender only, to be applied to the Sums Secured; (ii) Lender will be entitled to collect and receive all of the Rents; (iii) I agree to instruct each Tenant that Tenant is to pay all Rents due and unpaid to Lender upon Lender's written demand to the Tenant; (iv) I will ensure that each Tenant pays all Rents due to Lender and will take whatever action is necessary to collect such Rents if not paid to Lender; (v) unless Applicable Law provides otherwise, all Rents collected by Lender will be applied first to the costs of taking control of and managing the Property and collecting the Rents, including, but not limited to, reasonable attorneys' fees and costs, receiver's fees, premiums on receiver's bonds, repair and maintenance costs, insurance premiums, taxes, assessments, and other charges on the Property, and then to any other Sums Secured; (vi) Lender, or any judicially appointed receiver, will be liable to account for only those Rents actually received; and (vii) Lender will be entitled to have a receiver appointed to take possession of and manage the Property and collect the Rents and profits derived from the Property without any showing as to the inadequacy of the Property as security.

**(c) Funds Paid by Lender.** If the Rents are not sufficient to cover the costs of taking control of and managing the Property and of collecting the Rents, any funds paid by Lender for such purposes will become Sums Secured pursuant to Section 9.

**(d) Limitation on Collection of Rents.** I may not collect any of the Rents more than one month in advance of the time when the Rents become due, except for security or similar deposits.

**(e) No Other Assignment of Rents.** I represent, warrant, covenant, and agree that I have not signed any prior assignment of the Rents, will not make any further assignment of the Rents, and have not performed, and will not perform, any act that could prevent Lender from exercising its rights under this Security Instrument.

**(f) Control and Maintenance of the Property.** Unless required by Applicable Law, Lender, or a receiver appointed under Applicable Law, is not obligated to enter upon, take control of, or maintain the Property before or after giving notice of Default to me. However, Lender, or a receiver appointed under Applicable Law, may do so at any time when I am in Default, subject to Applicable Law.

**(g) Additional Provisions.** Any application of the Rents will not cure or waive any Default or invalidate any other right or remedy of Lender. This Section 10 does not relieve me of my obligations under Section 6.

This Section 10 will terminate when all the Sums Secured are paid in full.

**11. Mortgage Insurance.**

**(a) Payment of Premiums; Substitution of Policy; Loss Reserve; Protection of Lender.** If Lender required Mortgage Insurance as a condition of making the Loan, I will pay the premiums required to maintain the Mortgage Insurance in effect. If I was required to make separately designated payments toward the premiums for Mortgage Insurance, and (i) the Mortgage Insurance coverage required by Lender ceases for any reason to be available from the mortgage insurer that previously provided such insurance, or (ii) Lender determines in its sole discretion that such mortgage insurer is no longer eligible to provide the Mortgage Insurance coverage required by Lender, I will pay the premiums required to obtain coverage substantially equivalent to the Mortgage Insurance previously in effect, at a cost substantially equivalent to the cost to me of the Mortgage Insurance previously in effect, from an alternate mortgage insurer selected by Lender.

If substantially equivalent Mortgage Insurance coverage is not available and if I was required to make separately designated payments toward the premiums for Mortgage Insurance, Lender will establish a loss reserve as a substitute for the Mortgage Insurance coverage. Lender will retain these payments, and will use these payments to pay for losses that the Mortgage Insurance would have covered. Such loss reserve will not be refundable. Lender will not be required to pay me any interest or earnings on such loss reserve.

Lender will no longer require loss reserve payments if Mortgage Insurance coverage again becomes available and is obtained. In that case, I will once again pay Mortgage Insurance premiums. The Mortgage Insurance coverage must be in the amount and for the period of time required by Lender. The insurance company providing the coverage is subject to Lender approval.

I will pay the Mortgage Insurance premiums, or the non-refundable loss reserve payments, until the requirement for Mortgage Insurance ends according to any written agreement between Lender and me that provides for such termination or until termination of Mortgage Insurance is required by Applicable Law. Lender may require me to pay the premiums, or the loss reserve payments, in the manner described in this Section 11.

**LOAN #:** <span style="background:black">     </span>

This Section 11, and the existence or termination of my obligation to pay Mortgage Insurance premiums or reserve payments, does not affect my obligation to pay interest under the Note at the rate set by the Note.

**(b) Mortgage Insurance Agreements.** Mortgage Insurance policy reimburses Lender for certain losses Lender may incur if I do not repay the Loan as agreed. I am not a party to the Mortgage Insurance policy or coverage.

Mortgage insurers evaluate their total risk on all Mortgage Insurance from time to time, and may enter into agreements with other parties to share or modify their risk, or reduce losses. These agreements may require the mortgage insurer to make payments using any source of funds that the mortgage insurer may have available (which may include funds obtained from Mortgage Insurance premiums).

As a result of these agreements, Lender, another insurer, any reinsurer, any other entity, or any affiliate of any of the foregoing, may receive (directly or indirectly) amounts that come from (or might be characterized as) a portion of my payments for Mortgage Insurance, in exchange for sharing or changing the mortgage insurer's risk, or reducing losses.

Any such agreements will not: (i) affect the amounts that I have agreed to pay for Mortgage Insurance, or any other terms of the Loan; (ii) increase the amount I will owe for Mortgage Insurance; (iii) entitle me to any refund; or (iv) affect the rights I have, if any, with respect to the Mortgage Insurance under the Homeowners Protection Act of 1998 (12 U.S.C. § 4901 *et seq.*), as it may be amended from time to time, or any additional or successor federal legislation or regulation that governs the same subject matter ("HPA"). These rights under the HPA may include the right to receive certain disclosures, to request and obtain cancellation of the Mortgage Insurance, have the Mortgage Insurance terminated automatically, and/or receive a refund of any Mortgage Insurance premiums that were not earned at the time of such cancellation or termination.

**12. Assignment and Application of Miscellaneous Proceeds and Condemnation of the Property; Forfeiture.**

**(a) Assignment of Miscellaneous Proceeds.** I unconditionally assign the right to receive all Miscellaneous Proceeds to Lender and agree that such amounts will be paid to Lender.

**(b) Application of Miscellaneous Proceeds upon Damage to Property.** If the Property is damaged, any Miscellaneous Proceeds will be applied to restoration or repair of the Property, if Lender deems the restoration or repair to be economically feasible and Lender's security will not be lessened by such restoration or repair. During such repair and restoration period, Lender will have the right to hold such Miscellaneous Proceeds until Lender has had an opportunity to inspect the Property to ensure the work has been completed to Lender's satisfaction (which may include satisfying Lender's minimum eligibility requirements for Persons repairing the Property, including, but not limited to, licensing, bond, and insurance requirements) provided that such inspection must be undertaken promptly. Lender may pay for the repairs and restoration in a single disbursement or in a series of progress payments as the work is completed, depending on the size of the repair or restoration, the terms of the repair agreement, and whether I am in Default on the Loan. Lender may make such disbursements directly to me, to the Person repairing or restoring the Property, or payable jointly to both. Unless Lender and I agree in writing or Applicable Law requires interest to be paid on the Miscellaneous Proceeds, Lender will not be required to pay me any interest or earnings on such Miscellaneous Proceeds. If Lender deems the restoration or repair not to be economically feasible or Lender's security would be lessened by such restoration or repair, the Miscellaneous Proceeds will be applied to the Sums Secured, whether or not then due, with the excess, if any, paid to me. Such Miscellaneous Proceeds will be applied in the order that Partial Payments are applied in Section 2(b).

**(c) Application of Miscellaneous Proceeds upon Condemnation, Destruction, or Loss in Value of the Property.** In the event of a total taking, destruction, or loss in value of the Property, all of the Miscellaneous Proceeds will be used to reduce the Sums Secured, whether or not then due, with the excess, if any, paid to me.

In the event of a partial taking, destruction, or loss in value of the Property (each, a "Partial Devaluation") where the fair market value of the Property immediately before the Partial Devaluation is equal to or greater than the amount of the Sums Secured immediately before the Partial Devaluation, a percentage of the Miscellaneous Proceeds will be applied to the Sums Secured unless the Lender and I otherwise agree in writing. The amount of the Miscellaneous Proceeds that will be so applied is determined by multiplying the total amount of the Miscellaneous Proceeds by a percentage calculated by taking (i) the total amount of the Sums Secured immediately before the Partial Devaluation, and dividing it by (ii) the fair market value of the Property immediately before the Partial Devaluation. Any balance of the Miscellaneous Proceeds will be paid to me.

In the event of a Partial Devaluation where the fair market value of the Property immediately before the Partial Devaluation is less than the amount of the Sums Secured immediately before the Partial Devaluation, all of the Miscellaneous Proceeds will be used to reduce the Sums Secured, whether or not the sums are then due, unless the Lender and I otherwise agree in writing.

**(d) Settlement of Claims.** Lender is authorized to collect and apply the Miscellaneous Proceeds either to the Sums Secured, whether or not then due, or to restoration or repair of the Property, if I (i) abandon the Property, or (ii) fail to respond to Lender within 30 days after the date Lender notifies me that the Opposing Party (as defined in the next sentence) offers to settle a claim for damages. "Opposing Party" means the third party that owes me the Miscellaneous Proceeds or the party against whom I have a legal right of action in regard to the Miscellaneous Proceeds.

**(e) Proceeding Affecting Lender's Interest in the Property.** I will be in Default if any lawsuit or other legal proceeding begins seeking Forfeiture of the Property or seeking any other significant reduction of Lender's interest in the Property or rights under this Security Instrument. "Forfeiture" means a legal order or judgment that takes away some or all of my rights in the Property, whether in a civil or in a criminal proceeding. I can cure such a Default and, if acceleration (as described in Section 26(a) below) has occurred, reinstate as provided in Section 20, by causing the lawsuit or legal proceeding to be dismissed with a legal ruling that, in Lender's reasonable judgment, precludes Forfeiture or any significant reduction of Lender's interest in the Property or rights under this Security Instrument. I will unconditionally assign to Lender the proceeds of any award or claim for damages that are attributable to a reduction of Lender's interest in the Property, which proceeds will be paid to Lender.

All Miscellaneous Proceeds that are not applied to restoration or repair of the Property will be applied in the order that Partial Payments are applied in Section 2(b).

**13. Continuation of Borrower's Obligations and of Lender's Rights.**

**(a) Borrower's Obligations.** Lender may allow me and any Successor in Interest of Borrower to delay or to change the amount of the Periodic Payments of principal and interest due under the Note or under this Security Instrument. Even



if Lender does this, however, I and any Successor in Interest of Borrower will both still be fully obligated under the Note and under this Security Instrument.

Lender may allow those delays or changes for a Successor in Interest of Borrower even if Lender is requested not to do so. Lender will not be required to bring a lawsuit against a Successor in Interest of Borrower for not fulfilling obligations under the Note or under this Security Instrument, even if Lender is requested to do so by me or a Successor in Interest of Borrower. Lender may or may not take such actions in its sole discretion.

**(b) Lender's Rights.** Even if Lender does not exercise or enforce any right of Lender under this Security Instrument or under Applicable Law, Lender will still have all of those rights and may exercise and enforce them in the future. Even if: (i) Lender obtains insurance, pays taxes, or pays other claims, charges, or liens against the Property; (ii) Lender accepts payments from third Persons or Successors in Interest of Borrower; or (iii) Lender accepts payments in amounts less than the amount then due, Lender will have the right under Section 26 below to demand that I make immediate payment in full of any amounts remaining due and payable to Lender under the Note and under this Security Instrument.

**14. Obligations of Borrower and of Persons Taking over Borrower's Rights or Obligations.** If more than one Person signs this Security Instrument as Borrower, each of us is fully obligated to keep all of Borrower's promises and obligations contained in this Security Instrument. Lender may enforce Lender's rights under this Security Instrument against each of us individually or against all of us together. This means that any one of us may be required to pay all of the Sums Secured. However, if one of us does not sign the Note, that Person: (a) signs this Security Instrument only to give that Person's rights in the Property to Lender under the terms of this Security Instrument; (b) signs this Security Instrument to waive any applicable inchoate rights such as dower and curtesy and any available homestead exemptions; (c) signs this Security Instrument to assign any Miscellaneous Proceeds, Rents, or other earnings from the Property to Lender; (d) is not personally obligated to pay the Sums Secured; and (e) agrees that Lender can agree with the other Borrowers to delay enforcing any of Lender's rights or to extend, modify, or make any accommodations with regard to the terms of this Security Instrument or the Note without that Person's consent and without affecting that Person's obligations under this Security Instrument.

Subject to the provisions of Section 19, any Person who takes over my rights or obligations under this Security Instrument in writing, and is approved by Lender in writing, will have all of my rights and will be obligated to keep all of my promises and agreements made in this Security Instrument. I will not be released from my obligations and liabilities under this Security Instrument unless Lender agrees to such release in writing.

**15. Loan Charges.**

**(a) Tax and Flood Determination Fees.** Unless prohibited by Applicable Law, Lender may require me to pay (i) a one-time charge for an independent real estate tax verification and/or reporting service used by Lender in connection with this Loan, and (ii) either (A) a one-time charge for flood zone determination, certification, and tracking services, or (B) a one-time charge for flood zone determination and certification services and subsequent charges each time remappings or similar changes occur that reasonably might affect such determination or certification. I will also be responsible for the payment of any fees imposed by the Federal Emergency Management Agency, or any successor agency, at any time during the Loan term, in connection with any flood zone determinations.

**(b) Default Charges.** If permitted under Applicable Law, Lender may charge me fees for services performed in connection with my Default to protect Lender's interest in the Property and rights under this Security Instrument, including: (i) reasonable attorneys' fees and costs; (ii) property inspection, valuation, mediation, and loss mitigation fees; and (iii) other related fees.

**(c) Permissibility of Fees.** In regard to any other fees, the fact that this Security Instrument does not expressly indicate that Lender may charge me a certain fee does not mean that Lender cannot charge that fee. Lender may not charge fees that are expressly prohibited by this Security Instrument or by Applicable Law.

**(d) Savings Clause.** If Applicable Law sets maximum loan charges, and that law is finally interpreted so that the interest or other loan charges collected or to be collected in connection with the Loan exceed the permitted limits, then (i) any such loan charge will be reduced by the amount necessary to reduce the charge to the permitted limit, and (ii) any sums already collected from me which exceeded permitted limits will be refunded to me. Lender may choose to make this refund by reducing the principal owed under the Note or by making a direct payment to me. If a refund reduces principal, the reduction will be treated as a partial prepayment without any prepayment charge (whether or not a prepayment charge is provided for under the Note). To the extent permitted by Applicable Law, my acceptance of any such refund made by direct payment to me will constitute a waiver of any right of action I might have arising out of such overcharge.

**16. Notices Required under this Security Instrument; Borrower's Physical Address.** All notices given by me or Lender in connection with this Security Instrument must be in writing.

**(a) Notices to Borrower.** Unless Applicable Law requires a different method, any written notice to me in connection with this Security Instrument will be deemed to have been given to me when (i) mailed by first class mail, or (ii) actually delivered to my Notice Address (as defined in Section 16(c) below) if sent by means other than first class mail or Electronic Communication (as defined in Section 16(b) below). Notice to any one Borrower will constitute notice to all Borrowers unless Applicable Law expressly requires otherwise. If any notice to me required by this Security Instrument is also required under Applicable Law, the Applicable Law requirement will satisfy the corresponding requirement under this Security Instrument.

**(b) Electronic Notice to Borrower.** Unless another delivery method is required by Applicable Law, Lender may provide me with notice by e-mail or other electronic communication ("Electronic Communication") if: (i) agreed to by Lender and me in writing; (ii) I have provided Lender with my e-mail or other electronic address ("Electronic Address"); (iii) Lender provides me with the option to receive notices by first class mail or by other non-Electronic Communication instead of by Electronic Communication; and (iv) Lender otherwise complies with Applicable Law. Any notice to me sent by Electronic Communication in connection with this Security Instrument will be deemed to have been given to me when sent unless Lender becomes aware that such notice is not delivered. If Lender becomes aware that any notice sent by Electronic Communication is not delivered, Lender will resend such communication to me by first class mail or by other non-Electronic Communication. I may withdraw my agreement to receive Electronic Communications from Lender at any time by providing written notice to Lender of my withdrawal of such agreement.

**(c) Borrower's Notice Address.** The address to which Lender will send me notice ("Notice Address") will be the Property Address unless I have designated a different address by written notice to Lender. If Lender and I have agreed

that notice may be given by Electronic Communication, then I may designate an Electronic Address as Notice Address. I will promptly notify Lender of my change of Notice Address, including any changes to my Electronic Address if designated as Notice Address. If Lender specifies a procedure for reporting my change of Notice Address, then I will report a change of Notice Address only through that specified procedure.

(d) **Notices to Lender.** Any notice to Lender will be given by delivering it or by mailing it by first class mail to Lender's address stated in this Security Instrument unless Lender has designated another address (including an Electronic Address) by notice to me. Any notice in connection with this Security Instrument will be deemed to have been given to Lender only when actually received by Lender at Lender's designated address (which may include an Electronic Address). If any notice to Lender required by this Security Instrument is also required under Applicable Law, the Applicable Law requirement will satisfy the corresponding requirement under this Security Instrument.

(e) **Borrower's Physical Address.** In addition to the designated Notice Address, I agree to provide Lender with the address where I physically reside, if different from the Property Address, and notify Lender whenever this address changes.

17. **Law That Governs this Security Instrument; Word Usage.** This Security Instrument is governed by federal law and the law of the State of New York. All rights and obligations contained in this Security Instrument are subject to any requirements and limitations of Applicable Law. If any term of this Security Instrument or the Note conflicts with Applicable Law (i) such conflict will not affect other provisions of this Security Instrument or the Note that can be given effect without the conflicting provision, and (ii) such conflicting provision, to the extent possible, will be considered modified to comply with Applicable Law. Applicable Law might explicitly or implicitly allow the parties to agree by contract or it might be silent, but such silence should not be construed as a prohibition against agreement by contract. This means that the Security Instrument or the Note will remain as if the conflicting provision did not exist. Any action required under this Security Instrument to be made in accordance with Applicable Law is to be made in accordance with the Applicable Law in effect at the time the action is undertaken.

As used in this Security Instrument: (a) words in the singular will mean and include the plural and vice versa; (b) the word "may" gives sole discretion without any obligation to take any action; (c) any reference to "Section" in this document refers to Sections contained in this Security Instrument unless otherwise noted; and (d) the headings and captions are inserted for convenience of reference and do not define, limit, or describe the scope or intent of this Security Instrument or any particular Section, paragraph, or provision.

18. **Borrower's Copy.** One Borrower will be given one copy of the Note and of this Security Instrument.

19. **Agreements about Lender's Rights If the Property Is Sold or Transferred.** For purposes of this Section 19 only, "Interest in the Property" means any legal or beneficial interest in the Property, including, but not limited to, those beneficial interests transferred in a bond for deed, contract for deed, installment sales contract, or escrow agreement, the intent of which is the transfer of title by me to a purchaser at a future date.

Lender may require immediate payment in full of all Sums Secured if all or any part of the Property, or if any Interest in the Property, is sold or transferred (or if Borrower is not a natural Person and a beneficial interest in Borrower is sold or transferred) without Lender's prior written consent. However, Lender will not exercise this option if such exercise is prohibited by Applicable Law.

If Lender requires immediate payment in full under this Section 19, Lender will give me a notice in accordance with Section 16. The notice will give me at least 30 days to make the required payment. The 30-day period will begin on the date the notice is mailed or delivered. If I do not make the required payment during that period, Lender may act to enforce its rights under this Security Instrument without giving me any further notice or demand for payment and will be entitled to collect all expenses incurred in pursuing such remedies, including, but not limited to: (a) reasonable attorneys' fees and costs; (b) property inspection and valuation fees; and (c) other fees incurred to protect Lender's Interest in the Property and/or rights under this Security Instrument.

20. **Borrower's Right to Reinstate the Loan.** Even if Lender has required immediate payment in full, I may have the right to reinstate the Loan and to have enforcement of this Security Instrument discontinued. I will have this right at any time up to the later of (a) five days before any foreclosure sale of the Property, or (b) such other period as Applicable Law might specify for the termination of my right to reinstate. This right to reinstate will not apply in the case of acceleration under Section 19.

To reinstate the Loan, I must satisfy all of the following conditions: (aa) I pay to Lender the full amount that then would be due under this Security Instrument and the Note as if immediate payment in full had never been required; (bb) I correct my failure to keep any of my other promises or agreements made in this Security Instrument or the Note; (cc) I pay all of Lender's reasonable expenses in enforcing this Security Instrument or the Note, including, but not limited to: (i) reasonable attorneys' fees and costs; (ii) property inspection and valuation fees; and (iii) other fees incurred to protect Lender's interest in the Property and/or rights under this Security Instrument or the Note; and (dd) I do whatever Lender reasonably requires to assure that Lender's interest in the Property, Lender's rights under this Security Instrument or the Note, and my obligations under this Security Instrument or under the Note continue unchanged.

Lender may require that I pay such reinstatement sums and expenses in one or more of the following forms, as selected by Lender: (aaa) cash; (bbb) money order; (ccc) certified check, bank check, treasurer's check, or cashier's check, provided any such check is drawn upon an institution whose deposits are insured by a U.S. federal agency, instrumentality, or entity; or (ddd) Electronic Fund Transfer. Upon my reinstatement of the Loan, this Security Instrument and obligations secured by this Security Instrument will remain fully effective as if no acceleration had occurred.

21. **Note Holder's Right to Sell the Note or an Interest in the Note.** The Note or a partial interest in the Note, together with this Security Instrument, may be sold or otherwise transferred one or more times. Upon such a sale or other transfer, all of Lender's rights and obligations under this Security Instrument will transfer to Lender's successors and assigns.

22. **Loan Servicer.** Lender may take any action permitted under this Security Instrument through the Loan Servicer or another authorized representative, such as a sub-servicer. I understand that the Loan Servicer or other authorized representative of Lender has the right and authority to take any such action.

The Loan Servicer may change one or more times during the term of the Note. The Loan Servicer may or may not be the holder of the Note. The Loan Servicer has the right and authority to: (a) collect my Periodic Payments and any other amounts due under the Note and this Security Instrument; (b) perform any other mortgage loan servicing obligations; and (c) exercise any rights under the Note, this Security Instrument, and Applicable Law on behalf of Lender. If there is a change of the Loan Servicer, I will be given written notice of the change which will state the name and address of the

**LOAN #:** <span style="background:black">█████</span>

new Loan Servicer, the address to which payments should be made, and any other information RESPA and Applicable Law requires in connection with a notice of transfer of servicing.

**23. Notice of Grievance.** Until Lender or I have notified the other party (in accordance with Section 16) of an alleged breach and afforded the other party a reasonable period after the giving of such notice to take corrective action, neither Lender nor I may start a lawsuit or legal proceeding or join, or be joined to, an existing lawsuit (such as a class action) that (a) arises from the other party's actions pursuant to this Security Instrument or the Note or that claims the other party broke any promise or failed to fulfill any duty under this Security Instrument, or (b) alleges that the other party has not fulfilled any of its obligations under this Security Instrument or the Note. If Applicable Law provides a time period that must elapse before certain action can be taken, that time period will be deemed to be reasonable for purposes of this Section 23. The notice of Default given to me under Section 19 will be deemed to satisfy the notice and opportunity to take corrective action provisions of this Section 23. All rights under this Section 23 are subject to Applicable Law.

**24. Hazardous Substances.**

**(a) Definitions.** As used in this Section 24: (i) "Environmental Law" means any Applicable Laws where the Property is located that relate to health, safety, or environmental protection; (ii) "Hazardous Substances" include (A) those substances defined as toxic or hazardous substances, pollutants, or wastes by Environmental Law, and (B) the following substances: gasoline, kerosene, other flammable or toxic petroleum products, toxic pesticides and herbicides, volatile solvents, materials containing asbestos or formaldehyde, corrosive materials or agents, and radioactive materials; (iii) "Environmental Cleanup" includes any response action, remedial action, or removal action, as defined in Environmental Law; and (iv) an "Environmental Condition" means a condition that can cause, contribute to, or otherwise trigger an Environmental Cleanup.

**(b) Restrictions on Use of Hazardous Substances.** I will not cause or permit the presence, use, disposal, storage, or release of any Hazardous Substances, or threaten to release any Hazardous Substances, on or in the Property. I will not do, nor allow anyone else to do, anything affecting the Property that: (i) violates Environmental Law; (ii) creates an Environmental Condition; or (iii) due to the presence, use, or release of a Hazardous Substance, creates a condition that adversely affects or could adversely affect the value of the Property. The preceding two sentences will not apply to the presence, use, or storage on the Property of small quantities of Hazardous Substances that are generally recognized to be appropriate to normal residential uses and to maintenance of the Property (including, but not limited to, hazardous substances in consumer products).

**(c) Notices; Remedial Actions.** I will promptly give Lender written notice of: (i) any investigation, claim, demand, lawsuit, or other action by any governmental or regulatory agency or private party involving the Property and any Hazardous Substance or Environmental Law of which I have actual knowledge; (ii) any Environmental Condition, including but not limited to, any spilling, leaking, discharge, release, or threat of release of any Hazardous Substance; and (iii) any condition caused by the presence, use, or release of a Hazardous Substance that adversely affects the value of the Property. If I learn, or am notified by any governmental or regulatory authority or any private party, that any removal or other remediation of any Hazardous Substance affecting the Property is necessary, I will promptly take all necessary remedial actions in accordance with Environmental Law. Nothing in this Security Instrument will create any obligation on Lender for an Environmental Cleanup.

**25. Electronic Note Signed with Borrower's Electronic Signature.** If the Note evidencing the debt for this Loan is electronic, I acknowledge and represent to Lender that I: (a) have expressly consented and intended to sign the electronic Note using an Electronic Signature that I have adopted ("Borrower's Electronic Signature") instead of signing a paper Note with my written pen and ink signature; (b) did not withdraw my express consent to sign the electronic Note using Borrower's Electronic Signature; (c) understood that by signing the electronic Note using Borrower's Electronic Signature, I promised to pay the debt evidenced by the electronic Note in accordance with its terms; and (d) signed the electronic Note with Borrower's Electronic Signature with the intent and understanding that by doing so, I promised to pay the debt evidenced by the electronic Note in accordance with its terms.

## NON-UNIFORM COVENANTS

I also promise and agree with Lender as follows:

**26. Lender's Rights If Borrower Fails to Keep Promises and Agreements.**

**(a) Notice of Default.** Except as provided in Section 19 of this Security Instrument, if all conditions stated in subsections (i), (ii), and (iii) of this Section 26(a) are met, Lender may require immediate payment in full of the entire amount then remaining unpaid under the Note and under this Security Instrument. Lender may do this without making any further demand for payment.

Lender may require immediate payment in full under this Section 26 only if all of the following conditions are met:

(i) I fail to keep any promise or agreement made in this Security Instrument or the Note, including, the promises to pay when due the Sums Secured (my failure to keep any promise or agreement made in this Security Instrument is a Default as defined above in the section entitled "Words Used Often In This Document");

(ii) Lender sends to me, in the manner described in Section 16 of this Security Instrument, a notice of Default that states:

    (aa) the promise or agreement that I failed to keep;

    (bb) the action that I must take to correct that Default;

    (cc) a date by which I must correct the Default. That date will be at least 30 days (or as otherwise specified by Applicable Law) from the date on which the notice is given;

    (dd) that if I do not correct the Default by the date stated in the notice, Lender may require immediate payment in full, and Lender or another Person may acquire the Property by means of foreclosure and sale;

    (ee) that if I meet the conditions stated in Section 20 of this Security Instrument, I will have the right to have Lender's enforcement of this Security Instrument stopped and to have the Note and this Security Instrument remain fully effective as if immediate payment in full had never been required; and

    (ff) that I have the right in any lawsuit for foreclosure and sale to argue that I did keep my promises and agreements under the Note and under this Security Instrument, and to present any other defenses that I may have; and

(iii) I do not correct the Default stated in the notice from Lender by the date stated in that notice.



**LOAN #:** ▮▮▮▮▮

**(b) Acceleration; Foreclosure; Expenses.** If Lender requires immediate payment in full, Lender may bring a lawsuit to take away all of my remaining rights in the Property and have the Property sold. At this sale Lender or another Person may acquire the Property. This is known as "foreclosure and sale." In any lawsuit for foreclosure and sale, Lender will have the right to collect all costs and disbursements and additional allowances allowed by Applicable Law. These amounts include: (i) reasonable attorneys' fees and costs; (ii) property inspection and valuation fees; and (iii) other fees incurred to protect Lender's interest in the Property and/or rights under this Security Instrument.

**27. Lender's Obligation to Discharge this Security Instrument.** When Lender has been paid all amounts due under the Note and this Security Instrument, Lender will discharge this Security Instrument by delivering a certificate stating that this Security Instrument has been satisfied. I will pay all costs of recording the discharge in the proper official records. I agree to pay a fee for the discharge of this Security Instrument, if Lender so requires. Lender may require that I pay such a fee, but only if the fee is paid to a third party for services rendered and the charging of the fee is permitted by Applicable Law.

**28. Agreements about New York Lien Law.** I will receive all amounts lent to me by Lender subject to the trust fund provisions of Section 13 of the New York Lien Law. This means that I will (a) hold all amounts that I receive and that I have a right to receive from Lender under the Note as a trust fund, and (b) use those amounts to pay for "Cost of Improvement" (as defined in Section 13 of the New York Lien Law) before I use them for any other purpose. The fact that I am holding those amounts as a trust fund means that for any building or other improvement located on the Property I have a special responsibility under the law to use the amount in the manner described in this Section 28.

**29. Borrower's Statement Regarding the Property [check box as applicable].**
- ☒ This Security Instrument covers real property improved, or to be improved, by a one or two family dwelling only.
- ☐ This Security Instrument covers real property principally improved, or to be improved, by one or more structures containing, in the aggregate, not more than six residential dwelling units with each dwelling unit having its own separate cooking facilities.
- ☐ This Security Instrument does not cover real property improved as described above.

BY SIGNING BELOW, I accept and agree to the promises and agreements contained in this Security Instrument and in any Rider signed by me and recorded with it.

_____    09/16/24 _____ (Seal)
HENRY CHUANG                                              DATE

**State of New York**              )
                                   ) (ss)
**County of KINGS**                )

On the 16th day of Sept. in the year 2024, before me, the undersigned, a Notary Public in and for said State, personally appeared HENRY CHUANG, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_____
Notary Public
State of New York,
_____ County
My commission expires: APR. 30, 2027

Lender: CrossCountry Mortgage, LLC
NMLS ID: ▮▮▮▮▮
Loan Originator: Damon Anthony Laylock
NMLS ID: ▮▮▮▮▮

Gershom Mahon
Notary Public, State of New York
No. 01MA6057990
Qualified in Kings County
Commission Expires April 30, 20__

## SCHEDULE A (Description)

Title Number:   **VIS-4263**

ALL that certain plot piece or parcel of land, situate, lying and being in the Borough of Brooklyn, County of Kings, City and State of New York, bounded and described as follows:

BEGINNING at a point on the southwesterly side of Garden Street, distant 39 feet 3 Â¼ inches northwesterly from the corner formed by the intersection of the southwesterly side of Garden Street with the westerly side of Bushwick Avenue;

RUNNING THENCE southwesterly at right angles to Garden Street and part of the distance through a party wall, 100 feet;

THENCE northwesterly parallel with Garden Street, 20 feet 8 inches;

THENCE northeasterly along a line which forms a right angle with the southwesterly side of Garden Street and part of the distance through a party wall, 100 feet to the southwesterly side of Garden Street;

THENCE southeasterly along the southwesterly side of Garden Street, 20 feet 8 inches to the point or place of BEGINNING.

For information only:
Block: 3137 Lot: 92
COUNTY: KINGS
Premises being known as 64 GARDEN STREET, BROOKLYN, NY 11206

For conveyancing only, if intended to be conveyed:
Together with all right, title and interest of, in and to any streets and roads abutting the above described premises, to the center line thereof.

# EXHIBIT D

<table>
<tr><td>

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**

This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document.

</td><td>



2025121100235001001E1EC0

</td></tr>
</table>

| RECORDING AND ENDORSEMENT COVER PAGE | PAGE 1 OF 3 |
|---|---|

**Document ID:** 2025121100235001     Document Date: 12-02-2025     Preparation Date: 12-11-2025
**Document Type:** ASSIGNMENT, MORTGAGE
**Document Page Count:** 1

| PRESENTER: | RETURN TO: |
|---|---|
| RESIDENTIAL REAL ESTATE REVIEW, INC.<br>3217 DECKER LAKE DR<br>WEST VALLEY CITY, UT 84119-3284<br>DUSTIN.HAWKS@RRREVIEW.COM | RESIDENTIAL REALESTATE REVIEW COLLATERAL DOCUMENT<br>3217 S. DECKER LAKE DRIVE<br>SALT LAKE CITY, UT 84119<br>SUPPORT@SIMPLIFILE.COM |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 3137 | 92 | Entire Lot | 64 GARDEN STREET |

**Property Type:** DWELLING ONLY - 1 FAMILY

### CROSS REFERENCE DATA

**CRFN:** 2024000255386

### PARTIES

| ASSIGNOR/OLD LENDER: | ASSIGNEE/NEW LENDER: |
|---|---|
| MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.<br>3217 S DECKER LAKE DR<br>SALT LAKE CITY, UT 84119 | CROSSCOUNTRY MORTGAGE, LLC<br>3217 S DECKER LAKE DR<br>SALT LAKE CITY, UT 84119 |

☒ Additional Parties Listed on Continuation Page

### FEES AND TAXES

| Mortgage : | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | $ | 0.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 0.00 |
| TAXES:   County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 42.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**
Recorded/Filed       12-11-2025 11:25
City Register File No.(CRFN):
**2025000336812**

*City Register Official Signature*

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**



2025121100235001001C1C40

| RECORDING AND ENDORSEMENT COVER PAGE (CONTINUATION) | | PAGE 2 OF 3 |
|---|---|---|
| **Document ID: 2025121100235001** | Document Date: 12-02-2025 | Preparation Date: 12-11-2025 |
| Document Type: ASSIGNMENT, MORTGAGE | | |

**PARTIES**

**ASSIGNOR/OLD LENDER:**
CROSSCOUNTRY MORTGAGE, LLC.
3217 S DECKER LAKE DR
SALT LAKE CITY, UT 84119

Recording Requested By:
Residential RealEstate Review

When Recorded Return To:

Residential RealEstate Review
Collateral Document Services
3217 S. Decker Lake Drive
Salt Lake City, UT 84119

## CORPORATE ASSIGNMENT OF MORTGAGE

**Kings, New York**
**Residential RealEstate Review#** ███████████

Date of Assignment: __DEC 0 2 2025__
Assignor: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS") AS MORTGAGEE, AS NOMINEE FOR CROSSCOUNTRY MORTGAGE, LLC., ITS SUCCESSORS AND ASSIGNS at P.O. Box 2026, FLINT, MI 48501-2026 AND 11819 MIAMI ST., SUITE 100, OMAHA, NE 68164
Assignee: CROSSCOUNTRY MORTGAGE, LLC at C/O SELECT PORTFOLIO SERVICING, INC, 3217 S. DECKER LAKE DRIVE, SALT LAKE CITY, UT 84119
Executed By: HENRY CHUANG, UNMARRIED MAN To: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS") AS NOMINEE FOR CROSSCOUNTRY MORTGAGE, LLC., ITS SUCCESSORS AND ASSIGNS
Dated: 09-16-2024 Recorded: 10-01-2024 in Book/Reel/Liber N/A Page/Folio N/A as Instrument No. 2024000255386
In the County of Kings, State of New York.

Block: 3137 Lot: 92

Property Address: 64 GARDEN ST, BROOKLYN, NY 11206 BOROUGH of BROOKLYN

This Assignment is not subject to the requirements of Section 275 of the Real Property Law because it is an assignment within the secondary mortgage market.

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $1,260,000.00 with interest, secured thereby, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage, and the said property unto the said Assignee forever, subject to the terms contained in said Mortgage. IN WITNESS WHEREOF, the Assignor has executed these presents the day and year first above written:

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS") AS MORTGAGEE, AS NOMINEE FOR CROSSCOUNTRY MORTGAGE, LLC., ITS SUCCESSORS AND ASSIGNS
On ____DEC 0 2 2025____

By:_____N·M·_____
ATHAN MCREYNOLDS
ASSISTANT SECRETARY    NATHAN MCREYNOLDS
                       ASSISTANT SECRETARY
STATE OF Utah
COUNTY OF Salt Lake

On the _____2nd_____ day of ___December___ in the year __2025__ before me, the undersigned, personally appeared _____ of MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. ("MERS") AS MORTGAGEE, AS NOMINEE FOR CROSSCOUNTRY MORTGAGE, LLC., ITS SUCCESSORS AND ASSIGNS, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is(are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individuals(s) made such appearance before the undersigned in the County of Salt Lake, State of Utah.

WITNESS my hand and official seal,

_____Alexa Velarde_____
Notary Public

Salt Lake, Utah

✦ Nathan Mcreynolds
∅ ASSISTANT SECRETARY



**ALEXA VELARDE**
Notary Public State of Utah
My Commission Expires on:
February 07, 2026
Comm. Number: 722932

# EXHIBIT E




December 26, 2024

  HENRY CHUANG
64 GARDEN ST
BROOKLYN, NY 11206

<u>**PLEASE READ THIS NOTICE CAREFULLY.  TAKE ACTION TO AVOID THE LOSS OF YOUR PROPERTY.**</u>

**NOTICE OF DEFAULT - RIGHT TO CURE**

**Account Number:** ▮▮▮▮▮
**Property Address:**   64 GARDEN ST
BROOKLYN, NY 11206

Dear Customer(s):

The mortgage loan on your property is in default as a result of your failure to make payments as required by the Note and Deed of Trust or Mortgage (Security Instrument). We have previously sent you letters and communications regarding this default in an attempt to resolve this matter. This letter provides information about the default and what rights you have to cure the default. Select Portfolio Servicing, Inc. (SPS) services your mortgage loan and has been instructed on behalf of the holder of the promissory note to pursue remedies under the Security Instrument unless you take action to cure the default before the Cure Date shown below. The Noteholder on your Loan is Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Trustee of CROSS 2024-H7 Mortgage Trust (c/o SPS, PO Box 65250 Salt Lake City, UT 84165-0250).

This letter provides notice of the following:

**The Default**
You have failed to make payments under the Note and Security Instrument as shown below. This letter is a formal demand for payment.

**Action Required to Cure the Default**
To cure this default, you must pay the Amount Required to Cure together with payments which may subsequently become due, on or before the Cure Date listed below.

**Amount Required to Cure the Default**
As of the date of this letter, the total amount due and required to cure the default on your loan is $18,766.08 (Amount Required to Cure) as itemized below:

| Itemization of Amount Required to Cure<br>Cure Date: January 28, 2025 | |
|---|---|
| Payment due for November 1, 2024 | $18,766.08 |
| *Total amount due includes Escrow Payments (Taxes/Insurance) of $680.53* | |
| Accrued Late Charges | $0.00 |
| Advances made on Customer's behalf | $0.00 |
| Escrow advance balance (Deficit) | $0.00 |
| **Total Amount Outstanding** | **$18,766.08** |
| Unapplied balance | $0.00 |
| **AMOUNT REQUIRED AS OF December 26, 2024 TO CURE THE DEFAULT** | **$18,766.08** |

Additional payments may become due between the date of this letter and the Cure Date. If you wish to cure the default after those payments become due, they should be added to the Amount Required to Cure. You have thirty (30) days from the date of this notice to pay the Amount Required to Cure. This Cure Date is January 28, 2025. Fees and other charges may continue to be assessed to your account after the date of this letter pursuant to the terms of the Security Instrument. In addition, there may be other fees, escrow advances or corporate advances that SPS paid on your behalf or advanced to your account not itemized in this letter. While these amounts are not required to cure the payment default, you still owe these amounts. To obtain the amount required to bring the loan current, please contact SPS at our toll free number 800-635-9698.

SPS is not waiving its right to demand that you pay these amounts at a later date. SPS reserves the right to accept one or more payments for less than the Amount Required to Cure, and such acceptance shall not be deemed a waiver of any of its rights under the Security Instrument. This means, for example, if you send us a payment for less than the Amount Required to Cure, we can apply this payment to the amount due and owing, and because the payment did not cure the default, continue the process towards foreclosure. Please be advised that our acceptance of any such partial payment does not prejudice our right to refuse such payment or partial payment in the future.

**Possible Consequences of Default**
Failure to cure the default on or before January 28, 2025 may result in acceleration of the sums secured by the Security Instrument and sale of the property, unless a loss mitigation alternative to foreclosure has been started. In other words, SPS may initiate foreclosure and require immediate payment in full of the entire outstanding unpaid amount on the account. If that happens, you may lose your home. A foreclosure will result in the involuntary loss of the property via sale to the lender or another person may acquire the property by means of foreclosure and sale, and you may be evicted. Once foreclosure is initiated, additional amounts for legal fees and costs may be incurred. These sums can be significant. They may be added to amounts secured by the Security Instrument, and they may be required to be paid, to the extent permitted by law, if you wish to reinstate or satisfy the loan after foreclosure is initiated.

You have the right to reinstate after acceleration. If you meet the conditions to reinstate, as provided in the Security Instrument, you may reinstate even after foreclosure has been initiated but prior to sale. This means that once you have met the conditions, the enforcement of the Security Instrument will be stopped and your Note and Security Instrument will remain, as if demand for payment in full had not been made. You will have this right at any time before the earliest of: (a) five days before sale of the property under any power of sale granted by the Security Instrument; (b) another period as applicable law might specify for the termination of your right to have enforcement of the loan stopped; or (c) a judgment has been entered enforcing your Security Instrument. SPS requires that you pay reinstatement amounts in certified funds. Certified funds include a bank wire, cashier's bank check, attorney trust account check, title or escrow company check, or Western Union Quick Collect. Please contact SPS at 800-635-9698 for instructions on submitting these funds. If you reinstate, the Security Instrument shall remain fully effective as if no foreclosure action had started.

**Payment Options**
Please provide payments to the following address:

Sent via US Mail to:
**Select Portfolio Servicing, Inc.**
**PO Box 65450 Salt Lake City, UT 84165-0450**

Sent via overnight courier to:
**Select Portfolio Servicing, Inc.**
**Attn: Remittance Processing**
**3217 S. Decker Lake Dr., Salt Lake City, UT 84119**

Payments may be submitted in the following forms:
      (a) Personal check (if foreclosure has not been initiated)
      (b) Money order
      (c) Bank wire (electronic funds transfer). Please contact SPS for the information necessary to complete a bank wire.
      (d) Certified check, bank check, treasurer's check or cashier's check, provided any such check is drawn upon an institution whose deposits are insured by a federal agency.
      (e) Western Union Quick Collect. Reference the loan number above and deliver to Code City- Oswald, Code State- UT.

In some circumstances, you may be able to submit a payment through EZ Pay by calling 800-258-8602 or visiting our website at **www.spservicing.com**. Please remember that EZ Pay payments clear quickly, and you must have the funds in your checking account on the day you ask us to process a payment. We will obtain your consent prior to initiating payment and will advise you of any fee for this service, which may be up to $15 for payments over the phone with an agent and up to $5 for payments online or through our automated phone system.

**You Have Options to Avoid Foreclosure!**
SPS is committed to home retention and offers many customer assistance programs designed to help customers avoid foreclosure. These programs are offered at no cost to our customers and are designed to help preserve home ownership or prevent foreclosure through structured repayment plans, special payment arrangements, modifications, short settlements, and deed-in-lieu options, if you are eligible. If you would like to learn more about these programs, you should immediately contact an SPS representative at our toll-free number, 800-635-9698, or visit our website at www.spservicing.com. Our representatives are available by phone Monday through Friday between the hours of 8 a.m. and 9 p.m., and Saturday from 8 a.m. to 2 p.m., Eastern Time.

**If we can reach an agreement to resolve your default, we will not proceed with and/or commence foreclosure, as long as you comply with the agreement and make required payments.**

**Counseling**
If you would like counseling or assistance you can contact the following:  U.S. Department of Housing and Urban Development.  For a list of homeownership counselors or counseling organizations in your area, go to https://apps.hud.gov/offices/hsg/sfh/hcc/hcs.cfm or you can call HUD at 1-800-569-4287, or you may seek help from another non-profit foreclosure avoidance agency.

**Servicemembers Civil Relief Act (SCRA)**
SPS is committed to home ownership assistance for active servicemembers and veterans of the United States military. You may be entitled to certain protections under the federal Servicemembers Civil Relief Act (50 U.S.C. 3901 et seq.) regarding your interest rate and the risk of foreclosure if you are a servicemember or a dependent of a servicemember. Counseling for covered servicemembers is available at agencies such as Military OneSource (800-342-9647 or www.militaryonesource.mil) and Armed Forces Legal Assistance (http://legalassistance.law.af.mil). Note: your state may have more expansive eligibility criteria than below.  Please contact us as soon as possible if you have any questions or believe you may be eligible.

Eligible service may include, but is not limited to:

- Regular members of the U.S. Armed Forces (Army, Navy, Air Force, Space Force, Marine Corps and Coast Guard), or
- Reserve and National Guard personnel who have been activated and are on Federal active duty, or
- National Guard personnel under a call or order to active duty for more than 30 consecutive days under section 502(f) of title 32, United States Code, for purposes of responding to a national emergency declared by the President and supported by Federal funds, or
- Active service members of the commissioned corps of the Public Health Service and the National Oceanic and Atmospheric Administration, or
- Certain United States citizens serving with the armed forces of a nation with which the United States is allied in the prosecution of a war or military action.

Please send written notice of military service as soon as possible to:

Select Portfolio Servicing, Inc.
PO Box 65250 Salt Lake City, UT 84165-0250

If you have questions regarding eligibility and application requirements, please call us at 800-635-9698.

**Your Rights**
If you wish to dispute your delinquency or Amount Required to Cure the Default, you may do so by providing a written dispute to SPS at the following address:

Select Portfolio Servicing, Inc.
PO Box 65277 Salt Lake City, UT 84165-0277

You may call SPS at our toll free number 800-258-8602 to discuss your dispute. However, to protect your rights under federal law, you will need to provide written notice to SPS if you believe that your dispute is unresolved.

You have the right in any lawsuit for foreclosure and sale to argue that you did keep your promises and agreements under the Note and Security Instrument, and to present any other defenses that you may have.

**You have options to avoid foreclosure. THE TIME TO ACT IS NOW. Please call us at 800-635-9698.**

Sincerely,

Select Portfolio Servicing, Inc.

**Esta carta contiene información importante concerniente a sus derechos. Por favor, traduzca esta carta. Nuestros representantes bilingües están a su disposición para contestar cualquier pregunta. Llamenos al numero 800-831-0118 y seleccione/marque la opción 2.**

**This communication from a debt collector is an attempt to collect a debt and any information obtained will be used for that purpose.**

**New York City - Collection Agency License # 1170514**





Sign up for paperless delivery
at www.spservicing.com

Paperless

December 19, 2024

HENRY CHUANG
64 GDN ST
BROOKLYN, NY 11206

**Account Number:**
**Property Address:**    64 GARDEN ST
                        BROOKLYN, NY 11206

Dear Customer(s):

### YOU MAY BE AT RISK OF FORECLOSURE.
### PLEASE READ THE FOLLOWING NOTICE CAREFULLY

As of December 19, 2024, your home loan is 48 days and $18,766.08 in default. Under New York State Law, we are required to send you this notice to inform you that you are at risk of losing your home.

Attached to this notice is a list of government approved housing counseling agencies in your area which provide free counseling. You can also call the NYS Office of the Attorney General's Homeowner Protection Program (HOPP) toll-free consumer hotline to be connected to free counseling services in your area at 1-855-HOME-456 (1-855-466-3456), or visit their website at http://www.aghomehelp.com/. A statewide listing by county is also available at http://www.dfs.ny.gov/consumer/mortg_nys_np_counseling_agencies.htm.   Qualified free help is available; watch out for companies or people who charge a fee for these services.

Housing counselors from New York-based agencies listed on the website above are trained to help homeowners who are having problems making their mortgage payments and can help you find the best option for your situation. If you wish, you may also contact us directly at 800-635-9698 and ask to discuss possible options.

While we cannot assure that a mutually agreeable resolution is possible, we encourage you to take immediate steps to try to achieve a resolution.  The longer you wait the fewer options you may have.

If you have not taken any action to resolve this matter within 90 days from the date this notice was mailed, we may commence legal action against you (or sooner if you cease to live in the dwelling as your primary residence.)

If you need further information, please call the New York State Department of Financial Services' toll-free helpline at (800) 342-3736 or visit the Department's website at http://www.dfs.ny.gov.

IMPORTANT: You have the right to remain in your home until you receive a court order telling you to leave the property.  If a foreclosure action is filed against you in court, you still have the right to remain in the home until a court orders you to leave.  You legally remain the owner and are responsible for the property until the property is sold by you or by order of the court at the conclusion of any foreclosure proceedings. This notice is not an eviction notice, and a foreclosure action has not yet been commenced against you.

Sincerely,

Select Portfolio Servicing, Inc.

**Esta carta contiene información importante concerniente a sus derechos. Por favor, traduzca esta carta. Nuestros representantes bilingües están a su disposición  para contestar cualquier pregunta. Llamenos al numero 800-831-0118 y seleccione/marque la opción 2.**

**This communication from a debt collector is an attempt to collect a debt and any information obtained will be used for that purpose.**

**New York City - Collection Agency License # 1170514**





December 19, 2024

 HENRY CHUANG
64 GDN ST
BROOKLYN, NY 11206

**Account Number:** ⬛⬛⬛⬛⬛⬛⬛
**Property Address:**    64 GARDEN ST
BROOKLYN, NY 11206

USTED PUEDE ESTAR EN RIESGO DE UNA EJECUCIÓN HIPOTECARIA. LEA CUIDADOSAMENTE LA SIGUIENTE NOTIFICACIÓN

Al December 19, 2024, su préstamo hipotecario está 48 días en mora y adeuda $18,766.08 dólares.

Conforme la Legislación del Estado de Nueva York, debemos enviarle esta notificación para informarle que corre el riesgo de perder su vivienda.

Adjunta a esta notificación se encuentra una lista de las agencias asesoras de vivienda aprobadas por el gobierno en su área, las cuales brindan asesoramiento gratuito.

También puede llamar a la línea gratuita del centro de atención del consumidor de la Oficina del Programa de Protección de Propietarios (HOPP, según su sigla en inglés) del Procurador General del Estado de Nueva York (NYS) para solicitar los servicios de asesoramiento de vivienda gratuitos en su área al 1-855-HOME-456 (1-855-466-3456), o visitar el sitio web http://www.aghomehelp.com/. Un listado a nivel estatal por condado está también disponible en http://www.dfs.ny.gov/consumer/mortg_nys_np_counseling_agencies.htm. Se ofrece asistencia gratuita calificada; tenga cuidado con las empresas y personas que cobran un cargo por estos servicios.

Los asesores de vivienda de las agencias de Nueva York listadas en el sitio web indicado anteriormente están capacitadas para ayudar a los propietarios a hacer los pagos de sus hipotecas y pueden ayudarlos a encontrar la mejor opción para su situación específica. Si lo desea, puede comunicarse directamente con nosotros a 800-635-9698 y pedir que analicemos las posibles opciones.

Aunque no podemos asegurarle que sea posible una resolución que resulte conveniente mutuamente, le aconsejamos que tome inmediatamente los pasos necesarios para tratar de lograr una resolución. Cuanto más tiempo espere, menores serán las opciones con las que pueda contar.

Si no ha tomado ninguna medida para resolver este asunto dentro de los 90 días posteriores a la fecha de envío de esta notificación, iniciaremos las acciones legales en su contra (o lo haremos con anterioridad si usted no tiene esa vivienda como residencia principal).

Si necesita más información, comuníquese con la línea de ayuda gratuita del Departamento de Servicios Financieros del Estado de Nueva York llamando al (800) 342-3736 o visite el sitio web del Departamento en www.dfs.ny.gov.

IMPORTANTE: Tiene derecho a permanecer en su vivienda hasta que reciba la orden judicial diciéndole que debe abandonar la propiedad. Si se inicia una acción de ejecución hipotecaria en su contra en un tribunal, aún tendrá derecho a permanecer en su vivienda hasta que el tribunal le ordene abandonarla. Legalmente sigue siendo el propietario y es responsable de la propiedad hasta que la misma sea vendida por usted o por orden judicial al finalizar cualquier procedimiento de ejecución hipotecaria. Esta notificación no es una orden de desalojo y todavía no se ha iniciado una acción de ejecución hipotecaria contra usted.

Sincerely,

Select Portfolio Servicing, Inc.

**Esta carta contiene información importante concerniente a sus derechos. Por favor, traduzca esta carta. Nuestros representantes bilingües están a su disposición  para contestar cualquier pregunta. Llamenos al numero 800-831-0118 y seleccione/marque la opción 2.**

**This communication from a debt collector is an attempt to collect a debt and any information obtained will be used for that purpose.**

**New York City - Collection Agency License # 1170514**

 

December 19, 2024

HENRY CHUANG
64 GDN ST
BROOKLYN, NY 11206

**Account Number:**
**Property Address:**       64 GARDEN ST
                            BROOKLYN, NY 11206

您可能面臨著喪失抵押品贖回權的風險。請仔細閱讀以下通知

截至 December 19, 2024 ，您的住房貸款已拖欠48 天。拖欠金額 $18,766.08 美元。

根據紐約州法律，我們應當透過向您發出本通知來告知您 您面臨著失去您的住房的風險。

本通知還附一份您所在區域的經 政府批准的房屋諮詢機構的名錄。這些機構可提供免費諮詢服務。

您 也可以致電紐約州同法部長辦公室的房主保護計畫 (HOPP) 免費消費者熱線 以獲取您所在區域的免費房屋諮詢服務。電話: 1-855-HOME-456 (1-855-466-3456)，或訪問其網站 http://www.aghomehelp.com/。一份全州範圍的各縣列表亦可在以下地址獲取: http://www.dfs.ny.gov/consumer/mortg_nys np_counseling agencies.htm。

您可以利用符合資格的免費幫助; 請注意 針對這些服務收取費用公司或人士。

上述網站上所列的紐約州機構中的房屋顧問皆受過專業培訓 可以為那些 在償還抵押貸款上有困難的房主提供幫，並幫助房住找到最適合其處境的選擇。如果您願意的話，您也可 以直接聯絡我們: 888-635-9698 並與我們探討可能的選擇。

雖然我們無法保證一定會找到一個令雙方都滿意的解決方案，但我們鼓勵您 立即采取行動 盡力達成解決。您等待的時間越長，您所擁有的選擇就越少。

如果您在本通知發出後的 90 天內未採取任何措施以解決這一問題 我們可能會 開始向您提出法律訴訟。如果您不再將此住所作為您的主要居住地 則這一時間可能 更短 。



如果您需要更多資訊，請致電紐約州金融服務司的免費協助熱線 (800)342-3736，或方問金融服務司的網站 www.dfs.ny.gov。

重要資訊：在您收到要求您離開該房屋的法院命令之前，您有權留在您的家中。如果您收到取消抵押贖回權通知，在法院命令您離開之前，您仍有權留在您的家中。在該房屋被您售出或者該房產在任何取消抵押贖回權留置結案時被法院下令售出之前，在法律上您仍是該房產的所有者，且您對該房產負有責任。本通知非驅逐令，且您尚未收到取消抵押贖回權通知。

Sincerely,

Select Portfolio Servicing, Inc.

**Esta carta contiene información importante concerniente a sus derechos. Por favor, traduzca esta carta. Nuestros representantes bilingües están a su disposición  para contestar cualquier pregunta. Llamenos al numero 800-831-0118 y seleccione/marque la opción 2.**

**This communication from a debt collector is an attempt to collect a debt and any information obtained will be used for that purpose.**

**New York City - Collection Agency License # 1170514**



Sign up for paperless delivery
at www.spservicing.com



Paperless

December 19, 2024


HENRY CHUANG
64 GDN ST
BROOKLYN, NY 11206

**Account Number:** ████████
**Property Address:**    64 GARDEN ST
BROOKLYN, NY 11206

К ВАМ МОЖЕТ БЫТЬ ПРИМЕНЕНО ВЗЫСКАНИЕ. ВНИМАТЕЛЬНО ПРОЧТИТЕ СЛЕДУЮЩЕЕ ПРЕДУПРЕЖДЕНИЕ

С December 19, 2024                    , г. Ваш ипотечный кредит предоставлен на 48 дней с выплатой в размере $18,766.08 долларов при неисполнении обязательств.

В соответствии с законодательством штата Нью-Йорк мы обязаны направить Вам предупреждение, чтобы сообщить о риске потери Вашего жилья.

К данному предупреждению прилагается список утвержденных правительством агентств по вопросам недвижимости в Вашем регионе, которые предоставляют бесплатное консультирование.

Вы также можете позвонить по бесплатной горячей линии Программы по защите собственников жилья (HOPP) Генеральной прокуратуры штата Нью-Йорк и получить бесплатную консультацию по жилищным вопросам в Вашем регионе по телефону

1-855-HOME-456 (1-855-466-3456) или посетить их сайт по адресу: http://www.aghomehelp.com/. Список по округам штата также доступен на сайте http://www.dfs.ny.gov/consumer/mortg_nys_np_counseling_agencies.htm.

Доступна квалифицированная бесплатная помощь; избегайте компаний или лиц, взыскивающих плату за такие услуги.

Консультанты по жилищным вопросам из агентств, находящихся в Нью-Йорке и перечисленных на вышеуказанном сайте, обучены помогать собственникам жилья, испытывающим проблемы при выплате ипотечных взносов, и могут помочь Вам найти лучший выход из Вашей ситуации. При желании Вы можете связаться с нами напрямую по  800-635-9698   иобсудить возможные варианты.

Хотя мы не можем гарантировать принятие приемлемого для обеих сторон решения, мы рекомендуем Вам принимать незамедлительные меры для достижения какого-либо решения.  Чем дольше Вы ждете, тем меньше вариантов у Вас остается.

Если в течение 90 дней с момента отправки данного предупреждения Вы не предприняли каких-либо действий для решения данного вопроса, мы можем возбудить иск против Вас (или скорее, если Ваше жилье перестает быть Вашим основным местом жительства).

За дальнейшей информацией обращайтесь по бесплатной линии поддержки (800) 342-3736 Управления финансовых услуг штата Нью-Йорк или посетите сайт Управления www.dfs.ny.gov.

ВАЖНО. Вы вправе оставаться в своем жилье до получения распоряжения суда о необходимости освободить жилую площадь. Если против Вас в суде подан иск о взыскании, Вы тем не менее вправе оставаться в своем жилье до тех пор, пока суд не прикажет Вам освободить его. По закону Вы остаетесь владельцем недвижимости и несете за нее ответственность до тех пор, пока она не будет продана Вами или на основании приказа суда по завершении судебных разбирательств о взыскании. Данное предупреждение не является уведомлением о выселении, а  иски о взыскании против Вас еще не возбуждались.

Sincerely,

Select Portfolio Servicing, Inc.

**Esta carta contiene información importante concerniente a sus derechos. Por favor, traduzca esta carta. Nuestros representantes bilingües están a su disposición  para contestar cualquier pregunta. Llamenos al numero 800-831-0118 y seleccione/marque la opción 2.**

**This communication from a debt collector is an attempt to collect a debt and any information obtained will be used for that purpose.**

**New York City - Collection Agency License # 1170514**



Sign up for paperless delivery
at www.spservicing.com



Paperless

December 19, 2024

■ HENRY CHUANG
64 GDN ST
BROOKLYN, NY 11206


**Account Number:**
**Property Address:**    64 GARDEN ST
BROOKLYN, NY 11206

POTREBBE ESSERE A RISCHIO DI PIGNORAMENTO. LA PREGHIAMO DI LEGGERE ATTENTAMENTE QUESTO AVVISO

Ad oggi December 19, 2024, la sua ipoteca sulla casa è in arretrato di 48 giorni e $18,766.08 dollari.

Secondo la legge dello Stato di New York, siamo tenuti a inviarle quest'avviso per informarla che sta correndo il rischio di perdere la casa.

In allegato troverà un elenco di agenzie di consulenza abitativa approvate nella sua zona che forniscono servizi gratuiti.

Può anche chiamare l'Ufficio del Programma Protezione Proprietari del Procuratore Generale (HOPP) al numero verde per rivolgersi ai servizi di consulenza gratuita nella sua zona al numero 1-855-HOME-456 (1-855-466-3456), o visitare il relativo sito web su http://www.aghomehelp.com/. È disponibile anche un elenco statale diviso per contee all'indirizzo http://www.dfs.ny.gov/consumer/mortg_nys_np_counseling_agencies.htm. È disponibile aiuto gratuito; attenzione alle aziende o alle persone che addebitano tariffe per questi servizi gratuiti.

I consulenti abitativi delle agenzie dello stato di New York elencate sul sito web sono qualificati per aiutare i proprietari con problemi con il pagamento del mutuo e possono aiutarla a trovare la miglior opzione per la sua situazione. Se lo desidera, può anche contattarci direttamente allo 800-635-9698 e chiedere di discutere delle possibili opzioni.

Anche se non possiamo assicurare che sia possibile una soluzione gradevole per entrambe le parti, la incoraggiamo ad agire immediatamente per ottenere una risoluzione. Più aspetta, meno opzioni potrebbe avere.

Se non avrà agito in alcun modo per risolvere la questione entro 90 giorni a partire dalla data della spedizione di quest'avviso, potremo avviare un'azione legale contro di lei (o prima, se smetterà di vivere nell'abitazione come residenza principale.)

Se ha bisogno di ulteriori informazioni, chiami il numero verde del Ministero dei Servizi Amministrativi dello Stato di New York al numero (800) 342-3736 o visiti il sito web del Ministero su www.dfs.ny.gov.

IMPORTANTE: Ha diritto ad abitare nella casa di proprietà fino all'eventuale ricezione di un ordine giudiziario che le intima di lasciare la proprietà. Se viene avviata un'azione di pignoramento contro di lei in tribunale, può ancora avere il diritto all'abitazione fino all'eventuale ricezione di un ordine giudiziario contrario. Lei resta legalmente il proprietario e responsabile della proprietà fino a che questa non viene venduta autonomamente o per ordine del tribunale a conclusione di qualsiasi procedimento di pignoramento. Quest'avviso non è un avviso di sfratto e non è stato ancora avviato un procedimento di pignoramento.

Sincerely,

Select Portfolio Servicing, Inc.

**Esta carta contiene información importante concerniente a sus derechos. Por favor, traduzca esta carta. Nuestros representantes bilingües están a su disposición  para contestar cualquier pregunta. Llamenos al numero 800-831-0118 y seleccione/marque la opción 2.**

**This communication from a debt collector is an attempt to collect a debt and any information obtained will be used for that purpose.**

**New York City - Collection Agency License # 1170514**





December 19, 2024

HENRY CHUANG
64 GDN ST
BROOKLYN, NY 11206

**Account Number:** ██████████
**Property Address:**   64 GARDEN ST
BROOKLYN, NY 11206

OU KA RISKE POU YO SEZI KAY OU. SOUPLE LI AVI SA AK ANPIL ATANSYON

Apati December 19, 2024, dèt kay ou a gen 48 jou, ak $18,766.08 dola an defo.

Dapre Lwa Eta New York, nou oblije voye avi sa pou fè ou konnen ou riske pou pèdi kay ou.

Ansanm ak avi sa gen yon lis ajans konsèy sou lojman gouvènman apwouve ki nan zòn ou an ki bay konsèy gratis.

Ou kapab rele tou Biwo Pwogram Pwoteksyon Pwopriyetè Kay Pwokirè Jeneral Eta New York (HOPP) nan nimewo pou apèl gratis konsomatè liy dirèk yo dwe konekte nan sèvis konsèy gratis lojman nan zòn ou an 1-855-HOME-456 (1-855-466-3456), oswa ale sou sit wèb yo a nan http://www.aghomehelp.com/. Gen yon lis pa sikonskripsyon ki disponib tou nan http://www.dfs.ny.gov/consumer/mortg_nys_np_counseling_agencies.htm.

Asistans gratis disponib; veye konpayi oswa moun ki mande w peye pou sèvis sa yo.

Konseye lojman nan ajans ki nan Nouyòk yo ki nan lis sou sit entènèt la pi wo a resevwa fòmasyon pou ede pwopriyetè kay ki gen pwoblèm fè pèman ipotèk yo epi yo ka ede w jwenn chwa ki pi bon pou sitiyasyon ou. Si ou vle, ou kapab kontakte nou dirèkteman nan 800-635-9698 epi diskite sou opsyon ki posib yo.

Menmsi nou pa kapab asire w yon rezolisyon mityèlman agreyab posib, nou ankouraje w pran mezi imedya pou eseye reyalize yon rezolisyon. Plis ou tann, ou kapab genyen mwens opsyon.

Si ou pa fè okenn aksyon pou rezoud zafè sa a nan lespas 90 jou apre dat nou te voye avi sa a, nou ka kòmanse pran mezi legal kont ou (oswa menm pi bonè si ou pap viv nan kay la ankò kòm rezidans prensipal ou.)

Si ou bezwen plis enfòmasyon, tanpri rele nan liy Depatman Eta New York Sèvis Finans lan nan nimewo pou apèl gratis la nan (800) 342-3736 oswa vizite sit entènèt Depatman an nan www.dfs.ny.gov.

ENPOTAN: Ou gen dwa pou rete nan kay ou jiskaske ou resevwa yon lòd tribinal ki di ou pou kite pwopriyete a. Si yo prezante yon pwosè poze sele pou sezi kay kont ou nan tribinal, ou toujou gen dwa pou rete nan kay la jiskaske yon tribinal ba w lòd pou kite kay la. Ou legalman rete mèt kay la epi responsab pou pwopriyete a jiskaske ou vann pwopriyete a ou menm oubyen sou lòd tribinal la nan konklizyon pwosedi nenpòt pwosè pou sezi byen. Avi sa a se pa yon avi degèpisman, e yo poko komanse yon pwosè poze sele pou sezi byen kont ou.

Sincerely,

Select Portfolio Servicing, Inc.

**Esta carta contiene información importante concerniente a sus derechos. Por favor, traduzca esta carta. Nuestros representantes bilingües están a su disposición  para contestar cualquier pregunta. Llamenos al numero 800-831-0118 y seleccione/marque la opción 2.**

**This communication from a debt collector is an attempt to collect a debt and any information obtained will be used for that purpose.**

**New York City - Collection Agency License # 1170514**



Sign up for paperless delivery
at www.spservicing.com



Paperless

December 19, 2024

HENRY CHUANG
64 GDN ST
BROOKLYN, NY 11206

**Account Number:**
**Property Address:**    64 GARDEN ST
BROOKLYN, NY 11206

귀하는 압류의 위험에 놓여 있습니다. 다음의 통지 내용을 주의 깊게 읽어 보시기 바랍니다

December 19, 2024 일자로, 귀하의 주택 융자는    48    일 동안, $18,766.08  달러의 채무 불이행 상태가 됩니다.

뉴욕 주 법률에 따라, 당국은 귀하가 주택을 잃을 위험에 놓여 있음을 알리는 본 통지서를 발송해야 합니다.

해당 지역에서 무료 상담을 제공하는 정부 승인 주택 상담 기관의 목록이 본 통지서에 첨부되어 있습니다.

또한 귀하의 지역에 있는 무료 주택 상담 서비스에 연락하기 위해 뉴욕 주 법무국장 산하 주택 소유 자 보호 프로그램 (Homeowner Protection Program, HOPP) 무료 고객 핫라인 1-855-HOME- 456(1-855-466-3456) 번으로 전화하시거나, 해당 웹사이트 http://www.aghomehelp.com/ 를 방문하실 수있습니다. 카운티별 주 전체 목록은 http://www.dfs.ny.gov/consumer/mortg_nys_np_counseling_agencies.htm 에서 찾아볼 수 있습니다.

자격을 갖춘 무료 서비스가 가능합니다. 해당 서비스에 수수료를 부과하는 회사 또는 사람을 조심하십시오.

위의 웹사이트에 나와 있는 뉴욕 기반 기관의 주택 상담사는 모기지론 상환에 문제가 있는 주택 소유 주를 돕기 위해 교육을 받았으며, 귀하의 상황을 해결하는 최상의 옵션을 발견하도록 도울 수 있습니다. 원하시는 경우, 888-635-9698 에서 저희에게 직접 문의할 수 있으며 가능한 옵션을 논의하도록 요청할 수 있습니다.

상호 만족하는 해결이 가능하다고 보장할 수는 없지만, 해결을 추구하기 위해 즉시 신속한 조치를 취해주시기 바랍니다. 시간이 지날수록, 귀하가 사용할 수 있는 옵션이 적어집니다.

본통 지발송된 날로부터 90 일 이내에 이 문제를 해결하기 위해 귀하가 어떠한 조치도 취하지 않는 경우, 저희는 귀하에 대한 법적 조치를 개시할 수 있습니다 (또는 귀하가 주거주지에서 거주하지 않는 경우 더 빨리질수 있습니다).

추가 정보가 필요한 경우, 뉴욕주 금융 서비스국 (Department of Financial Services) 헬프라인의 무료 전화 (800) 342-3736번으로 연락하시거나, 당국의 웹사이트 www.dfs.ny.gov 를 방문하십시오.

중요 정보 귀하는 법원에서 주택 퇴거 명령을 받을 때까지 귀하의 부동산에 남아 있을 권리가 있습니다. 압류 절차가 법원에 제기될 경우에도 법원이 퇴거 명령을 내리지 않는 한 귀하는 귀하의 주택에 남아 있을 권리가 있습니다. 귀하는 귀하 또는 법원의 압류 절차의 결과에 의해 부동산이 매도될 때까지 부동산은 소유 주로 남아 있으며 관리책임이 있습니다. 본통지는 퇴거 통지가 아니며, 귀하에 대한 압류 절차가 아직 개시되지 않았습니다.

Sincerely,

Select Portfolio Servicing, Inc.

**Esta carta contiene información importante concerniente a sus derechos. Por favor, traduzca esta carta. Nuestros representantes bilingües están a su disposición  para contestar cualquier pregunta. Llamenos al numero 800-831-0118 y seleccione/marque la opción 2.**

**This communication from a debt collector is an attempt to collect a debt and any information obtained will be used for that purpose.**

**New York City - Collection Agency License # 1170514**





December 19, 2024

HENRY CHUANG
64 GDN ST
BROOKLYN, NY 11206

**Account Number:**
**Property Address:**     64 GARDEN ST
BROOKLYN, NY 11206

আপনার বনধকী সবতবলোপরে ঝকি থাকতে পারে।
অনগরহ করে নমিনলখিতি বিজিঞপতটি মনোযোগ দিয়ে পডন।

December 19, 2024 , তারিখে যেমনটা রয়েছে, আপনার গহঋণ 48    দনি, ও
$18,766.08    ডলার বাকি পডেছে।

নিউ ইয়রক সটটেরে আইনরে অধীনে, আমাদরে আপনাকে এটা জানানোর পরয়োজন
যে আপনার নজিরে বাডি হারানোর ঝকি থাকতে পারে।

এই বিজিঞপতির সঙগে আপনার এলাকায় বিনামলযে কাউনসলেিং পরদান করা সরকার
অনমোদতি আবাসন কাউনসলেিং সংসথাগলরি একটি তালিকা সংযকত রয়েছে।

আপনি বিনামলযরে আবাসন কাউনসলেিং পরিষবোর সাথে যকত হতে অযাটরনি জনোরলেরে
বাডরি মালকিদরে সরকষা কারযকরম (HOPP) এর NYS দপতররে নঃিশলক উপভোকতা
হটলাইন নমবর 1-855-HOME-456 (1-855-466-3456)-তে ফোন করতে অথবা
তাদরে ওয়বেসাইট http://www.aghomehelp.com/-ও দখেতে পারনে। একটি
কাউনটি              বরাবর          সটটেবযাপী               তালিকাও
http://www.dfs.ny.gov/consumer/mortg_nys_np_counseling_agen
cies.htm এ পাওয়া যাবে।

বিনামলযে যোগয সাহাযয উপলবধ; এই পরিষবোগলরি জনয ফি ধারয করনে এমন
কোমপানি বা লোকদরে খোজ রাখন।

ওয়েবসাইটে উপরের তালিকাভুক্ত নিউ-ইয়র্ক ভিত্তিক সংস্থাগুলির আবাসন কাউন্সেলারগণ সেই বাড়ির মালিকিদের সাহায্য করার জন্য পরশিক্ষণপ্রাপ্ত যারা বন্ধকীর অর্থ প্রদানে সমস্যায় পড়েছেন এবং আপনার পরিসিথতিতে সেরা বিকল্পটি খুঁজে পেতে সাহায্য করতে পারেন। আপনি চাইলে আপনি সরাসরি আমাদের সঙ্গে 800-635-9698 নম্বরে যোগাযোগ করতে ও সম্ভাব্য বিকল্পগুলি নিয়ে আলোচনা করতে চাইতে পারেন।

আমরা পারস্পরিক সম্মতির ভিত্তিতে কোনও সমাধানের নিশ্চয়তা দিতে না পারলেও আমরা আপনাকে কোনও সামাধানে পৌঁছানোর চেষ্টা করতে আশু পদক্ষেপ নেওয়ার জন্য উৎসাহ দিই। আপনি যত বেশিক্ষণ অপেক্ষা করবেন, আপনার কাছে বিকল্পের সংখ্যা তত কমে যাবে।

আপনি এই বিজ্ঞপ্তিটি ডাকে দেওয়ার তারিখের ৯০ দিনের মধ্যে এই বিষয়টি সম্পর্কে কোনও পদক্ষেপ না নিলে আমরা আপনার বিরুদ্ধে আইনি পরক্রিয়া শুরু করতে পারি (অথবা আপনি এই বাসস্থানটিকে আপনার প্রাথমিক আবাসন হিসেবে ব্যবহার করে বাস করা বন্ধ করে দিলে আরও আগেও।)

আপনার আরও কোনও তথ্যের প্রয়োজন হলে অনুগ্রহ করে নিউইয়র্ক স্টেটের আর্থিক পরিষেবা বিভাগের নিঃশুল্ক নম্বর (800) 342-3736 –এ ফোন করুন অথবা বিভাগের ওয়েবসাইট http://www.dfs.ny.gov দেখুন।

গুরুত্বপূর্ণ: আদালতের আদেশে আপনাকে সেই সম্পত্তি ছেড়ে চলে চলে যেতে না বলা পর্যন্ত আপনার নিজের বাড়িতে থাকার অধিকার রয়েছে। আপনার বিরুদ্ধে আদালতে একটি বন্ধকী সবতবলোপের মামলা করা হলেও আপনার আদালতের আদেশে ছেড়ে চলে যেতে না বলা পর্যন্ত বাড়িতে থাকার অধিকার থাকবে। আপনার দ্বারা অথবা কোনও বন্ধকী সবতবলোপের মামলার ফলে আদালতের আদেশে সম্পত্তি বিক্রি না হওয়া পর্যন্ত আপনি আইনত সম্পত্তির মালিক থাকবেন ও তার দায়িত্বে থাকবেন। এটা কোনো উচ্ছেদের বিজ্ঞপ্তি নয় এবং আপনার বিরুদ্ধে এখনও কোনও বন্ধকী সবতবলোপের পদক্ষেপ শুরু করা হয় নি।

Sincerely,

Select Portfolio Servicing, Inc.

**Esta carta contiene información importante concerniente a sus derechos. Por favor, traduzca esta carta. Nuestros representantes bilingües están a su disposición para contestar cualquier pregunta. Llamenos al numero 800-831-0118 y seleccione/marque la opción 2.**

**This communication from a debt collector is an attempt to collect a debt and any information obtained will be used for that purpose.**

**New York City - Collection Agency License # 1170514**

**Foreclosure Prevention Counseling**

If you are having trouble paying your mortgage or are at risk of foreclosure, contact a not-for-profit housing counselor in your area. Not-for-profit housing counselors provide free, professional advice. They can help you assess your options, negotiate with your lender and find free legal services and other resources in your area. The following not-for-profit housing counseling organizations have received some type of public funding to provide foreclosure prevention services. It's always a good idea to call in advance to see if an appointment is necessary and what, if any, documents you should bring with you.

> *Be wary of companies and individuals who promise to help save your home from foreclosure in exchange for the payment of fees upfront. New York law prohibits the collection of such fees except in limited circumstances.*

If you live in New York City, you can contact the Center for New York City Neighborhoods (CNYCN) at 646-786-0888. CNYCN partners with more than 50 agencies and coordinates foreclosure prevention and intervention services in all five boroughs. It can help you find the right services for your needs.

Please note that the State cannot guarantee the advice of any individual housing counseling agency. However, many of these agencies have adopted National Industry Standards for Homeownership Counseling to ensure that homeowners receive quality and professional counseling.

Also note that the list may not include all publicly funded agencies in New York that are providing foreclosure counseling services. The New York Division of Homes & Community Renewal is continually working to add new agencies to the list.

For more information on avoiding foreclosure visit the New York Department of Financial Services website at www.dfs.ny.gov.

The U.S. Department of Housing and Urban Development (HUD) also sponsors housing counseling agencies that can provide advice on preventing foreclosure. HUD approved home ownership counseling may be available to you. You should call (800) 569-4287 or TDD (800) 877-8339, or go to HUD's website at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm to find the HUD-approved housing counseling agency nearest you.

**New York State Non-Profit Housing Counseling Agencies Providing Services to Homeowners in Default and Foreclosure Statewide Listing by County**

Compiled by the Empire Justice Center (Updated November 17, 2024)

| AGENCY | COUNTY | ADDRESS | CONTACT INFO | NOTES |
|---|---|---|---|---|
| AAFE Community Development Fund, Inc. | New York | 111 Division St., New York, NY 10002 | 212-964-2288 | Chinese and Korean speaking staff available |
| Abyssinian Development Corp. | New York | 2283 Adam Clayton Powell Jr. Blvd, New York, NY 10030 | 646-442-6545 | |
| Affordable Housing Partnership of the Capital Region Inc. | Albany | 255 Orange St., Albany, NY 12210 | 518-434-1730 ext 401 | HOPP; Also serves surrounding areas |
| Albany County Rural Housing Alliance | Albany | PO Box 407 (mailing) 24 Martin Road (Physical) Voorheesville NY 12186 | 518-765-2425 ext 2589 | HOPP; Also serves surrounding areas |
| Allegany County Community Opportunities and Rural Development (ACCORD) Corp. | Allegany | 84 Schuyler Street, P.O. Box 573, Belmont, NY 14813 | 585-268-7605 ext. 1119 Darla or 585-268-7605 ext. 1022 Patty | HOPP; Also serves surrounding areas |
| American Debt Resources, Inc. | Nassau, Suffolk | 384 Larkfield Rd, Suite 1, East Northport, NY 11731 | 631-651-2634 | HOPP; Spanish speaking staff available |
| Arbor Housing and Development | Chemung | 26 Bridge St., Corning, NY 14830 | 607-654-7487 | HOPP |
| Belmont Housing Resources | Erie | 2393 Main Street Buffalo NY 14214 | 716-884-7791 ext 330 | HOPP |
| Better Community Neighborhoods Inc | Albany | 670 Franklin Street Suite 201 Schenectady NY 12307 | 518-372-7616 | HOPP; Spanish speaking staff available |
| Bridge Street Dev. Corp. | Kings | 460 Nostrand Ave., Brooklyn, NY 11216 | 718-636-7596 | Spanish speaking staff available |
| Brooklyn Neighborhood Services | Kings, Queens | 506 MacDonough Street, Brooklyn, NY 11233 | 718-881-1180 | HOPP;,Spanish; |

| AGENCY | COUNTY | ADDRESS | CONTACT INFO | NOTES |
|---|---|---|---|---|
| Brooklyn Volunteer Lawyers Project | Kings | 44 Court Street, Suite 1206, Brooklyn, NY 11201 | 718-624-3894 | HOPP; uses a language translation service; |
| Buffalo Urban League | Erie | 15 Genesee Street, Buffalo, NY 14203 | 716-250-2458 | HOPP |
| CAMBA | Kings | 20 Snyder Avenue, Brooklyn, NY 11226 | 718-940-6311 | HOPP; Haitian Creole speaking staff available |
| Catholic Charities of Chemung/Schuyler Counties | Chemung | 215 East Church St., Suite 101,Elmira, NY 14901 | 607-734-9784 OR  607-317-5753 | HOPP |
| Center for Elder Law & Justice | Erie, Genesee, Niagara, Orleans, Wyoming | 438 Main Street, Suite 1200, Buffalo, NY 14202 | 716-853-3087 | HOPP |
| Central Islip Civic Council, Inc. | Suffolk | 68 Wheeler Rd. Central Islip, NY 11722 | 631-348-0669 | HOPP; Spanish speaking staff available |
| Chautauqua Home Rehabilitation and Improvement Corp. (CHRIC) | Chautauqua | 2 Academy St., Mayville, NY 14757 | 716-753-4650 | Spanish speaking staff available |
| Chautauqua Opportunities, Inc. | Cattaraugus | 17 West Courtney Street Dunkirk, NY 14048 | 716-366-8176 OR 716-661-9430 | HOPP |
| Chhaya Community Development Corporation | Queens | 37-43 77th Street #2, Jackson Heights, NY 11372 | 718-478-3848 | HOPP |
| Clearpoint Credit Counseling Solutions | Onondaga | 5794 Widewaters Parkway, Syracuse, NY 13214 | 1-800-750-2227 | |
| Clearpoint, A division of Money Management International | Cayuga | 5794 Widewaters Parkway, Syracuse, NY 13214 | 713.394.3232 | |
| Clearpoint, a division of Money Management International | Franklin | 215 Washington St. Suite 005, Watertown, NY 13601 | 713.394.3232 | |

| AGENCY | COUNTY | ADDRESS | CONTACT INFO | NOTES |
|---|---|---|---|---|
| Clearpoint, a division of Money Management International | Tioga | The Metro Center, 49 Court St., Binghamton, NY 13901 | 713.394.3232 | |
| Clearpoint, a division of Money Management International | Tompkins | The Metro Center, 49 Court St., Binghamton, NY 13901 | 713.394.3232 | |
| Clearpoint, a division of Money Management International | Jefferson | 215 Washington St. Suite 005, Watertown, NY 13601 | 713.394.3232 | |
| Clearpoint, a division of Money Management International | Lewis | 215 Washington St. Suite 005, Watertown, NY 13601 | 713.394.3232 | |
| Clearpoint, a division of Money Management International | St. Lawrence | 215 Washington St. Suite 005, Watertown, NY 13601 | 713.394.3232 | |
| Clearpoint, a division of Money Market International | Oneida | 5794 Widewaters Parkway, Syracuse, NY 13214 | 713.394.3232 | |
| Clearpoint, a division of Money Market International | Oswego | 5794 Widewaters Parkway, Syracuse, NY 13214 | 713.394.3232 | |
| Community Action in Self Help | Ontario, Seneca, Wayne | 48 Water St., Lyons, NY 14489 | 315-946-6992 | |
| Community Action Program for Madison County | Madison | 3 East Main St., Morrisville, NY 13408 | 315-684-3144 | ASL trained staff available |
| Community Development Corporation of Long Island (CDCLI) | Suffolk | 2100 Middle Country Rd., Suite 300, Centereach NY 11720 | 631-471-1215 ext. 158 | HOPP; Spanish speaking staff available |
| Community Housing Innovations, Inc. | Westchester | 75 South Broadway, Ste 340; White Plains, NY 10601 | 914-683-1010 | HOPP |
| Consumer Credit Counseling Service of Rochester, Inc. | Orleans | 1050 University Ave. Suite A  Rochester, NY 14607 | 888-724-2227 OR 585-546-3440 | HOPP |

| AGENCY | COUNTY | ADDRESS | CONTACT INFO | NOTES |
|---|---|---|---|---|
| Consumer Credit Counseling Services of Buffalo, Inc. | Erie | 40 Gardenville Parkway, Suite 300, West Seneca, NY 14224 | 1-800-926-9685 OR 716-712-2060 | HOPP |
| Cortland Housing Assistance Council, Inc. | Cortland | 36 Taylor St. Cortland, NY 13045 | 607-753-8271 | |
| Council of Jewish Organizations of Flatbush, Inc. | Kings | 1523 Avenue M, Brooklyn, NY 11230 | 718-377-2900 ext 7625 | Arabic, Russian and Spanish speaking staff available |
| Cypress Hills Local Dev. Corp. | Kings | Main Office: 625 Jamaica Avenue, Brooklyn, NY 11208 Housing Counseling Division: 3214 Fulton Street, Brooklyn, NY 11208 | 718-647-8100 | Spanish and French speaking staff available |
| Delaware Opportunities, Inc. | Delaware | 35430 State Hgwy. 10 Hamden, NY 13782 | 607-746-1650 | |
| Economic Opportunity Council of Suffolk, Inc. | Suffolk | 320 Carleton Ave., Suite 7800 Central Islip NY 11722 | 631-647-3762  Ext. 204 OR 631-968-8000 Ext. 204 | HOPP |
| Empire Justice Center | Monroe | 1 West Main Street, Suite 200, Rochester, NY 14610 | 585-454-4060 | HOPP |
| Frank H. Hiscock Legal Aid Society | Cayuga, Cortland, Onondaga, Oswego | 351 South Warren Street, Syracuse, NY 13202 | 315-422-8191 | HOPP |
| Franklin County Community Housing Council Inc. | Franklin | 337 West Main St., Malone, NY 12953 | 518-483-5934 | HOPP |
| Friends of the North Country | Clinton | 1387 Hardscrabble Road, Cadyville, NY 12918 | 518-293-5045 ext. 135 and 136 | HOPP |
| Fulton Community Development Agency | Oswego | 125 West Broadway, Fulton, NY 13069 | 315-593-7166 | HOPP |
| Galvan Housing Resources | Columbia | 252 Columbia St., Hudson, NY 12534 | 518-822-0707 | HOPP |

| AGENCY | COUNTY | ADDRESS | CONTACT INFO | NOTES |
|---|---|---|---|---|
| Greenpath | Westchester | One Barker Ave., Suite 420; White Plains, NY 10601 | 888-366-9140 | |
| GreenPath Debt Solutions | Kings | 175 Remsen St., Suite 1102, Brooklyn, NY 11201 | 866-285-4033 | |
| GreenPath Debt Solutions | New York | 31 West 34th Street, Suite 7030, New York, NY 10001 | 866-285-4059 | |
| Grow Brooklyn, Inc. (Brooklyn Cooperative Federal Credit Union) | Bronx, Kings, New York, Queens, Richmond | 1474 Myrtle Avenue, Brooklyn, NY 11237 | 718-418-8232 ext. 2060 | HOPP; French |
| Harlem Congregations for Community Development | Bronx, Kings, New York, Queens, Richmond | 256 W. 153rd Street. New York, NY 10039 | 212-281-4887 ext. 206 or 231 ext 214 | Spanish speaking staff available |
| Hispanic Brotherhood, Inc. | Nassau | 59 Clinton Ave., Rockville Centre, NY 11570 | 516-766-6610 | HOPP; Spanish speaking staff available |
| Home Headquarters | Cayuga | 538 Erie Blvd West, Syracuse NY 13204 | 315-459-6683 OR 315-474-1939 | HOPP; Spanish speaking staff available |
| Housing and Family Services of Greater New York, Inc. | Bronx, Kings, Nassau, New York, Queens, Richmond, Rockland, Suffolk, Westchester | 415 Albemarle Rd., Brooklyn, NY 11218 | 718-435-7585 | HOPP; Spanish;, French; Mandarin; Russian; Cantonese |
| Housing Assistance Program of Essex County (HAPEC) | Clinton | 103 Hand Avenue, PO Box 157, Elizabethtown, NY 12932 | 518-873-6888 | HOPP |
| Housing Help, Inc. | Suffolk | 91 Broadway, Sute 10, Greenlawn NY 11740 | 631-754-0373 | HOPP; Spanish speaking staff available |
| Hudson River Housing, Inc. | Dutchess | 313 Mill Street, Poughkeepsie NY 12601 | (845) 454-5176 Ext 602 | HOPP |
| Human Development Services of Westchester, Inc. | Westchester | 26 North Main Street, Port Chester, New York 10573 | 914-939-2005 | HOPP; Spanish speaking counselors available |
| Keuka Housing Council | Ontario | 160 Main St. Penn Yan, NY 14527 | 315-536-8707 | HOPP |

| AGENCY | COUNTY | ADDRESS | CONTACT INFO | NOTES |
|---|---|---|---|---|
| La Fuerza Unida, Inc. | Nassau | 40 Glen St. Suite 1, Glen Cove, NY 11542 | 516-759-0788 ext. 2, ext. 3 & ext. 5 | HOPP; Spanish speaking staff available |
| Legal Aid Society- Bronx | Bronx | 260 East 161 Street, Bronx, NY 10451 | 646-340-1908 | HOPP; Spanish; German; uses a language translation service; |
| Legal Aid Society of Mid-NY Inc. | Broome, Chenango, Delaware, Herkimer, Jefferson, Lewis, Madison, Oneida, Otsego | 120 Bleecker Street, Utica NY 13501 | 1-877-777-6152 | HOPP |
| Legal Aid Society of Northeastern New York, Inc. | Albany, Clinton, Columbia, Essex, Franklin, Fulton, Greene, Hamilton, Montgomery, Rensselaer, St Lawrence, Saratoga, Schenectady, Schoharie, Warren, Washington. St Regis Mohawk Tribe Reservation | 95 Central Avenue, Albany, NY 12206 | 1-833-628-0087 | HOPP |
| Legal Aid Society of Rockland County, Inc. | Rockland | 2 Congers Road, Suite 1, New City, NY 10956 | (845) 634-3627 | HOPP |
| Legal Aid Society- Queens | Bronx, Queens | 153-01 Jamaica Ave. Jamaica, NY 11432 | 718-298-8979 | HOPP; English; Spanish; uses a language translation service; |
| Legal Assistance of Western New York, Inc. | Allegany, Cattaraugus, Chautauqua, Chemung, Livingston, Ontario, Schyler, Seneca, Steuben, Tioga, Tompkins, Wayne, Yates | 361 South Main Street, Geneva, NY 14456 | 866-781-5235 (call to be directed to correct office) | HOPP |
| Legal Services of the Hudson Valley | Dutchess, Orange, Putnam, Rockland, Sullivan, Ulster, Westchester | 90 Maple Avenue, White Plains, NY 10601 | 877-574-8529 | HOPP |
| LIFE, Inc. | Nassau | 112 Spruce Street, Suite 5, Cedarhurst, NY 11516 | 516-374-4564 ext.1038 | HOPP |

| AGENCY | COUNTY | ADDRESS | CONTACT INFO | NOTES |
|---|---|---|---|---|
| Long Island Housing Partnership, Inc. | Suffolk, Nassau | 180 Oser Ave. Suite 800, Hauppauge, NY 11788 | 631-435-4710 | HOPP; Spanish speaking staff available |
| Long Island Housing Services, Inc. | Nassau, Suffolk | 640 Johnson Ave., Suite 8, Bohemia, NY 11716 | 631-567-5111 | HOPP |
| Margert Community Corporation | Queens | 325 Beach 37th Street, Far Rockaway, NY 11691 | 718-471-3724 | HOPP; Spanish speaking staff available |
| Metro Interfaith Housing Management Corp. | Broome | 21 New St., Binghamton, NY 13903 | 607-723-0582 | HOPP |
| Mutual Housing Association of New York Management Inc. | Bronx, Kings, Nassau, New York, Queens, Richmond | 470 Vanderbilt Avenue 9th Floor, Brooklyn, NY 11238 | 718-246-8080 ext 203 | HOPP; Spanish; French; Greek, Hindi, creole |
| Nassau Bar Foundation | Nassau, Suffolk, Queens | 15th and West Street, Mineola, NY 11501 | 516-666-4857 | HOPP |
| Nassau/Suffolk Law Services | Nassau, Suffolk | One Helen Keller Way, Hempstead, NY 11550 | 516 292-8100 OR 631 232-2400 OR 631 369-1112 | HOPP |
| Neighborhood Housing Services of Bedford-Stuyvesant CDC Inc. (dba Brooklyn Neighborhood Services CDC, Inc.) | Kings | 1012 Gates Ave., 2nd Floor, Brooklyn, NY 11221 | 718-919-2100 | HOPP |
| Neighborhood Housing Services of Brooklyn | Bronx, Kings, New York, Queens, Richmond | 2806 Church Ave., Brooklyn, NY 11226 | 718-469-4679 | HOPP; uses a language translation service |
| Neighborhood Housing Services of NYC | New York | Main office: 307 West 36th St., 12th floor, New York, NY 10018  Main foreclosure department: 2475 Westchester Avenue, Bronx, NY 10461 | 929-268-3790 | Spanish speaking staff available: Bronx, New York |
| Neighborhood Housing Services of Queens | Queens | 6020 Woodside Avenue, Lower Level, Flushing, NY 11377 | 718-457-1017 | HOPP; Spanish speaking staff available. |

| AGENCY | COUNTY | ADDRESS | CONTACT INFO | NOTES |
|---|---|---|---|---|
| Neighborhood Housing Services of South Buffalo | Chautauqua; Allegany | 1937 South Park Ave., Buffalo, NY 14220 | 716-823-3630 | Erie, Niagara, Chautauqua |
| Neighborhood Housing Services, Jamaica | Bronx, Kings, Nassau, Queens, Suffolk, Westchester | 89-70 162nd St., Jamaica, NY 11432 | 718-291-7400 | HOPP; Spanish speaking staff available |
| Neighborhood Housing Services, Staten Island | Richmond | 192 CORSON AVE, Staten Island, NY 10301 | 718-313-4890 | HOPP |
| Neighbors Helping Neighbors (NHN) | Bronx, Kings, Nassau, New York, Queens, Richmond, Suffolk, Westchester | 621 Degraw St., Brooklyn, NY 11217 | 718-237-2017 | HOPP |
| North Country Housing Council | St. Lawrence | 19 Main St., Canton, NY 13617 | 315-386-8576 | |
| North Fork Housing Alliance | Suffolk, Naasau | 116 South St., Greenport, NY 11944 | 631-477-1070 | Spanish |
| Northfield Community Local Dev. Corp. of Staten Island | Richmond | 160 Heberton Ave., Staten Island, NY 10302 | 718-442-7351 | |
| Orange County Rural Development Advisory Corp. (RDAC) | Orange | 3 North St Walden, NY 12586 | 845-713-4568 | HOPP |
| Putnam County Housing Corp. | Dutchess | 11 Seminary Hill Rd., Carmel, NY 10512 | 845-225-8493 | HOPP; Serving Southern section of county |
| Queens Community House | Queens | 108-25 62nd Drive, Forest Hills, NY 11375 | 718-592-5757 | |
| Queens Volunteer Lawyers Project, Inc. | Queens | 90-35 148th Street, Jamaica, NY 11435 | 718 739-4100 | HOPP; Spanish |
| Rockland Housing Action Coalition | Rockland | 475 Route 304 Ste. 1 New City, NY 10956 | 845-708-5799 ext. 202 | HOPP; Spanish, Creole, Hebrew, and ASL speaking staff available |
| RUPCO, Inc. | Delaware | 301 Fair St. Kingston, NY 12401 | 845-331-9860 | HOPP; Spanish speaking staff available |

| AGENCY | COUNTY | ADDRESS | CONTACT INFO | NOTES |
|---|---|---|---|---|
| Rural Sullivan Housing Corp. | Sullivan | 33 Lakewood Ave., Monticello, NY 12701 | 845-794-0348 | |
| Southern Brooklyn Community Organization | Kings | 4006 18th Ave., Brooklyn, NY 11218 | 718-435-1300 | news@sbcony.org |
| The Bronx Neighborhood Housing Services | Bronx | 1451 East Gun Hill Rd., 2nd Floor, Bronx, NY 10469 | 718-881-1180 | HOPP; Spanish speaking staff available |
| The Housing Council at PathStone | Livingston | 75 College Ave., Rochester, NY 14607 | 585-546-3700 or homeadvocate@pathstone.org | HOPP |
| The Legal Aid Bureau of Buffalo, Inc. | Erie, Genesee, Niagara, Orleans, Wyoming | 290 Main Street, Suite 400, Buffalo, NY 14202 | 716-855-0203 ext. 118 | HOPP |
| The Legal Project | Albany, Columbia, Fulton, Greene, Montgomery, Rensselaer, Saratoga, Schenectady, Schoharie,  Warren, Washington | 24 Aviation Road, STE 101, Albany, New York 12205 | 518-435-1770 | HOPP |
| The SafeGuard Group | Nassau, Suffolk | 67 Fort Salonga Rd. Northport, NY 11768 | 1-800-673-6993 ext. 146 | HOPP; Spanish speaking staff available |
| Touro Law Center | Nassau, Suffolk | 225 Eastview Drive, Central Islip, NY 11722 | 631-761-7080 | HOPP |
| Troy Rehabilitation and Improvement Program (TRIP) | Saratoga | 409 River Street, 1st Floor, Troy NY 12180 | 518-816-2205 OR 518-949-9001 | HOPP; Serving residents of Southern Saratoga County |
| United Tenants of Albany | Albany | 295 Hamilton St. Albany NY 12210 | 518-436-8997 ext 3 | HOPP; For tenants whose buildings are in the process of foreclosure or have been foreclosed on |
| Urban League of Rochester | Monroe | 265 North Clinton Ave., Rochester, NY | 585-325-6530 | |
| Utica Neighborhood Housing Service, Inc DBA HomeOwnershipCenter | Fulton | 1611 Genesee Street, Utica, NY 13501 | 315-724-4197 | HOPP |

| AGENCY | COUNTY | ADDRESS | CONTACT INFO | NOTES |
|---|---|---|---|---|
| West Side Neighborhood Housing Services, Inc. | Niagara | 359 Connecticut Street, Buffalo, NY 14213 | 800-223-0164 | HOPP |
| Westchester Residential Opportunities (WRO, INC) | Westchester | 470 Mamaroneck Ave., Suite 410, White Plains, NY 10605 | 914-428-4507 | HOPP; Spanish and French speaking staff available |
| Western Catskills Community Revitalization Council (WCCRC) | Delaware | 125 Main St., Stamford, NY 12167 | 607-652-2823 ext. 105 | HOPP |
| Western New York Law Center, Inc. | Erie, Genesee, Niagara, Orleans, Wyoming | 37 Franklin Street, Suite 210, Buffalo, NY 14202 | 716-855-0203 x118 mortgage foreclosure OR 716-855-0203 x124 tax foreclosure and for mortgage or tax surplus cases | |
| Wyandanch Community Development | Suffolk | 59 Cumberbach St. Wyandanch, NY 11798 | 631-253-0139 OR 631-643-4786 | Only serves part of Western Suffolk |



USPS CERTIFIED MAIL

9214 8901 0764 3219 0587 95

HENRY CHUANG
64 GDN ST
BROOKLYN, NY 11206





December 19, 2024

HENRY CHUANG
64 GDN ST
BROOKLYN, NY 11206

**Account Number:** ███████████
**Property Address:**    64 GARDEN ST
BROOKLYN, NY 11206

Dear Customer(s):

YOU MAY BE AT RISK OF FORECLOSURE.
PLEASE READ THE FOLLOWING NOTICE CAREFULLY

As of December 19, 2024, your home loan is 48 days and $18,766.08 in default. Under New York State Law, we are required to send you this notice to inform you that you are at risk of losing your home.

Attached to this notice is a list of government approved housing counseling agencies in your area which provide free counseling. You can also call the NYS Office of the Attorney General's Homeowner Protection Program (HOPP) toll-free consumer hotline to be connected to free counseling services in your area at 1-855-HOME-456 (1-855-466-3456), or visit their website at http://www.aghomehelp.com/. A statewide listing by county is also available at http://www.dfs.ny.gov/consumer/mortg_nys_np_counseling_agencies.htm.    Qualified free help is available; watch out for companies or people who charge a fee for these services.

Housing counselors from New York-based agencies listed on the website above are trained to help homeowners who are having problems making their mortgage payments and can help you find the best option for your situation. If you wish, you may also contact us directly at 800-635-9698 and ask to discuss possible options.

While we cannot assure that a mutually agreeable resolution is possible, we encourage you to take immediate steps to try to achieve a resolution.  The longer you wait the fewer options you may have.

If you have not taken any action to resolve this matter within 90 days from the date this notice was mailed, we may commence legal action against you (or sooner if you cease to live in the dwelling as your primary residence.)

If you need further information, please call the New York State Department of Financial Services' toll-free helpline at (800) 342-3736 or visit the Department's website at http://www.dfs.ny.gov.

IMPORTANT: You have the right to remain in your home until you receive a court order telling you to leave the property.  If a foreclosure action is filed against you in court, you still have the right to remain in the home until a court orders you to leave.  You legally remain the owner and are responsible for the property until the property is sold by you or by order of the court at the conclusion of any foreclosure proceedings. This notice is not an eviction notice, and a foreclosure action has not yet been commenced against you.

Sincerely,

Select Portfolio Servicing, Inc.

**Esta carta contiene información importante concerniente a sus derechos. Por favor, traduzca esta carta. Nuestros representantes bilingües están a su disposición  para contestar cualquier pregunta. Llamenos al numero 800-831-0118 y seleccione/marque la opción 2.**

**This communication from a debt collector is an attempt to collect a debt and any information obtained will be used for that purpose.**

**New York City - Collection Agency License # 1170514**



Sign up for paperless delivery
at www.spservicing.com



Paperless

December 19, 2024

HENRY CHUANG
64 GDN ST
BROOKLYN, NY 11206

**Account Number:**

**Property Address:** 64 GARDEN ST
BROOKLYN, NY 11206

USTED PUEDE ESTAR EN RIESGO DE UNA EJECUCIÓN HIPOTECARIA. LEA CUIDADOSAMENTE LA SIGUIENTE NOTIFICACIÓN

Al December 19, 2024, su préstamo hipotecario está 48 días en mora y adeuda $18,766.08 dólares.

Conforme la Legislación del Estado de Nueva York, debemos enviarle esta notificación para informarle que corre el riesgo de perder su vivienda.

Adjunta a esta notificación se encuentra una lista de las agencias asesoras de vivienda aprobadas por el gobierno en su área, las cuales brindan asesoramiento gratuito.

También puede llamar a la línea gratuita del centro de atención del consumidor de la Oficina del Programa de Protección de Propietarios (HOPP, según su sigla en inglés) del Procurador General del Estado de Nueva York (NYS) para solicitar los servicios de asesoramiento de vivienda gratuitos en su área al 1-855-HOME-456 (1-855-466-3456), o visitar el sitio web http://www.aghomehelp.com/. Un listado a nivel estatal por condado está también disponible en http://www.dfs.ny.gov/consumer/mortg_nys_np_counseling_agencies.htm. Se ofrece asistencia gratuita calificada; tenga cuidado con las empresas y personas que cobran un cargo por estos servicios.

Los asesores de vivienda de las agencias de Nueva York listadas en el sitio web indicado anteriormente están capacitadas para ayudar a los propietarios a hacer los pagos de sus hipotecas y pueden ayudarlos a encontrar la mejor opción para su situación específica. Si lo desea, puede comunicarse directamente con nosotros a 800-635-9698 y pedir que analicemos las posibles opciones.

Aunque no podemos asegurarle que sea posible una resolución que resulte conveniente mutuamente, le aconsejamos que tome inmediatamente los pasos necesarios para tratar de lograr una resolución. Cuanto más tiempo espere, menores serán las opciones con las que pueda contar.

Si no ha tomado ninguna medida para resolver este asunto dentro de los 90 días posteriores a la fecha de envío de esta notificación, iniciaremos las acciones legales en su contra (o lo haremos con anterioridad si usted no tiene esa vivienda como residencia principal).

Si necesita más información, comuníquese con la línea de ayuda gratuita del Departamento de Servicios Financieros del Estado de Nueva York llamando al (800) 342-3736 o visite el sitio web del Departamento en www.dfs.ny.gov.

IMPORTANTE: Tiene derecho a permanecer en su vivienda hasta que reciba la orden judicial diciéndole que debe abandonar la propiedad. Si se inicia una acción de ejecución hipotecaria en su contra en un tribunal, aún tendrá derecho a permanecer en su vivienda hasta que el tribunal le ordene abandonarla. Legalmente sigue siendo el propietario y es responsable de la propiedad hasta que la misma sea vendida por usted o por orden judicial al finalizar cualquier procedimiento de ejecución hipotecaria. Esta notificación no es una orden de desalojo y todavía no se ha iniciado una acción de ejecución hipotecaria contra usted.

Sincerely,

Select Portfolio Servicing, Inc.

**Esta carta contiene información importante concerniente a sus derechos. Por favor, traduzca esta carta. Nuestros representantes bilingües están a su disposición  para contestar cualquier pregunta. Llamenos al numero 800-831-0118 y seleccione/marque la opción 2.**

**This communication from a debt collector is an attempt to collect a debt and any information obtained will be used for that purpose.**

**New York City - Collection Agency License # 1170514**





December 19, 2024

█ HENRY CHUANG
64 GDN ST
BROOKLYN, NY 11206

**Account Number:** ███████
**Property Address:**    64 GARDEN ST
BROOKLYN, NY 11206

您可能面臨著喪失抵押品贖回權的風險。 請仔細閱讀以下通知

截至 December 19, 2024 , 您的住房貸款已拖欠48 天。 拖欠金額 $18,766.08 美元。

根據紐約州法律， 我們應當透過向您發出本通知來告知您 您面臨著失去您的住房的風險。

本通知隨附一份您所在區域的經 政府批准的房屋諮詢機構的名錄 這些機構可提供免費諮 詢服務。

您 也可以致電紐約州同法部長辦公室的房主保護計劃 (HOPP) 免費消費者熱線 以獲取您 所在區域的免費房屋諮詢服務 電話: 1-855-HOME-456 (1-855-466-3456)， 或訪問其網 站 http://www.aghomehelp.com/。 一份全州範圍的各縣列表亦可在以下地址獲取: http://www.dfs.ny.gov/consumer/mortg_nys np_counseling agencies.htm。

您可以利用符合資格的免費幫助。 請注意 針對這些服務收取費用公司或人士。

上述網站上所列的紐約州機構中的房屋顧問皆受過專業培訓 可以為那些 在償還抵押貸款 上有困難的房主提供幫, 並幫助房住找到最適合其處境的選擇。 如果您願意的話， 您也可 以直接聯絡我們: 888-635-9698 並與我們探討可能的選擇。

雖然我們無法保證一定會找到一個令雙方都滿意的解決方案， 但我們鼓勵您 立即採取行 動 盡力達成解決。 您等待的時間越長， 您所擁有的選擇就越少。

如果您在本通知發出後的 90 天內未採取任何措施以解決這一問題 我們可能會開始向您 提出法律訴訟。 如果您不再將此住所作為您的主要居住地 則這一時間可能更短 。

如果您需要更多資訊，請致電紐約州金融服務司的免費租貸熱線 (800)342-3736，或方問金融服務司的網站 www.dfs.ny.gov。

重要資訊：在您收到要求您離開房屋的法院命令之前，您有權留在您的家中。如果您受到取消抵押贖回權通知，在法院命令您離開之前，您乃有權留在您的家中。在該房屋被您售出或者該房屋在任何取消抵押贖回權審判結案時被法院下令售出之前，在法律上您仍是該房屋的所有者，且您對該房屋負有責任。本通知並非驅逐令，且您尚未受到取消抵押贖回權通知。

Sincerely,

Select Portfolio Servicing, Inc.

**Esta carta contiene información importante concerniente a sus derechos. Por favor, traduzca esta carta. Nuestros representantes bilingües están a su disposición  para contestar cualquier pregunta. Llamenos al numero 800-831-0118 y seleccione/marque la opción 2.**

**This communication from a debt collector is an attempt to collect a debt and any information obtained will be used for that purpose.**

**New York City - Collection Agency License # 1170514**





December 19, 2024

HENRY CHUANG
64 GDN ST
BROOKLYN, NY 11206

**Account Number:**
**Property Address:**    64 GARDEN ST
BROOKLYN, NY 11206

К ВАМ МОЖЕТ БЫТЬ ПРИМЕНЕНО ВЗЫСКАНИЕ. ВНИМАТЕЛЬНО ПРОЧТИТЕ СЛЕДУЮЩЕЕ ПРЕДУПРЕЖДЕНИЕ

С December 19, 2024           ,г. Ваш ипотечный кредит предоставлен на 48 дней с выплатой в размере $18,766.08 долларов при неисполнении обязательств.

В соответствии с законодательством штата Нью-Йорк мы обязаны направить Вам предупреждение, чтобы сообщить о риске потери Вашего жилья.

К данному предупреждению прилагается список утвержденных правительством агентств по вопросам недвижимости в Вашем регионе, которые предоставляют бесплатное консультирование.

Вы также можете позвонить по бесплатной горячей линии Программы по защите собственников жилья (HOPP) Генеральной прокуратуры штата Нью-Йорк и получить бесплатную консультацию по жилищным вопросам в Вашем регионе по телефону 1-855-HOME-456 (1-855-466-3456) или посетить их сайт по адресу: http://www.aghomehelp.com/. Список по округам штата также доступен на сайте http://www.dfs.ny.gov/consumer/mortg_nys_np_counseling_agencies.htm.

Доступна квалифицированная бесплатная помощь; избегайте компаний или лиц, взыскивающих плату за такие услуги.

Консультанты по жилищным вопросам из агентств, находящихся в Нью-Йорке и перечисленных на вышеуказанном сайте, обучены помогать собственникам жилья, испытывающим проблемы при выплате ипотечных взносов, и могут помочь Вам найти лучший выход из Вашей ситуации. При желании Вы можете связаться с нами напрямую по  800-635-9698   иобсудить возможные варианты.

Хотя мы не можем гарантировать принятие приемлемого для обеих сторон решения, мы рекомендуем Вам принимать незамедлительные меры для достижения какого-либо решения.  Чем дольше Вы ждете, тем меньше вариантов у Вас остается.

Если в течение 90 дней с момента отправки данного предупреждения Вы не предприняли каких-либо действий для решения данного вопроса, мы можем возбудить иск против Вас (или скорее, если Ваше жилье перестает быть Вашим основным местом жительства).

За дальнейшей информацией обращайтесь по бесплатной линии поддержки (800) 342-3736 Управления финансовых услуг штата Нью-Йорк или посетите сайт Управления www.dfs.ny.gov.

ВАЖНО. Вы вправе оставаться в своем жилье до получения распоряжения суда о необходимости освободить жилую площадь. Если против Вас в суде подан иск о взыскании, Вы тем не менее вправе оставаться в своем жилье до тех пор, пока суд не прикажет Вам освободить его. По закону Вы остаетесь владельцем недвижимости и несете за нее ответственность до тех пор, пока она не будет продана Вами или на основании приказа суда по завершении судебных разбирательств о взыскании. Данное предупреждение не является уведомлением о выселении, а иски о взыскании против Вас еще не возбуждались.

Sincerely,

Select Portfolio Servicing, Inc.

**Esta carta contiene información importante concerniente a sus derechos. Por favor, traduzca esta carta. Nuestros representantes bilingües están a su disposición  para contestar cualquier pregunta. Llamenos al numero 800-831-0118 y seleccione/marque la opción 2.**

**This communication from a debt collector is an attempt to collect a debt and any information obtained will be used for that purpose.**

**New York City - Collection Agency License # 1170514**



Sign up for paperless delivery at www.spservicing.com



Paperless

December 19, 2024

HENRY CHUANG
64 GDN ST
BROOKLYN, NY 11206

**Account Number:**
**Property Address:**



BROOKLYN, NY 11206

POTREBBE ESSERE A RISCHIO DI PIGNORAMENTO. LA PREGHIAMO DI LEGGERE ATTENTAMENTE QUESTO AVVISO

Ad oggi December 19, 2024, la sua ipoteca sulla casa è in arretrato di 48 giorni e $18,766.08 dollari.

Secondo la legge dello Stato di New York, siamo tenuti a inviarle quest'avviso per informarla che sta correndo il rischio di perdere la casa.

In allegato troverà un elenco di agenzie di consulenza abitativa approvate nella sua zona che forniscono servizi gratuiti.

Può anche chiamare l'Ufficio del Programma Protezione Proprietari del Procuratore Generale (HOPP) al numero verde per rivolgersi ai servizi di consulenza gratuita nella sua zona al numero 1-855-HOME-456 (1-855-466-3456), o visitare il relativo sito web su http://www.aghomehelp.com/. È disponibile anche un elenco statale diviso per contee all'indirizzo http://www.dfs.ny.gov/consumer/mortg_nys_np_counseling_agencies.htm. È disponibile aiuto gratuito; attenzione alle aziende o alle persone che addebitano tariffe per questi servizi gratuiti.

I consulenti abitativi delle agenzie dello stato di New York elencate sul sito web sono qualificati per aiutare i proprietari con problemi con il pagamento del mutuo e possono aiutarla a trovare la miglior opzione per la sua situazione. Se lo desidera, può anche contattarci direttamente allo 800-635-9698 e chiedere di discutere delle possibili opzioni.

Anche se non possiamo assicurare che sia possibile una soluzione gradevole per entrambe le parti, la incoraggiamo ad agire immediatamente per ottenere una risoluzione. Più aspetta, meno opzioni potrebbe avere.

Se non avrà agito in alcun modo per risolvere la questione entro 90 giorni a partire dalla data della spedizione di quest'avviso, potremo avviare un'azione legale contro di lei (o prima, se smetterà di vivere nell'abitazione come residenza principale.)

Se ha bisogno di ulteriori informazioni, chiami il numero verde del Ministero dei Servizi Amministrativi dello Stato di New York al numero (800) 342-3736 o visiti il sito web del Ministero su www.dfs.ny.gov.

IMPORTANTE: Ha diritto ad abitare nella casa di proprietà fino all'eventuale ricezione di un ordine giudiziario che le intima di lasciare la proprietà. Se viene avviata un'azione di pignoramento contro di lei in tribunale, può ancora avere il diritto all'abitazione fino all'eventuale ricezione di un ordine giudiziario contrario. Lei resta legalmente il proprietario e responsabile della proprietà fino a che questa non viene venduta autonomamente o per ordine del tribunale a conclusione di qualsiasi procedimento di pignoramento. Quest'avviso non è un avviso di sfratto e non è stato ancora avviato un procedimento di pignoramento.

Sincerely,

Select Portfolio Servicing, Inc.

**Esta carta contiene información importante concerniente a sus derechos. Por favor, traduzca esta carta. Nuestros representantes bilingües están a su disposición  para contestar cualquier pregunta. Llamenos al numero 800-831-0118 y seleccione/marque la opción 2.**

**This communication from a debt collector is an attempt to collect a debt and any information obtained will be used for that purpose.**

**New York City - Collection Agency License # 1170514**





December 19, 2024

HENRY CHUANG
64 GDN ST
BROOKLYN, NY 11206

**Account Number:** ███████████

**Property Address:**   64 GARDEN ST
                        BROOKLYN, NY 11206

OU KA RISKE POU YO SEZI KAY OU. SOUPLE LI AVI SA AK ANPIL ATANSYON

Apati December 19, 2024, dèt kay ou a gen 48 jou, ak $18,766.08 dola an defo.

Dapre Lwa Eta New York, nou oblije voye avi sa pou fè ou konnen ou riske pou pèdi kay ou.

Ansanm ak avi sa gen yon lis ajans konsèy sou lojman gouvènman apwouve ki nan zòn ou an ki bay konsèy gratis.

Ou kapab rele tou Biwo Pwogram Pwoteksyon Pwopriyetè Kay Pwokirè Jeneral Eta New York (HOPP) nan nimewo pou apèl gratis konsomatè liy dirèk yo dwe konekte nan sèvis konsèy gratis lojman nan zòn ou an 1-855-HOME-456 (1-855-466-3456), oswa ale sou sit wèb yo a nan http://www.aghomehelp.com/. Gen yon lis pa sikonskripsyon ki disponib tou nan http://www.dfs.ny.gov/consumer/mortg_nys_np_counseling_agencies.htm.

Asistans gratis disponib; veye konpayi oswa moun ki mande w peye pou sèvis sa yo.

Konseye lojman nan ajans ki nan Nouyòk yo ki nan lis sou sit entènèt la pi wo a resevwa fòmasyon pou ede pwopriyetè kay ki gen pwoblèm fè pèman ipotèk yo epi yo ka ede w jwenn chwa ki pi bon pou sitiyasyon ou. Si ou vle, ou kapab kontakte nou dirèkteman nan 800-635-9698 epi diskite sou opsyon ki posib yo.

Menmsi nou pa kapab asire w yon rezolisyon mityèlman agreyab posib, nou ankouraje w pran mezi imedya pou eseye reyalize yon rezolisyon. Plis ou tann, ou kapab genyen mwens opsyon.

Si ou pa fè okenn aksyon pou rezoud zafè sa a nan lespas 90 jou apre dat nou te voye avi sa a, nou ka kòmanse pran mezi legal kont ou (oswa menm pi bonè si ou pap viv nan kay la ankò kòm rezidans prensipal ou.)

Si ou bezwen plis enfòmasyon, tanpri rele nan liy Depatman Eta New York Sèvis Finans lan nan nimewo pou apèl gratis la nan (800) 342-3736 oswa vizite sit entènèt Depatman an nan www.dfs.ny.gov.

ENPOTAN: Ou gen dwa pou rete nan kay ou jiskaske ou resevwa yon lòd tribinal ki di ou pou kite pwopriyete a. Si yo prezante yon pwosè poze sele pou sezi kay kont ou nan tribinal, ou toujou gen dwa pou rete nan kay la jiskaske yon tribinal ba w lòd pou kite kay la. Ou legalman rete mèt kay la epi responsab pou pwopriyete a jiskaske ou vann pwopriyete a ou menm oubyen sou lòd tribinal la nan konklizyon pwosedi nenpòt pwosè pou sezi byen. Avi sa a se pa yon avi degèpisman, e yo poko komanse yon pwosè poze sele pou sezi byen kont ou.

Sincerely,

Select Portfolio Servicing, Inc.

**Esta carta contiene información importante concerniente a sus derechos. Por favor, traduzca esta carta. Nuestros representantes bilingües están a su disposición  para contestar cualquier pregunta. Llamenos al numero 800-831-0118 y seleccione/marque la opción 2.**

**This communication from a debt collector is an attempt to collect a debt and any information obtained will be used for that purpose.**

**New York City - Collection Agency License # 1170514**





December 19, 2024

HENRY CHUANG
64 GDN ST
BROOKLYN, NY 11206

**Account Number:**
**Property Address:**     64 GARDEN ST
BROOKLYN, NY 11206



귀하는 압류의 위험에 놓여 있습니다. 다음의 통지 내용을 주의 깊게 읽어 보시기 바랍니다

December 19, 2024 일자로, 귀하의 주택 융자는   48      일 동안, $18,766.08   달러의 채무 불이행 상태가 됩니다.

뉴욕 주 법률에 따라, 당국은 귀하가 주택을 잃을 위험에 놓여 있음을 알리는 본 통지서를 발송해야 합니다.

해당 지역에서 무료 상담을 제공하는 정부 승인 주택 상담 기관의 목록이 본 통지서에 첨부되어 있습니다.

또한 귀하의 지역에 있는 무료 주택 상담 서비스에 연락하기 위해 뉴욕 주 법무국장 산하 주택 소유 자 보호 프로그램 (Homeowner Protection Program, HOPP) 무료 고객 핫라인 1-855-HOME- 456(1-855-466-3456) 번으로 전화하시거나, 해당 웹사이트 http://www.aghomehelp.com/ 를 방문하실 수 있습니다. 카운티별 주 전체 목록은 http://www.dfs.ny.gov/consumer/mortg_nys_np_counseling_agencies.htm 에서 찾아볼 수 있습니다.

자격을 갖춘 무료 서비스가 가능합니다. 해당 서비스에 수수료를 부과하는 회사 또는 사람을 조심하십시오.

위의 웹사이트에나 와요 는 뉴욕 기반 기관의 주택 상담사는 모기지 론 상호에 문제가 있는 주택 소유 주를 돕기 위해 교육을 받았으며, 귀하의 상황을 해결하는 최상의 옵션을 발견하도록 도울 수 있습니다. 원하시는 경우, 888-635-9698 에서 저희에게 직접 문의할 수 있으며 가능한 옵션을 논의하도록 요청할 수 있습니다.

상호만족하는 해결이 가능하다고 보장할 수는 없지만, 해결을 추구하기 위해 즉 시 조치를 취해 주시기 바랍니다. 시간이 지날수록, 귀하가 사용할 수 있는 옵션이 적어집니다.

본통 지발송된 날로부터 90 일 이내에 이 문제를 해결하기 위해 귀하가 어떠한 조치도 취하지 않는 경우, 저희는 귀하에 대한 법적 조치를 개시할 수 있습니다(또는 귀하가 주 거주자로서 거주하지 않는 경우에 빨리질수 있습니다).

추가적 정보가 필요한 경우, 뉴욕주 금융 서비스국 (Department of Financial Services) 헬프라인의 무료 전화 (800) 342-3736번으로 연락 하시거나, 당국의 웹사이트 www.dfs.ny.gov를 방문하십시오

중요 정보 귀하는 법원에서 주택 퇴거 명령을 받을 때까지 귀하의 부동산에 남아 있을 권리가 있습니다 압류 절차가 법원에 제기 될 경우에도 법원이 퇴거 명령을 내리지 않는 한 귀하는 귀하의 주택에 남아 있을 권리가 있습니다. 귀하는 귀하 또는 법원의 압류 절차의 결과에 의해 부동산이 매도될 때까지 부동산의 소유 주로 남아 있으며 관리책임이 있습니다 본통지는 퇴거 통지가 아니며, 귀하에 대한 압류 절차가 아직 개시되지 않았습니다.

Sincerely,

Select Portfolio Servicing, Inc.

**Esta carta contiene información importante concerniente a sus derechos. Por favor, traduzca esta carta. Nuestros representantes bilingües están a su disposición  para contestar cualquier pregunta. Llamenos al numero 800-831-0118 y seleccione/marque la opción 2.**

**This communication from a debt collector is an attempt to collect a debt and any information obtained will be used for that purpose.**

**New York City - Collection Agency License # 1170514**

 

December 19, 2024

 HENRY CHUANG
64 GDN ST
BROOKLYN, NY 11206

**Account Number:**
**Property Address:**     64 GARDEN ST
BROOKLYN, NY 11206

আপনার বন্ধকী সবতবলোপরে ঝুকি থাকতে পারে।
অনুগরহ করে নিম্নলিখিত বিজ্ঞপ্তিটি মনোযোগ দিয়ে পড়ুন।

December 19, 2024 , তারিখে যেমনটা রয়েছে, আপনার গৃহঋণ 48    দিন, ও
$18,766.08    ডলার বাকি পড়েছে।

নিউ ইয়রক সটটেরে আইনের অধীনে, আমাদের আপনাকে এটা জানানোর পর্যোজন
যে আপনার নিজের বাড়ি হারানোর ঝুকি থাকতে পারে।

এই বিজ্ঞপ্তির সঙ্গে আপনার এলাকায় বিনামূল্যে কাউনসেলিং পরদান করা সরকার
অনুমোদিত আবাসন কাউনসেলিং সংসথাগুলির একটি তালিকা সংযুক্ত রয়েছে।

আপনি বিনামূল্যের আবাসন কাউনসেলিং পরিষেবার সাথে যুক্ত হতে অ্যাটরনি জেনারেলের
বাড়ির মালিকদের সুরক্ষা কার্যক্রম (HOPP) এর NYS দপ্তরের নিঃশুল্ক উপভোক্তা
হটলাইন নমবর 1-855-HOME-456 (1-855-466-3456)-তে ফোন করতে অথবা
তাদের ওয়েবসাইট http://www.aghomehelp.com/-ও দেখতে পারেন। একটি
কাউন্টি    বরাবর    সটটেবযাপী    তালিকাও
http://www.dfs.ny.gov/consumer/mortg_nys_np_counseling_agen
cies.htm এ পাওয়া যাবে।

বিনামূল্যে যোগ্য সাহায্য উপলব্ধ; এই পরিষেবাগুলির জন্য ফি ধার্য করেন এমন
কোম্পানি বা লোকদের খোঁজ রাখুন।

ওয়েবসাইটে উপরে তালিকাভুক্ত নিউ-ইয়র্ক ভিত্তিক সংস্থাগুলির আবাসন কাউন্সেলরগণ সেই বাড়ির মালিকিদের সাহায্য করার জন্য পরশিক্ষণপ্রাপ্ত যারা বন্ধকীর অর্থ প্রদানে সমস্যায় পড়েছেন এবং আপনার পরিস্থিতিতে সেরা বিকল্পটি খুঁজে পেতে সাহায্য করতে পারেন। আপনি চাইলে আপনি সরাসরি আমাদের সঙ্গে 800-635-9698 নম্বরে যোগাযোগ করতে ও সম্ভাব্য বিকল্পগুলি নিয়ে আলোচনা করতে চাইতে পারেন।

আমরা পারস্পরিক সম্মতির ভিত্তিতে কোনও সমাধানের নিশ্চয়তা দিতে না পারলেও আমরা আপনাকে কোনও সমাধানে পৌঁছানোর চেষ্টা করতে আশ পদক্ষেপে নেওয়ার জন্য উৎসাহ দিই। আপনি যত বেশিক্ষণ অপেক্ষা করবেন, আপনার কাছে বিকল্পের সংখ্যা তত কমে যাবে।

আপনি এই বিজ্ঞপ্তিটি ডাকে দেওয়ার তারিখের 90 দিনের মধ্যে এই বিষয়টি সম্পর্কে কোনও পদক্ষেপে না নিলে আমরা আপনার বিরুদ্ধে আইনি প্রক্রিয়া শুরু করতে পারি (অথবা আপনি এই বাসস্থানটিকে আপনার প্রাথমিক আবাসন হিসেবে ব্যবহার করে বাস করা বন্ধ করে দিলে আরও আগেও।)

আপনার আরও কোনও তথ্যের প্রয়োজন হলে অনুগ্রহ করে নিউইয়র্ক স্টেটের আর্থিক পরিষেবা বিভাগের নিঃশুল্ক নম্বর (800) 342-3736 –এ ফোন করুন অথবা বিভাগের ওয়েবসাইট http://www.dfs.ny.gov দেখুন।

গুরত্বপূর্ণ: আদালতের আদেশে আপনাকে সেই সম্পত্তি ছেড়ে চলে চলে যেতে না বলা পর্যন্ত আপনার নিজের বাড়িতে থাকার অধিকার রয়েছে। আপনার বিরুদ্ধে আদালতে একটি বন্ধকী স্বত্বলোপের মামলা করা হলেও আপনার আদালতের আদেশে ছেড়ে চলে যেতে না বলা পর্যন্ত বাড়িতে থাকার অধিকার থাকবে। আপনার দ্বারা অথবা কোনও বন্ধকী স্বত্বলোপের মামলার ফলে আদালতের আদেশে সম্পত্তি বিক্রি না হওয়া পর্যন্ত আপনি আইনত সম্পত্তির মালিক থাকবেন ও তার দায়িত্বে থাকবেন। এটা কোনো উচ্ছেদের বিজ্ঞপ্তি নয় এবং আপনার বিরুদ্ধে এখনও কোনও বন্ধকী স্বত্বলোপের পদক্ষেপে শুরু করা হয় নি।

Sincerely,

Select Portfolio Servicing, Inc.

**Esta carta contiene información importante concerniente a sus derechos. Por favor, traduzca esta carta. Nuestros representantes bilingües están a su disposición para contestar cualquier pregunta. Llamenos al numero 800-831-0118 y seleccione/marque la opción 2.**

**This communication from a debt collector is an attempt to collect a debt and any information obtained will be used for that purpose.**

**New York City - Collection Agency License # 1170514**

**Foreclosure Prevention Counseling**

If you are having trouble paying your mortgage or are at risk of foreclosure, contact a not-for-profit housing counselor in your area. Not-for-profit housing counselors provide free, professional advice. They can help you assess your options, negotiate with your lender and find free legal services and other resources in your area. The following not-for-profit housing counseling organizations have received some type of public funding to provide foreclosure prevention services. It's always a good idea to call in advance to see if an appointment is necessary and what, if any, documents you should bring with you.

> *Be wary of companies and individuals who promise to help save your home from foreclosure in exchange for the payment of fees upfront. New York law prohibits the collection of such fees except in limited circumstances.*

If you live in New York City, you can contact the Center for New York City Neighborhoods (CNYCN) at 646-786-0888. CNYCN partners with more than 50 agencies and coordinates foreclosure prevention and intervention services in all five boroughs. It can help you find the right services for your needs.

Please note that the State cannot guarantee the advice of any individual housing counseling agency. However, many of these agencies have adopted National Industry Standards for Homeownership Counseling to ensure that homeowners receive quality and professional counseling.

Also note that the list may not include all publicly funded agencies in New York that are providing foreclosure counseling services. The New York Division of Homes & Community Renewal is continually working to add new agencies to the list.

For more information on avoiding foreclosure visit the New York Department of Financial Services website at www.dfs.ny.gov.

The U.S. Department of Housing and Urban Development (HUD) also sponsors housing counseling agencies that can provide advice on preventing foreclosure. HUD approved home ownership counseling may be available to you. You should call (800) 569-4287 or TDD (800) 877-8339, or go to HUD's website at http://www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm to find the HUD-approved housing counseling agency nearest you.

**New York State Non-Profit Housing Counseling Agencies Providing Services to Homeowners in Default and Foreclosure Statewide Listing by County**

Compiled by the Empire Justice Center (Updated November 17, 2024)

| AGENCY | COUNTY | ADDRESS | CONTACT INFO | NOTES |
|---|---|---|---|---|
| AAFE Community Development Fund, Inc. | New York | 111 Division St., New York, NY 10002 | 212-964-2288 | Chinese and Korean speaking staff available |
| Abyssinian Development Corp. | New York | 2283 Adam Clayton Powell Jr. Blvd, New York, NY 10030 | 646-442-6545 | |
| Affordable Housing Partnership of the Capital Region Inc. | Albany | 255 Orange St., Albany, NY 12210 | 518-434-1730 ext 401 | HOPP; Also serves surrounding areas |
| Albany County Rural Housing Alliance | Albany | PO Box 407 (mailing) 24 Martin Road (Physical) Voorheesville NY 12186 | 518-765-2425 ext 2589 | HOPP; Also serves surrounding areas |
| Allegany County Community Opportunities and Rural Development (ACCORD) Corp. | Allegany | 84 Schuyler Street, P.O. Box 573, Belmont, NY 14813 | 585-268-7605 ext. 1119 Darla or 585-268-7605 ext. 1022 Patty | HOPP; Also serves surrounding areas |
| American Debt Resources, Inc. | Nassau, Suffolk | 384 Larkfield Rd, Suite 1, East Northport, NY 11731 | 631-651-2634 | HOPP; Spanish speaking staff available |
| Arbor Housing and Development | Chemung | 26 Bridge St., Corning, NY 14830 | 607-654-7487 | HOPP |
| Belmont Housing Resources | Erie | 2393 Main Street Buffalo NY 14214 | 716-884-7791 ext 330 | HOPP |
| Better Community Neighborhoods Inc | Albany | 670 Franklin Street Suite 201 Schenectady NY 12307 | 518-372-7616 | HOPP; Spanish speaking staff available |
| Bridge Street Dev. Corp. | Kings | 460 Nostrand Ave., Brooklyn, NY 11216 | 718-636-7596 | Spanish speaking staff available |
| Brooklyn Neighborhood Services | Kings, Queens | 506 MacDonough Street, Brooklyn, NY 11233 | 718-881-1180 | HOPP;,Spanish; |

| AGENCY | COUNTY | ADDRESS | CONTACT INFO | NOTES |
|---|---|---|---|---|
| Brooklyn Volunteer Lawyers Project | Kings | 44 Court Street, Suite 1206, Brooklyn, NY 11201 | 718-624-3894 | HOPP; uses a language translation service; |
| Buffalo Urban League | Erie | 15 Genesee Street, Buffalo, NY 14203 | 716-250-2458 | HOPP |
| CAMBA | Kings | 20 Snyder Avenue, Brooklyn, NY 11226 | 718-940-6311 | HOPP; Haitian Creole speaking staff available |
| Catholic Charities of Chemung/Schuyler Counties | Chemung | 215 East Church St., Suite 101,Elmira, NY 14901 | 607-734-9784 OR  607-317-5753 | HOPP |
| Center for Elder Law & Justice | Erie, Genesee, Niagara, Orleans, Wyoming | 438 Main Street, Suite 1200, Buffalo, NY 14202 | 716-853-3087 | HOPP |
| Central Islip Civic Council, Inc. | Suffolk | 68 Wheeler Rd. Central Islip, NY 11722 | 631-348-0669 | HOPP; Spanish speaking staff available |
| Chautauqua Home Rehabilitation and Improvement Corp. (CHRIC) | Chautauqua | 2 Academy St., Mayville, NY 14757 | 716-753-4650 | Spanish speaking staff available |
| Chautauqua Opportunities, Inc. | Cattaraugus | 17 West Courtney Street Dunkirk, NY 14048 | 716-366-8176 OR 716-661-9430 | HOPP |
| Chhaya Community Development Corporation | Queens | 37-43 77th Street #2, Jackson Heights, NY 11372 | 718-478-3848 | HOPP |
| Clearpoint Credit Counseling Solutions | Onondaga | 5794 Widewaters Parkway, Syracuse, NY 13214 | 1-800-750-2227 | |
| Clearpoint, A division of Money Management International | Cayuga | 5794 Widewaters Parkway, Syracuse, NY 13214 | 713.394.3232 | |
| Clearpoint, a division of Money Management International | Franklin | 215 Washington St. Suite 005, Watertown, NY 13601 | 713.394.3232 | |

| AGENCY | COUNTY | ADDRESS | CONTACT INFO | NOTES |
|---|---|---|---|---|
| Clearpoint, a division of Money Management International | Tioga | The Metro Center, 49 Court St., Binghamton, NY 13901 | 713.394.3232 | |
| Clearpoint, a division of Money Management International | Tompkins | The Metro Center, 49 Court St., Binghamton, NY 13901 | 713.394.3232 | |
| Clearpoint, a division of Money Management International | Jefferson | 215 Washington St. Suite 005, Watertown, NY 13601 | 713.394.3232 | |
| Clearpoint, a division of Money Management International | Lewis | 215 Washington St. Suite 005, Watertown, NY 13601 | 713.394.3232 | |
| Clearpoint, a division of Money Management International | St. Lawrence | 215 Washington St. Suite 005, Watertown, NY 13601 | 713.394.3232 | |
| Clearpoint, a division of Money Market International | Oneida | 5794 Widewaters Parkway, Syracuse, NY 13214 | 713.394.3232 | |
| Clearpoint, a division of Money Market International | Oswego | 5794 Widewaters Parkway, Syracuse, NY 13214 | 713.394.3232 | |
| Community Action in Self Help | Ontario, Seneca, Wayne | 48 Water St., Lyons, NY 14489 | 315-946-6992 | |
| Community Action Program for Madison County | Madison | 3 East Main St., Morrisville, NY 13408 | 315-684-3144 | ASL trained staff available |
| Community Development Corporation of Long Island (CDCLI) | Suffolk | 2100 Middle Country Rd., Suite 300, Centereach NY 11720 | 631-471-1215 ext. 158 | HOPP; Spanish speaking staff available |
| Community Housing Innovations, Inc. | Westchester | 75 South Broadway, Ste 340; White Plains, NY 10601 | 914-683-1010 | HOPP |
| Consumer Credit Counseling Service of Rochester, Inc. | Orleans | 1050 University Ave. Suite A  Rochester, NY 14607 | 888-724-2227 OR 585-546-3440 | HOPP |

| AGENCY | COUNTY | ADDRESS | CONTACT INFO | NOTES |
|---|---|---|---|---|
| Consumer Credit Counseling Services of Buffalo, Inc. | Erie | 40 Gardenville Parkway, Suite 300, West Seneca, NY 14224 | 1-800-926-9685 OR 716-712-2060 | HOPP |
| Cortland Housing Assistance Council, Inc. | Cortland | 36 Taylor St. Cortland, NY 13045 | 607-753-8271 | |
| Council of Jewish Organizations of Flatbush, Inc. | Kings | 1523 Avenue M, Brooklyn, NY 11230 | 718-377-2900 ext 7625 | Arabic, Russian and Spanish speaking staff available |
| Cypress Hills Local Dev. Corp. | Kings | Main Office: 625 Jamaica Avenue, Brooklyn, NY 11208 Housing Counseling Division: 3214 Fulton Street, Brooklyn, NY 11208 | 718-647-8100 | Spanish and French speaking staff available |
| Delaware Opportunities, Inc. | Delaware | 35430 State Hgwy. 10 Hamden, NY 13782 | 607-746-1650 | |
| Economic Opportunity Council of Suffolk, Inc. | Suffolk | 320 Carleton Ave., Suite 7800 Central Islip NY 11722 | 631-647-3762  Ext. 204 OR 631-968-8000 Ext. 204 | HOPP |
| Empire Justice Center | Monroe | 1 West Main Street, Suite 200, Rochester, NY 14610 | 585-454-4060 | HOPP |
| Frank H. Hiscock Legal Aid Society | Cayuga, Cortland, Onondaga, Oswego | 351 South Warren Street, Syracuse, NY 13202 | 315-422-8191 | HOPP |
| Franklin County Community Housing Council Inc. | Franklin | 337 West Main St., Malone, NY 12953 | 518-483-5934 | HOPP |
| Friends of the North Country | Clinton | 1387 Hardscrabble Road, Cadyville, NY 12918 | 518-293-5045 ext. 135 and 136 | HOPP |
| Fulton Community Development Agency | Oswego | 125 West Broadway, Fulton, NY 13069 | 315-593-7166 | HOPP |
| Galvan Housing Resources | Columbia | 252 Columbia St., Hudson, NY 12534 | 518-822-0707 | HOPP |

| AGENCY | COUNTY | ADDRESS | CONTACT INFO | NOTES |
|---|---|---|---|---|
| Greenpath | Westchester | One Barker Ave., Suite 420; White Plains, NY 10601 | 888-366-9140 | |
| GreenPath Debt Solutions | Kings | 175 Remsen St., Suite 1102, Brooklyn, NY 11201 | 866-285-4033 | |
| GreenPath Debt Solutions | New York | 31 West 34th Street, Suite 7030, New York, NY 10001 | 866-285-4059 | |
| Grow Brooklyn, Inc. (Brooklyn Cooperative Federal Credit Union) | Bronx, Kings, New York, Queens, Richmond | 1474 Myrtle Avenue, Brooklyn, NY 11237 | 718-418-8232 ext. 2060 | HOPP; French |
| Harlem Congregations for Community Development | Bronx, Kings, New York, Queens, Richmond | 256 W. 153rd Street. New York, NY 10039 | 212-281-4887 ext. 206 or 231 ext 214 | Spanish speaking staff available |
| Hispanic Brotherhood, Inc. | Nassau | 59 Clinton Ave., Rockville Centre, NY 11570 | 516-766-6610 | HOPP; Spanish speaking staff available |
| Home Headquarters | Cayuga | 538 Erie Blvd West, Syracuse NY 13204 | 315-459-6683 OR 315-474-1939 | HOPP; Spanish speaking staff available |
| Housing and Family Services of Greater New York, Inc. | Bronx, Kings, Nassau, New York, Queens, Richmond, Rockland, Suffolk, Westchester | 415 Albemarle Rd., Brooklyn, NY 11218 | 718-435-7585 | HOPP; Spanish;, French; Mandarin; Russian; Cantonese |
| Housing Assistance Program of Essex County (HAPEC) | Clinton | 103 Hand Avenue, PO Box 157, Elizabethtown, NY 12932 | 518-873-6888 | HOPP |
| Housing Help, Inc. | Suffolk | 91 Broadway, Sute 10, Greenlawn NY 11740 | 631-754-0373 | HOPP; Spanish speaking staff available |
| Hudson River Housing, Inc. | Dutchess | 313 Mill Street, Poughkeepsie NY 12601 | (845) 454-5176 Ext 602 | HOPP |
| Human Development Services of Westchester, Inc. | Westchester | 26 North Main Street, Port Chester, New York 10573 | 914-939-2005 | HOPP; Spanish speaking counselors available |
| Keuka Housing Council | Ontario | 160 Main St. Penn Yan, NY 14527 | 315-536-8707 | HOPP |

| AGENCY | COUNTY | ADDRESS | CONTACT INFO | NOTES |
|---|---|---|---|---|
| La Fuerza Unida, Inc. | Nassau | 40 Glen St. Suite 1, Glen Cove, NY 11542 | 516-759-0788 ext. 2, ext. 3 & ext. 5 | HOPP; Spanish speaking staff available |
| Legal Aid Society- Bronx | Bronx | 260 East 161 Street, Bronx, NY 10451 | 646-340-1908 | HOPP; Spanish; German; uses a language translation service; |
| Legal Aid Society of Mid-NY Inc. | Broome, Chenango, Delaware, Herkimer, Jefferson, Lewis, Madison, Oneida, Otsego | 120 Bleecker Street, Utica NY 13501 | 1-877-777-6152 | HOPP |
| Legal Aid Society of Northeastern New York, Inc. | Albany, Clinton, Columbia, Essex, Franklin, Fulton, Greene, Hamilton, Montgomery, Rensselaer, St Lawrence, Saratoga, Schenectady, Schoharie, Warren, Washington. St Regis Mohawk Tribe Reservation | 95 Central Avenue, Albany, NY 12206 | 1-833-628-0087 | HOPP |
| Legal Aid Society of Rockland County, Inc. | Rockland | 2 Congers Road, Suite 1, New City, NY 10956 | (845) 634-3627 | HOPP |
| Legal Aid Society- Queens | Bronx, Queens | 153-01 Jamaica Ave. Jamaica, NY 11432 | 718-298-8979 | HOPP; English; Spanish; uses a language translation service; |
| Legal Assistance of Western New York, Inc. | Allegany, Cattaraugus, Chautauqua, Chemung, Livingston, Ontario, Schyler, Seneca, Steuben, Tioga, Tompkins, Wayne, Yates | 361 South Main Street, Geneva, NY 14456 | 866-781-5235 (call to be directed to correct office) | HOPP |
| Legal Services of the Hudson Valley | Dutchess, Orange, Putnam, Rockland, Sullivan, Ulster, Westchester | 90 Maple Avenue, White Plains, NY 10601 | 877-574-8529 | HOPP |
| LIFE, Inc. | Nassau | 112 Spruce Street, Suite 5, Cedarhurst, NY 11516 | 516-374-4564 ext.1038 | HOPP |

| AGENCY | COUNTY | ADDRESS | CONTACT INFO | NOTES |
|---|---|---|---|---|
| Long Island Housing Partnership, Inc. | Suffolk, Nassau | 180 Oser Ave. Suite 800, Hauppauge, NY 11788 | 631-435-4710 | HOPP; Spanish speaking staff available |
| Long Island Housing Services, Inc. | Nassau, Suffolk | 640 Johnson Ave., Suite 8, Bohemia, NY 11716 | 631-567-5111 | HOPP |
| Margert Community Corporation | Queens | 325 Beach 37th Street, Far Rockaway, NY 11691 | 718-471-3724 | HOPP; Spanish speaking staff available |
| Metro Interfaith Housing Management Corp. | Broome | 21 New St., Binghamton, NY 13903 | 607-723-0582 | HOPP |
| Mutual Housing Association of New York Management Inc. | Bronx, Kings, Nassau, New York, Queens, Richmond | 470 Vanderbilt Avenue 9th Floor, Brooklyn, NY 11238 | 718-246-8080 ext 203 | HOPP; Spanish; French; Greek, Hindi, creole |
| Nassau Bar Foundation | Nassau, Suffolk, Queens | 15th and West Street, Mineola, NY 11501 | 516-666-4857 | HOPP |
| Nassau/Suffolk Law Services | Nassau, Suffolk | One Helen Keller Way, Hempstead, NY 11550 | 516 292-8100 OR 631 232-2400 OR 631 369-1112 | HOPP |
| Neighborhood Housing Services of Bedford-Stuyvesant CDC Inc. (dba Brooklyn Neighborhood Services CDC, Inc.) | Kings | 1012 Gates Ave., 2nd Floor, Brooklyn, NY 11221 | 718-919-2100 | HOPP |
| Neighborhood Housing Services of Brooklyn | Bronx, Kings, New York, Queens, Richmond | 2806 Church Ave., Brooklyn, NY 11226 | 718-469-4679 | HOPP; uses a language translation service |
| Neighborhood Housing Services of NYC | New York | Main office: 307 West 36th St., 12th floor, New York, NY 10018  Main foreclosure department: 2475 Westchester Avenue, Bronx, NY 10461 | 929-268-3790 | Spanish speaking staff available: Bronx, New York |
| Neighborhood Housing Services of Queens | Queens | 6020 Woodside Avenue, Lower Level, Flushing, NY 11377 | 718-457-1017 | HOPP; Spanish speaking staff available. |

| AGENCY | COUNTY | ADDRESS | CONTACT INFO | NOTES |
|---|---|---|---|---|
| Neighborhood Housing Services of South Buffalo | Chautauqua; Allegany | 1937 South Park Ave., Buffalo, NY 14220 | 716-823-3630 | Erie, Niagara, Chautauqua |
| Neighborhood Housing Services, Jamaica | Bronx, Kings, Nassau, Queens, Suffolk, Westchester | 89-70 162nd St., Jamaica, NY 11432 | 718-291-7400 | HOPP; Spanish speaking staff available |
| Neighborhood Housing Services, Staten Island | Richmond | 192 CORSON AVE, Staten Island, NY 10301 | 718-313-4890 | HOPP |
| Neighbors Helping Neighbors (NHN) | Bronx, Kings, Nassau, New York, Queens, Richmond, Suffolk, Westchester | 621 Degraw St., Brooklyn, NY 11217 | 718-237-2017 | HOPP |
| North Country Housing Council | St. Lawrence | 19 Main St., Canton, NY 13617 | 315-386-8576 | |
| North Fork Housing Alliance | Suffolk, Naasau | 116 South St., Greenport, NY 11944 | 631-477-1070 | Spanish |
| Northfield Community Local Dev. Corp. of Staten Island | Richmond | 160 Heberton Ave., Staten Island, NY 10302 | 718-442-7351 | |
| Orange County Rural Development Advisory Corp. (RDAC) | Orange | 3 North St Walden, NY 12586 | 845-713-4568 | HOPP |
| Putnam County Housing Corp. | Dutchess | 11 Seminary Hill Rd., Carmel, NY 10512 | 845-225-8493 | HOPP; Serving Southern section of county |
| Queens Community House | Queens | 108-25 62nd Drive, Forest Hills, NY 11375 | 718-592-5757 | |
| Queens Volunteer Lawyers Project, Inc. | Queens | 90-35 148th Street, Jamaica, NY 11435 | 718 739-4100 | HOPP; Spanish |
| Rockland Housing Action Coalition | Rockland | 475 Route 304 Ste. 1 New City, NY 10956 | 845-708-5799 ext. 202 | HOPP; Spanish, Creole, Hebrew, and ASL speaking staff available |
| RUPCO, Inc. | Delaware | 301 Fair St. Kingston, NY 12401 | 845-331-9860 | HOPP; Spanish speaking staff available |

| AGENCY | COUNTY | ADDRESS | CONTACT INFO | NOTES |
|---|---|---|---|---|
| Rural Sullivan Housing Corp. | Sullivan | 33 Lakewood Ave., Monticello, NY 12701 | 845-794-0348 | |
| Southern Brooklyn Community Organization | Kings | 4006 18th Ave., Brooklyn, NY 11218 | 718-435-1300 | news@sbcony.org |
| The Bronx Neighborhood Housing Services | Bronx | 1451 East Gun Hill Rd., 2nd Floor, Bronx, NY 10469 | 718-881-1180 | HOPP; Spanish speaking staff available |
| The Housing Council at PathStone | Livingston | 75 College Ave., Rochester, NY 14607 | 585-546-3700 or homeadvocate@pathstone.org | HOPP |
| The Legal Aid Bureau of Buffalo, Inc. | Erie, Genesee, Niagara, Orleans, Wyoming | 290 Main Street, Suite 400, Buffalo, NY 14202 | 716-855-0203 ext. 118 | HOPP |
| The Legal Project | Albany, Columbia, Fulton, Greene, Montgomery, Rensselaer, Saratoga, Schenectady, Schoharie,  Warren, Washington | 24 Aviation Road, STE 101, Albany, New York 12205 | 518-435-1770 | HOPP |
| The SafeGuard Group | Nassau, Suffolk | 67 Fort Salonga Rd. Northport, NY 11768 | 1-800-673-6993 ext. 146 | HOPP; Spanish speaking staff available |
| Touro Law Center | Nassau, Suffolk | 225 Eastview Drive, Central Islip, NY 11722 | 631-761-7080 | HOPP |
| Troy Rehabilitation and Improvement Program (TRIP) | Saratoga | 409 River Street, 1st Floor, Troy NY 12180 | 518-816-2205 OR 518-949-9001 | HOPP; Serving residents of Southern Saratoga County |
| United Tenants of Albany | Albany | 295 Hamilton St. Albany NY 12210 | 518-436-8997 ext 3 | HOPP; For tenants whose buildings are in the process of foreclosure or have been foreclosed on |
| Urban League of Rochester | Monroe | 265 North Clinton Ave., Rochester, NY | 585-325-6530 | |
| Utica Neighborhood Housing Service, Inc DBA HomeOwnershipCenter | Fulton | 1611 Genesee Street, Utica, NY 13501 | 315-724-4197 | HOPP |

| AGENCY | COUNTY | ADDRESS | CONTACT INFO | NOTES |
|---|---|---|---|---|
| West Side Neighborhood Housing Services, Inc. | Niagara | 359 Connecticut Street, Buffalo, NY  14213 | 800-223-0164 | HOPP |
| Westchester Residential Opportunities (WRO, INC) | Westchester | 470 Mamaroneck Ave., Suite 410, White Plains, NY 10605 | 914-428-4507 | HOPP; Spanish and French speaking staff available |
| Western Catskills Community Revitalization Council (WCCRC) | Delaware | 125 Main St., Stamford, NY 12167 | 607-652-2823 ext. 105 | HOPP |
| Western New York Law Center, Inc. | Erie, Genesee, Niagara, Orleans, Wyoming | 37 Franklin Street, Suite 210, Buffalo, NY 14202 | 716-855-0203 x118 mortgage foreclosure OR 716-855-0203 x124 tax foreclosure and for mortgage or tax surplus cases | |
| Wyandanch Community Development | Suffolk | 59 Cumberbach St. Wyandanch, NY 11798 | 631-253-0139 OR 631-643-4786 | Only serves part of Western Suffolk |



**New York State Department of Financial Services**
One State Street Plaza, New York, NY 10004

Proof of Filing Statement

To Whom It May Concern:

Section 1306 of the Real Property Actions and Proceedings Law (RPAPL) requires lenders, assignees or mortgage loan servicers servicing loans on 1-to-4 family residential properties in New York State to file certain information with the Superintendent of the Department Financial Services within three days after the mailing of a 90-Day Pre-Foreclosure Notice.

The information below pertains to a filing submitted to the Department of Financial Services as required in Section 1306 of RPAPL.  The information is presented as filed by the lender, assignee or mortgage loan servicer.

**Filer Information:**

| | |
|---|---|
| Name | : Select Portfolio Servicing, Inc. |
| Address | : 3217 S. Decker Lake Drive, , Salt Lake City, UT, 84119, |

**Filing Information:**

| | |
|---|---|
| Tracking Number | : NYS6318159 |
| Mailing Date Step 1 | : 19-DEC-24 12.00.00.000 AM |
| Mailing Date Step 2 | : |
| Judgment Date Step 3 | : |
| Filing Date Step 1 | : 20-DEC-24 12.00.00.000 AM |
| Filing Date Step 1 Orig | : 20-DEC-24 12.00.00.000 AM |
| Filing Date Step 2 | : |
| Filing Date Step 3 | : |
| Owner Occupd at Jdgmnt | : |
| Property Type | : 1 to 4 Family Home |
| Property Address | : 64 GARDEN ST, , BROOKLYN, Kings, NY, 11206, |
| | |
| Date of Original Loan | : 16-SEP-24 12.00.00.000 AM |
| Amt of Original Loan | : 1260000 |
| Loan Number Step 1 | : ███████ |
| Loan Number Step 2 | : |
| Loan Reset Frequency | : |
| Loan Type | : 1st Lien |
| Type of Reverse Mortgage | : Not Applicable |
| HUD Approval Status | : Not Applicable |
| Loan Details | : Fixed Rate |
| Loan Term | : 30 Year |
| Loan Modification | : No |
| Days Delinquent | : Other |
| Borrower's Name | : Henry  Chuang |
| Address | : 64 GDN ST,  BROOKLYN, NY 11206 |
| | |
| Borrower's Phone No | : ███████ |
| Filing Status | : Step 1 Completed |

Sincerely,
New York State Department of Financial Services

# EXHIBIT F

Exhibit F

The following identified below are made Defendants to this foreclosure action for any interest each such Defendant may have in or against the Property due to its lien/subordinate interest in the Property as more fully demonstrated in the abstract (provide Defendant detail with each Defendant):

JOHN DOE                                    Said name being fictitious to represent unknown Tenants/Occupants of the subject property and any other party or entity of any kind if any, having or claiming an interest or lien upon the mortgaged property whose lien is subordinate to Plaintiff's lien.

64 GARDEN LLC              Owner

NEW YORK CITY PARKING VIOLATIONS BUREAU              Possible Junior Lien Holder

NEW YORK CITY ENVIRONMENTAL CONTROL BOARD              Possible Junior Lien Holder

## Parking Violations Filed Date: 5/23/2025

This search for PVB's against chuang, henry has 2 pertinent results.

| Name | Address | # of Judg | Judg Amt | Judg Int | Plate or Sum St |
|------|---------|-----------|----------|----------|-----------------|
| CHUANG HENRY | 402 SENECA AVE # A4F RIDGEWOOD NY11385 | 16 | $848.00 | $84.19 | FEJ5043 |
| CHUANG HENRY | 402 SENECA AVE # A2F RIDGEWOOD NY11385 | 2 | $200.00 | $1.19 | LKT1758 |

Data Loaded: 5/23/2025                                         PVB-2,460,829.049144

## ECB's vs Name as of Period Ending: 4/30/2025 (Docket Book: 5/2025)

**This search for ECB's against 64 garden llc has 1 pertinent result.**

| Name | Violation # | Order Date | Notice Date | Docket Date | Balance | Sat/Vacate |
|------|-------------|------------|-------------|-------------|---------|------------|
| 64 GARDEN LLC | 048597936L | 1/17/25 | 3/03/25 | 4/2025 | $300.00 | |

**Address:** 64 GARDEN STREET BROOKLYN 11206

Data Loaded: 5/23/2025

ECB-2,460,829.049144

# EXHIBIT G

## NYC DEPARTMENT OF FINANCE
## OFFICE OF THE CITY REGISTER

This page is part of the instrument. The City Register will rely on the information provided by you on this page for purposes of indexing this instrument. The information on this page will control for indexing purposes in the event of any conflict with the rest of the document.



2015042700866001001E6822

| RECORDING AND ENDORSEMENT COVER PAGE | | PAGE 1 OF 5 |
|---|---|---|
| **Document ID:** 2015042700866001 | Document Date: 04-21-2015 | Preparation Date: 04-27-2015 |

Document Type: DEED
Document Page Count: 3

| PRESENTER: | RETURN TO: |
|---|---|
| BOLTON PLACE ABSTRACT SERVICES, INC.<br>31 STEWART STREET<br>FBPA-260118<br>FLORAL PARK, NY 11001<br>718-343-0631<br>BOLTONPLACEABSTRACT@GMAIL.COM | LU HE, ESQ<br>KEVIN K TUNG, ESQ<br>13-20 38TH AVENUE - SUITE 3D<br>FLUSHING, NY 11354 |

### PROPERTY DATA

| Borough | Block | Lot | Unit | Address |
|---|---|---|---|---|
| BROOKLYN | 3137 | 92 | Entire Lot | 64 GARDEN STREET |

**Property Type:** DWELLING ONLY - 2 FAMILY

### CROSS REFERENCE DATA

CRFN_____  *or*  DocumentID_____  *or*  _____ Year_____ Reel_____ Page_____  *or*  File Number_____

### PARTIES

| GRANTOR/SELLER: | GRANTEE/BUYER: |
|---|---|
| CHENG CHUNG CHUANG<br>64 GARDEN STREET<br>BROOKLYN, NY 11206 | 64 GARDEN LLC<br>64 GARDEN STREET<br>BROOKLYN, NY 11206 |

☒ Additional Parties Listed on Continuation Page

### FEES AND TAXES

| Mortgage : | | | Filing Fee: | |
|---|---|---|---|---|
| Mortgage Amount: | $ | 0.00 | $ | 125.00 |
| Taxable Mortgage Amount: | $ | 0.00 | NYC Real Property Transfer Tax: | |
| Exemption: | | | $ | 0.00 |
| TAXES: County (Basic): | $ | 0.00 | NYS Real Estate Transfer Tax: | |
| City (Additional): | $ | 0.00 | $ | 0.00 |
| Spec (Additional): | $ | 0.00 | | |
| TASF: | $ | 0.00 | | |
| MTA: | $ | 0.00 | | |
| NYCTA: | $ | 0.00 | | |
| Additional MRT: | $ | 0.00 | | |
| TOTAL: | $ | 0.00 | | |
| Recording Fee: | $ | 52.00 | | |
| Affidavit Fee: | $ | 0.00 | | |

**RECORDED OR FILED IN THE OFFICE OF THE CITY REGISTER OF THE CITY OF NEW YORK**

Recorded/Filed          05-01-2015 10:10
City Register File No.(CRFN):
**2015000146286**

*Annette M Hill*

*City Register Official Signature*

Case 2:26-cv-03237    Document 1    Filed 05/29/26    Page 104 of 113 PageID #: 104

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**



2015042700866001001C6AA2

**RECORDING AND ENDORSEMENT COVER PAGE  (CONTINUATION)**        **PAGE 2 OF 5**

**Document  ID: 2015042700866001**        Document Date: 04-21-2015        Preparation Date: 04-27-2015
Document  Type: DEED

**PARTIES**

**GRANTOR/SELLER:**
WEN JIAN HU
64 GARDEN STREET
BROOKLYN, NY 11206

**GRANTOR/SELLER:**
WENDY WEN JIAN HU
64 GARDEN STREET
BROOKLYN, NY 11206

FBIQ 260118

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT-THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY

**THIS INDENTURE,** made the 21st     day of     April   ,    2015

**BETWEEN**
Cheng Chung Chuang and Wendy Wen Jian Hu, at 64 Garden Street, Brooklyn, NY
        A/K/A WEN JIAN HU

party of the first part, and

64 Garden LLC, at 64 Garden Street, Brooklyn, NY

party of the second part,
**WITNESSETH,** that the party of the first part, in consideration of

TEN dollars
paid by the party of the second part, does hereby grant and release unto the party of the second part, the heirs or successors and assigns of the party of the second part forever,

**ALL** that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situate, lying and being in the

64 Garden Street, Brooklyn, NY 11206

Block: 3137
Lot: 92

See Schedule "A"

TOGETHER with all right, title and interest, if any, of the party of the first part in and to any streets and roads abutting the above described premises to the center lines thereof; TOGETHER with the appurtenances and all the estate and rights of the party of the first part in and to said premises; TO HAVE AND TO HOLD the premises herein granted unto the party of the second part, the heirs or successors and assigns of the party of the second part forever.

AND the party of the first part covenants that the party of the first part has not done or suffered anything whereby the said premises have been encumbered in any way whatever, except as aforesaid.

AND the party of the first part, in compliance with Section 13 of the Lien Law, covenants that the party of the first part will receive the consideration for this conveyance and will hold the right to receive such consideration as a trust fund to be applied first for the purpose of paying the cost of the improvement and will apply the same first to the payment of the cost of the improvement before using any part of the total of the same for any other purpose. The word "party" shall be construed as if it read "parties" when ever the sense of this indenture so requires.

**IN WITNESS WHEREOF,** the party of the first part has duly executed this deed the day and year first above written.

IN PRESENCE OF:

_____

Cheng Chung Chuang

Wendy Wen Jian Hu   AKA WEN JIAN HU

Standard N.Y.B.T.U. Form 8002 - Bargain and Sale Deed, with Covenant against Grantor's Acts – Uniform Acknowledgment
**Form 3290**

*First American Title Insurance Company*

Title Number: **FBPA-260118K**
Page **1**

## SCHEDULE A DESCRIPTION

ALL that certain plot piece or parcel of land, situate, lying and being in the Borough of Brooklyn, County of Kings, City and State of New York, bounded and described as follows:

BEGINNING at a point on the southwesterly side of Garden Street, distant 39 feet 3 ¼ inches northwesterly from the corner formed by the intersection of the southwesterly side of Garden Street with the westerly side of Bushwick Avenue;

RUNNING THENCE southwesterly at right angles to Garden Street and part of the distance through a party wall, 100 feet;

THENCE northwesterly parallel with Garden Street, 20 feet 8 inches;

THENCE northeasterly along a line which forms a right angle with the southwesterly side of Garden Street and part of the distance through a party wall, 100 feet to the southwesterly side of Garden Street;

THENCE southeasterly along the southwesterly side of Garden Street, 20 feet 8 inches to the point or place of BEGINNING.

ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE

State of New York, County of **New York**                    , ss:

On the 21ˢᵗ day of **April**                    in the year **2015**   ,
before me, the undersigned, personally appeared
WENDY WEN JIAN HU AKA Wen Jian Hu.
personally known to me or proved to me on the basis of satisfactory
evidence to be the individual(s) whose name(s) is (are) subscribed to the
within instrument and acknowledged to me that he/she/they executed the
same in his/her/their capacity(ies), and that by his/her/their signature(s)
on the instrument, the individual(s), or the person upon behalf of which
the individual(s) acted, executed the instrument.

Paul A. Werner
Notary Public, State of New York
No. 01WE6115421
Qualified in Nassau County
Commission Expires Sept. 7, 20 16

ACKNOWLEDGEMENT BY SUBSCRIBING WITNESS TAKEN
IN NEW YORK STATE

State of New York, County of                    , ss:

On the        day of                    in the year        ,
before me, the undersigned, a Notary Public in and for said State,
personally appeared                    ,
the subscribing witness to the foregoing instrument, with whom I am
personally acquainted, who, being by me duly sworn, did depose and say
that he/she/they reside(s) in


(if the place of residence is in a city, include the street and street number if any, thereof);
that he/she/they know(s)

to be the individual described in and who executed the foregoing
instrument; that said subscribing witness was present and saw said

execute the same; and that said witness at the same time subscribed
his/her/their name(s) as a witness thereto

ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE

State of New York, County of **NEW YORK**                    , ss:

On the 21ˢᵗ day of **APRIL**                    in the year **2015**,
before me, the undersigned, personally appeared
CHENG CHUNG CHUANG                    ,
personally known to me or proved to me on the basis of satisfactory
evidence to be the individual(s) whose name(s) is (are) subscribed to the
within instrument and acknowledged to me that he/she/they executed the
same in his/her/their capacity(ies), and that by his/her/their signature(s)
on the instrument, the individual(s), or the person upon behalf of which
the individual(s) acted, executed the instrument.

Paul A. Werner
Notary Public, State of New York
No. 01WE6115421
Qualified in Nassau County
Commission Expires Sept. 7, 20 16

ACKNOWLEDGEMENT TAKEN OUTSIDE NEW YORK
STATE

*State of                , County of                    , ss:
*(Or insert District of Columbia, Territory, Possession or Foreign County)

On the        day of **April**                    in the year **2015**    ,
before me, the undersigned  personally appeared

Personally known to me or proved to me on the basis of satisfactory
evidence to be the individual(s) whose name(s) is (are) subscribed to the
within instrument and acknowledged to me that he/she/they executed the
same in  his/her/their capacity(ies),  that by his/her/their signature(s) on
the instrument, the individual(s) or the person upon behalf of which the
individual(s) acted, executed the instrument, and that such individual
make such appearance before the undersigned in the


(add the city or political subdivision and the state or country or other
place the acknowledgement was taken).

# Bargain and Sale Deed
# With Covenants

Title No.  FBPA-260118-K


**Cheng Chung Chuang & Wendy Wen Jian Hu**
TO

**64 Garden LLC**

SECTION:

BLOCK: **3137**

LOT: **92**

COUNTY OR TOWN: **Kings**

DISTRIBUTED BY

YOUR TITLE EXPERTS
**The Judicial Title Insurance Agency LLC**
**800-281-TITLE (8485)  FAX: 800-FAX-9396**

RETURN BY MAIL TO:
LU HE, ESQ
KEVIN K. TUNG, ESQ
136-20 38TH AVE, SUITE 3D
FLUSHING, NY 11354

**NYC DEPARTMENT OF FINANCE**
**OFFICE OF THE CITY REGISTER**



2015042700866001001SA6A3

| SUPPORTING DOCUMENT COVER PAGE | PAGE 1 OF 1 |
|---|---|

**Document ID: 2015042700866001**    Document Date: 04-21-2015    Preparation Date: 04-27-2015
Document Type: DEED

**ASSOCIATED TAX FORM ID:**    2015042000139

**SUPPORTING DOCUMENTS SUBMITTED:**

| | Page Count |
|---|---|
| DEP CUSTOMER REGISTRATION FORM FOR WATER AND SEWER BILLING | 1 |
| RP - 5217 REAL PROPERTY TRANSFER REPORT | 1 |
| SMOKE DETECTOR AFFIDAVIT | 1 |



The City of New York
**Department of Environmental Protection**
**Bureau of Customer Services**
**59-17 Junction Boulevard**
**Flushing, NY  11373-5108**

# Customer Registration Form for Water and Sewer Billing

## Property and Owner Information:

(1)   Property receiving service: BOROUGH:  BROOKLYN          BLOCK:  3137          LOT:  92

(2)   Property  Address: 64  GARDEN STREET, BROOKLYN, NY 11206

(3)  Owner's Name:      64 GARDEN LLC

   Additional Name:

## Affirmation:

  Your water & sewer bills will be sent to the property address shown above.

## Customer Billing Information:

### Please Note:

A.  Water and sewer charges are the legal responsibility of the owner of a property receiving water and/or sewer service. The owner's responsibility to pay such charges is not affected by any lease, license or other arrangement, or any assignment of responsibility for payment of such charges. Water and sewer charges constitute a lien on the property until paid. In addition to legal action against the owner, a failure to pay such charges when due may result in foreclosure of the lien by the City of New York, the property being placed in a lien sale by the City or Service Termination.

B.  Original bills for water and/or sewer service will be mailed to the owner, **at the property address or to an alternate mailing address**.  DEP will provide a duplicate copy of bills to one other party (such as a managing agent), however, any failure or delay by DEP in providing duplicate copies of bills shall in no way  relieve the owner from his/her liability to pay all outstanding water and sewer charges. Contact DEP at (718) 595-7000 during business hours or visit www.nyc.gov/dep to provide us with the other party's information.

## Owner's Approval:

The undersigned certifies that he/she/it is the owner of the property receiving service referenced above; that he/she/it has read and understands Paragraphs A & B under the section captioned "Customer Billing Information"; and that the information supplied by the undersigned on this form is true and complete to the best of his/her/its knowledge.

Print Name of Owner:
Signature: _____Date (mm/dd/yyyy) 04/21/2015
Name and Title of Person Signing for Owner, if applicable:
          Cheng Chung Chuang, managing member

BCS-7CRF-ACRIS  REV. 8/08

2

FOR CITY USE ONLY

C1. County Code |____|____|     C2. Date Deed Recorded |____| / |____| / |____|
                                   Month    Day    Year

C3. Book |_____|     C4. Page |_____|
OR

C5. CRFN |_____|

**REAL PROPERTY TRANSFER REPORT**

STATE OF NEW YORK
STATE BOARD OF REAL PROPERTY SERVICES

# RP - 5217NYC

## PROPERTY INFORMATION

**1. Property Location** | 64 | GARDEN STREET | BROOKLYN | 11206
  STREET NUMBER    STREET NAME    BOROUGH    ZIP CODE

**2. Buyer Name** | 64 GARDEN LLC
  LAST NAME / COMPANY    FIRST NAME

  LAST NAME / COMPANY    FIRST NAME

**3. Tax Billing Address** Indicate where future Tax Bills are to be sent if other than buyer address (at bottom of form)
  LAST NAME / COMPANY    FIRST NAME

  STREET NUMBER AND STREET NAME    CITY OR TOWN    STATE    ZIP CODE

**4. Indicate the number of Assessment Roll parcels transferred on the deed** |____1____| # of Parcels **OR** [ ] Part of a Parcel

**4A.** Planning Board Approval - N/A for NYC
**4B.** Agricultural District Notice - N/A for NYC

Check the boxes below as they apply:

**5. Deed Property Size** |_____| **X** |_____| **OR** |_____•_____|
  FRONT FEET    DEPTH    ACRES

**6.** Ownership Type is Condominium [ ]
**7.** New Construction on Vacant Land [ ]

**8. Seller Name** | CHUANG | CHENG CHUNG
  LAST NAME / COMPANY    FIRST NAME

| HU | WEN JIAN
  LAST NAME / COMPANY    FIRST NAME

**9. Check the box below which most accurately describes the use of the property at the time of sale:**

A [ ] One Family Residential
B [✔] 2 or 3 Family Residential
C [ ] Residential Vacant Land
D [ ] Non-Residential Vacant Land
E [ ] Commercial
F [ ] Apartment
G [ ] Entertainment / Amusement
H [ ] Community Service
I [ ] Industrial
J [ ] Public Service

## SALE INFORMATION

**10. Sale Contract Date** 3 / 16 / 2015
  Month  Day  Year

**11. Date of Sale / Transfer** 4 / 21 / 2015
  Month  Day  Year

**12. Full Sale Price** $ |_____0__|

( Full Sale Price is the total amount paid for the property including personal property. This payment may be in the form of cash, other property or goods, or the assumption of mortgages or other obligations.) *Please round to the nearest whole dollar amount.*

**13. Indicate the value of personal property included in the sale** |_____|

**14. Check one or more of these conditions as applicable to transfer:**

A [ ] Sale Between Relatives or Former Relatives
B [ ] Sale Between Related Companies or Partners in Business
C [ ] One of the Buyers is also a Seller
D [ ] Buyer or Seller is Government Agency or Lending Institution
E [ ] Deed Type **not** Warranty or Bargain and Sale (Specify Below )
F [ ] Sale of Fractional or Less than Fee Interest ( Specify Below )
G [ ] Significant Change in Property Between Taxable Status and Sale Dates
H [ ] Sale of Business is Included in Sale Price
I [ ] Other Unusual Factors Affecting Sale Price ( Specify Below )
J [✔] None

## ASSESSMENT INFORMATION - Data should reflect the latest Final Assessment Roll and Tax Bill

**15. Building Class** | B | 1 |

**16. Total Assessed Value** (of all parcels in transfer) |_____2__4__0__0__0_|

**17. Borough, Block and Lot / Roll Identifier(s)** ( If more than three, attach sheet with additional identifier(s) )

| BROOKLYN 3137 92 | | |

2015042000013920102

**CERTIFICATION** | I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.

BUYER | 4/21/15 | HE | BUYER'S ATTORNEY | LU

BUYER SIGNATURE
64 GARDEN STREET
STREET NUMBER | STREET NAME (AFTER SALE) | DATE

Cheng Chung Chuang, managing member

LAST NAME | FIRST NAME
718 | 939-4633
AREA CODE | TELEPHONE NUMBER

BROOKLYN
CITY OR TOWN | NY
STATE | 11206
ZIP CODE

SELLER
SELLER SIGNATURE | 4/21/15
DATE

Wendy Wen Jian Hu

Cheng Chung Chuang +
Wendy Wen Jian Hu aka Wen Jian Hu

2015042000139201

Form RP-5217 NYC                                                                    ATTACHMENT

# CERTIFICATION

I certify that all of the items of information entered on this form are true and correct (to the best of my knowledge and belief) and understand that the making of any willful false statement of material fact herein will subject me to the provisions of the penal law relative to the making and filing of false instruments.

**BUYERS**

⊗ _Cheng Chung Chuang_    4/21/15
Buyer Signature    Date
Cheng Chung Chuang, managing member

_____    _____
Buyer Signature    Date

_____    _____
Buyer Signature    Date

_____    _____
Buyer Signature    Date

_____    _____
Buyer Signature    Date

_____    _____
Buyer Signature    Date

_____    _____
Buyer Signature    Date

_____    _____
Buyer Signature    Date

_____    _____
Buyer Signature    Date

_____    _____
Buyer Signature    Date

_____    _____
Buyer Signature    Date

_____    _____
Buyer Signature    Date

_____    _____
Buyer Signature    Date

_____    _____
Buyer Signature    Date

_____    _____
Buyer Signature    Date

_____    _____
Buyer Signature    Date

_____    _____
Buyer Signature    Date

_____    _____
Buyer Signature    Date

**SELLERS**

⊗ _Wendy Wen Tranter_    4/21/15
Seller Signature    Date
Wendy Wen Jian Hu    Aka Wen Jian Hu    4/21/15

⊗ _Cheng Chung Chuang_    4/21/15
Seller Signature    Date

_____    _____
Seller Signature    Date

_____    _____
Seller Signature    Date

_____    _____
Seller Signature    Date

_____    _____
Seller Signature    Date

_____    _____
Seller Signature    Date

_____    _____
Seller Signature    Date

_____    _____
Seller Signature    Date

_____    _____
Seller Signature    Date

_____    _____
Seller Signature    Date

_____    _____
Seller Signature    Date

_____    _____
Seller Signature    Date

_____    _____
Seller Signature    Date

_____    _____
Seller Signature    Date

_____    _____
Seller Signature    Date

_____    _____
Seller Signature    Date

_____    _____
Seller Signature    Date

2015042000139201

Affidavit of Compliance with Smoke Detector Requirement for One and-Two Family Dwellings

# AFFIDAVIT OF COMPLIANCE
# WITH SMOKE DETECTOR REQUIREMENT
# FOR ONE- AND TWO-FAMILY DWELLINGS

State of New York           )
                            ) SS.:
County of  *New York* )

The undersigned, being duly sworn, depose and say under penalty of perjury that they are the grantor and grantee of the real property or of the cooperative shares in a cooperative corporation owning real property located at

| 64 GARDEN STREET | | | |
|---|---|---|---|
| Street Address | | | Unit/Apt. |
| BROOKLYN | New York, | 3137 | 92   (the "Premises"); |
| Borough | | Block | Lot |

That the Premises is a one or two family dwelling, or  a cooperative apartment or condominium unit in a one- or two-family dwelling, and that installed in the Premises is an approved and operational smoke detecting device in compliance with the provisions of Article 6 of Subchapter 17 of Chapter 1 of Title 27 of the Administrative Code of the City of New York concerning smoke detecting devices;

That they make affidavit in compliance with New York City Administrative Code Section 11-2105 (g). (The signatures of at least one grantor and one grantee are required, and must be notarized).

*CHENG CHUNG CHUANG + WEN JIAN Hu aka Wendy Wen Jian HU*    *64 Garden LLC*     *By Cheng Chung Chuang, managing member.*

Name of Grantor (Type or Print)                          Name of Grantee (Type or Print)

Signature of Grantor                                      Signature of Grantee

Sworn to before me                          |    Sworn to before me
this *21ST* date of *APRIL*          20 *15*  |    this *21ST* date of *APRIL*          20 *15*
Paul A. Werner                             |    Paul A. Werner
Notary Public, State of New York           |    Notary Public, State of New York
No. 01WE6115421                            |    No. 01WE6115421
Qualified in Nassau County                 |    Qualified in Nassau County
Commission Expires Sept. 7, 20 *16*        |    Commission Expires Sept. 7, 20 *16*

These statements are made with the knowledge that a willfully false representation is unlawful and is punishable as a crime of perjury under Article 210 of the Penal Law.

**NEW YORK CITY REAL PROPERTY TRANSFER TAX RETURNS FILED ON OR AFTER FEBRUARY 6th, 1990, WITH RESPECT TO THE CONVEYANCE OF A ONE- OR TWO-FAMILY DWELLING, OR A COOPERATIVE APARTMENT OR A CONDOMINIUM UNIT IN A ONE- OR TWO-FAMILY DWELLING, WILL NOT BE ACCEPTED FOR FILING UNLESS ACCOMPANIED BY THIS AFFIDAVIT.**

1

2015042000139101